| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | CR 02-00201DAE-01 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 08CR701 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Raymond Ridela<br>1643 Oakview Terrace<br>Bonita, CA 91902 | D/Hawaii | | |
| | NAME OF SENTENCING JUDGE | | |
| | Lloyd D. George | | |
| | DATES OF SUPERVISED RELEASE | FROM<br>05/26/2006 | TO<br>05/25/2009 |

FILED FEB 2 9 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

**OFFENSE**

Count 1 and 2 - Interference of Commerce By Threats or Violence, 18 U.S.C. § 1951, Class C felonies

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT</u> OF <u>HAWAII</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| Date | Lloyd D. George<br>U.S. District Judge |
|---|---|

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHER DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/27/07<br>Effective Date | *[signature]*<br>Chief United States District Judge |
|---|---|

jmr/jmr

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>CR 02-00201DAE-01 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>RAYMOND RIDELA | DISTRICT<br><br>District of Hawaii | DIVISION<br><br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Lloyd D. George | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>5/26/2006 | TO<br>5/25/2009 |

OFFENSE

COUNTS 1 and 2: INTERFERENCE OF COMMERCE BY THREATS OR VIOLENCE, in violation of 18 U.S.C. § 1951, A Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Southern District of California (Chula Vista)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

NOV 2 7 2007

_____        _____
        Date                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of California (Chula Vista)

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
      Effective Date                  United States District Judge