| | |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (2-3) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (3s) | Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (4) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (4s) | Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (5) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (5s) | Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                               **Disposition**

None

**Plaintiff**

**USA**                          represented by   **Clare E. Connors**
                                                  Office of the United States Attorney
                                                  Prince Kuhio Federal Building
                                                  300 Ala Moana Blvd Ste 6100
                                                  Honolulu, HI 96850
                                                  541-2850
                                                  Email: clare.connors@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Omer G. Poirier**
                                                  Office of the United States Attorney
                                                  Prince Kuhio Federal Building

300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
*TERMINATED: 04/05/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald G. Johnson**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
Email: ron.johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wes Porter**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
Email: wes.porter@usdoj.gov
*TERMINATED: 07/17/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2002 | 1 | COMPLAINT by SA J.L. Pickford, FBI against Raymond Ridela, Carmichael Doan, Armond Jackson signed by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (sna) (Entered: 04/23/2002) |
| 04/23/2002 | 2 | ARREST Warrant issued for Raymond Ridela bail set for to be determined by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (sna) (Entered: 04/23/2002) |
| 04/23/2002 | 7 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Raymond Ridela appointed Attorney Richard S. Kawana [ 1:02-m -267 ] (bbb) (Entered: 04/24/2002) |
| 04/23/2002 | 9 | EP: MINUTES: Initial Appearance - defendant 01 Raymond Ridela and 02 Carmichael Doan present. Donald Wilkerson appearing for Richard Kawana for defendant 01 Raymond Ridela. Wilkerson appearing special for both defendants. Both defendants did not submit Financial Affidavits. As to both defendants 01 Ridela and 02 C. Doan - Detention Hearing - 4-26-02 at 3:30 KSC. Preliminary Hearing - 5-7-02 at 10:00 BMK. Defendants remanded to the custody of the U. S. Marshals.; Raymond Ridela, Carmichael Doan, USA Attorney Donald L. Wilkerson present ( Ct Rptr: C5 Tape #885) by Judge Kevin S. Chang [ 1:02-m -267 ] (bbb) |

| | | |
|---|---|---|
| | | (Entered: 04/25/2002) |
| 04/24/2002 | | ARREST of defendant Raymond Ridela, defendant Carmichael Doan, defendant Armond Jackson on 4/23/02 (gab) (Entered: 06/24/2002) |
| 04/26/2002 | 13 | FINANCIAL Affidavit as to Raymond Ridela [ 1:02-m -267 ] (gs) (Entered: 04/29/2002) |
| 04/26/2002 | 20 | EP: MINUTES: Detention Hearing - defendants 01 Raymond Ridela, 02 Carmichael Doan present. Bail as to defendant 01 Raymond Ridela (7a) Execute a bond in the amount of $5,000 unsecured bond. The defendant is placed in the Third Party Custodianship of: Lorenzo Ridela, at 1631 Liholiho Street, #303, Honolulu, Hi. (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7d) Maintain or commence an educational/vocational training program and/or volunteer services as directed by Pretrial Services. (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu. (7i) Do not change residence without the advance approval of Pretrial services. (7j) Maintain residence with/at: Lorenzo Ridela at 1631 Liholiho Street, #303, Honolulu, Hi. (7m) No contact with: co-defendants and witnesses involved in Mag. No. 02-0267KSC. (7p) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction. (7s) You are prohibited from possessing or having access to any firearm, destructive device or other dangerous weapon. Immediately surrender all firearms, destructive devices and other dangerous weapons to an agent approved by Pretrial Services. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services. Other conditions: No visitors allowed at 1631 Liholiho St, #303, Honolulu, Hi, unless approved in advance by Lorenzo Ridela or Pretrial Services. Bail as to defendant 02 Carmichael Doan: (7a) Execute a bond in the amount of $10,000 unsecured bond. Release is delayed pending the availability of a bed space at Miller Hale. (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu. (7m) No contact with: co-defendants, witnesses related to and/or named in Mag. No. 02-0267KSC. (7q) As directed by Pretrial Services, placement at MILLER HALE. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established rules of the facility. (7s) You are prohibited from |

possessing or having access to any firearm, destructive device or other dangerous weapon. Immediately surrender all firearms, destructive devices and other dangerous weapons to an agent approved by Pretrial Services. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services. [5-1] ; Raymond Ridela, Carmichael Doan, USA Attorney Richard S. Kawana, Donald L. Wilkerson present ( Ct Rptr: C5 Tape #887) by Judge Kevin S. Chang [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002)

| | | |
|---|---|---|
| 04/30/2002 | 15 | ARREST Warrant returned executed as to Raymond Ridela on 4/23/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 | | ARREST of defendant Raymond Ridela on 4/23/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 05/06/2002 | 21 | APPEARANCE BOND ( $5,000.00 UNSECURED) posted by Raymond Ridela signed by Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/07/2002) |
| 05/06/2002 | 22 | ORDER Setting Conditions of Release for Raymond Ridela ( $5,000.00 UNSECURED posted ) by Mag Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/07/2002) |
| 05/07/2002 | 23 | EP: MINUTES: Preliminary Hearing as to 01 Raymond Ridela, 02 Carmichael Doan - defts present on bail. As to 02 Doan - Preliminary Hearing continued to 5-8-02 @ 2 p.m., BMK. As to 01 Ridela - CST: Tyrone Arnold. Probable cause found. Defendant bound over for grand jury action. Bail to continue. ; Raymond Ridela, Carmichael Doan Attorney Donald L. Wilkerson, Richard S. Kawana present ( Ct Rptr: C6 Tape #1229) by Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/09/2002) |
| 05/16/2002 | 26 | EP: INDICTMENT by USA Counts filed against Raymond Ridela (1) count(s) 1, 2-3, 4, 5, Carmichael Doan (2) count(s) 1, 2-3, Armond Jackson (3) count(s) 1, 5; PS ordered ( Judith Powers ) by Mag Judge Kevin S. Chang (bbb) Additional attachment(s) added on 4/5/2006 (bbb, ). (Entered: 05/20/2002) |
| 05/21/2002 | 27 | PS issued as to Raymond Ridela; arraignment set for 3:00 5/23/02 for Raymond Ridela before Mag Judge Barry M. (afc) (Entered: 05/22/2002) |
| 05/23/2002 | 30 | EP: MINUTES: A & P as to an Indictment-Defendants (01) Raymond Ridela and (03) Armond Jackson-present not in custody. Arrn. Waived. Plea of Not Guilty entered as to both Defendants'. Jury Selection/Jury Trial-July 23, 2002 @9:00 a.m. before Judge Ezra. Final PreTrial Conference-June 24, 2002 @10:00 a.m. before Judge Kobayashi. Defendants Motions are to be filed by June 13, 2002. Governments |

| | | |
|---|---|---|
| | | Response to be filed by June 27, 2002. Bail to continue as to both Defendants'. As to Defendant (02) Carmichael Doan A & P continued to May 24, 2002 @l0:00 a.m. before Judge Kurren. Raymond Ridela, Carmichael Doan, Armond Jackson Attorney Omer Poirier, David F. Klein, Donald L. Wilkerson, Richard S. Kawana present ( Ct Rptr: C6 Tape 1240) by Judge Barry M. Kurren (gab) (Entered: 05/28/2002) |
| 05/24/2002 | 33 | PS executed on 5/22/02 as to Raymond Ridela (gab) (Entered: 05/28/2002) |
| 06/24/2002 | 36 | EP: MINUTES: Final Pretrial Conference as to 01 Ridela, 02 Doan, 03 Jackson not held. deft 03 Jackson present on bail. Oral M/Continue Trial requested by all parties GRANTED. New dates given: JS/JT 9-24-02 @ 9 a.m., DAE. Final Pretrial Conference 8-26-02 @ 10 a.m., BMK. Motions due 8-6-02. Response due 8-20-02. Poirier to prepare order excluding time from 7-23-02 thru 9-24-02 to allow defense counsel time to prepare and in the interest of justice. Raymond Ridela, Carmichael Doan, Armond Jackson Attorney Richard S. Donald L. Wilkerson, David F. Klein present ( Ct Rptr: C6 Tape 1253) by Judge Barry M. Kurren (gab) (Entered: 06/26/2002) |
| 07/01/2002 | 37 | ORDER continuing trial and excluding time under the Speedy Trial Act by Judge David A. Ezra - filed by USA - Trial cont from 7/23/02 to 09/24/02 for Raymond Ridela, for Carmichael Doan, for Armond Jackson; final pretrial conference cont to 8/26/02 for Raymond Ridela, for Carmichael Doan, for Armond Jackson ; further ordered that time excluded from computation of time under the Speedy Trial Act (afc) (Entered: 07/01/2002) |
| 08/26/2002 | 38 | EP: MINUTES: Final Pretrial Conference held as to 02 Carmichael Doan. Defendants 01 Raymond Ridela and 03 Armond Jackson to change their pleas. Defendants' presence waived. CRIMINAL FINAL PRETRIAL CONFERENCE as to 02 Carmichael Doan - court to prepare order: Jury Trial before Judge David A. Ezra on September 24, 2002. Representations by counsel on trial time: The United States and (02) Carmichael Doan: Total of 3 days. Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant. 1. Fed. R. Evid. 404(b) : 8-28-02. 2. a. Motions in Limine filed and served by : 9-4-02. b. Memoranda in opposition to motions in limine filed and served by: 9-9-02. 3. Brady and Giglio Material by: 9-4-02. 4. a. Jury Instructions exchanged by 9-4-02. b. Filings required by 4(a) & (b) by 9-11-02 . 5. Witness Lists per stipulation by 9-17-02. 6. Exhibits a. Parties will exchange exhibits. b. Original exhibits tabbed and in binders, copy in binders. 7. Stipulations: In writing and filed by 9-10-02. 8. Voir Dire Questions: In writing by 9-10-02. 9. Trial Briefs: by 9-10-02 . 10. Jencks Disclosures - USA does not agree to make disclosure of witness statements pursuant to the Jencks Act, 18:3500, before trial. 11. Other Matters: NA. USA Attorney Omer Poirier; Attorney (01) Richard S. Kawana; (02) Randall Oyama for Donald L. Wilkerson; Attorney (03) David F. Klein present (Ct Rptr: C6 Tape 1276) by Judge Barry M. Kurren (afc) (Entered: 08/27/2002) |
| 09/03/2002 | 42 | PETITION for Action on Conditions of Pretrial Release Summons |

| | | |
|---|---|---|
| | | ordered, for Raymond Ridela by Mag Judge Barry M. Kurren (afc) (Entered: 09/04/2002) |
| 09/04/2002 | 43 | PS issued as to Raymond Ridela; osc hearing set for 3:00 9/4/02 for Raymond Ridela before Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/04/2002) |
| 09/04/2002 | 44 | AMENDED PETITION for Action on Conditions of Pretrial Release for Raymond Ridela by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/04/2002) |
| 09/04/2002 | 45 | EP: MINUTES: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant (01) Raymond Ridela present, not in custody. Defendant admits to marijuana violation. Court Orders that Defendant (01) Raymond Ridela's current conditions of release be amended. Defendant to be released on a unsecured bond in the amount of $5,000 under the following conditions: (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7d) Maintain or commence an educational/vocational training program and/or volunteer services as directed by Pretrial Services. (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu (7i) Do not change residence without the advance approval of Pretrial services. (7m) No contact with: Co-defendants and witnesses involved in Magistrate No. 02-0267KSC (7n) Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medications as prescribed. (7p) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction. (7q) As directed by Pretrial Services, placement at MILLER HALE. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established rules of the facility. (7s) You are prohibited from possessing or having access to any firearm, destructive device or other dangerous weapon. Immediately surrender all firearms, destructive devices and other dangerous weapons to an agent approved by Pretrial Services. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services. Other Conditions: That the defendant be required to attend outpatient substance abuse treatment and comply with all rules and regulations of the treatment, at the discretion of Pretrial Services. Court Orders that the defendant be detained pending the availability of a bedspace at Miller Hale. Defendant (01) Raymond Ridela remanded to the custody of the US Marshal. Violation of Supervised Release Hearing Held - Mag Judge |

| | | Leslie E. Kobayashi as to Raymond Ridela $5,000.00 Unsecured Bond set for Raymond Ridela Raymond Ridela, USA Attorney Omer Poirier; (01) Richard S. Kawana present (Ct Rptr: FTR Courtroom 7-CD 9; TIME: 3:50-4:07) by Judge Leslie E. Kobayashi [44-1][42-1] (afc) Modified on 09/05/2002 (Entered: 09/05/2002) |
|---|---|---|
| 09/04/2002 | | (Court only) Docket Modification (Utility) location of deft (01) Raymond Ridela ordered detained pending the availability of a bedspace at Miller Hale. [45-1], [45-2], [45-3] (afc) (Entered: 09/05/2002) |
| 09/05/2002 | 50 | PS executed on 9/4/02 as to Raymond Ridela (afc) (Entered: 09/09/2002) |
| 09/05/2002 | 51 | EO: MINUTES - Status Conference. Status Conference - SCHEDULED for 9/9/2002 @ 10:00 am DAE for (02) Carmichael Doan ; all counsel notifed by phone. cc: all counsel by Judge Judge David A. Ezra (afc) (Entered: 09/09/2002) |
| 09/09/2002 | 52 | EO: Status Conference. Status conference held. () JUDGE Judge David A. Ezra (afc) (Entered: 09/12/2002) |
| 09/12/2002 | 53 | STIPULATION and order by Mag Judge Barry M. Kurren to modify conditions of release of defendant Carmichael Doan - deft (02) Carmichael Doan conditions of bail modified to allow deft to change his residence from Miller Hale TO YMCA Nuuanu Branch - filed by deft (afc) (Entered: 09/16/2002) |
| 09/18/2002 | | Transcript of Proceedings 09-04-02 - Orig; # of pages 20; V/ARS, Inc., Susan Holcomb, Transcriber - as to deft (03) Armond Jackson (afc) (Entered: 09/20/2002) |
| 09/19/2002 | 58 | EP: SUPERSEDING INDICTMENT by USA; naming Raymond Ridela, Carmichael Doan, Matthew Emshoff, Brian Raley counts filed against Raymond Ridela (1) count(s) 1s, 2s, 3s, 4s, 5s, Carmichael Doan (2) count(s) 1s, 2s, Matthew Emshoff (4) count(s) 1, 3, Brian Raley (5) count (s) 1, 4; PS ordered for deft (01) Raymond Ridela and deft (02) Carmichael Doan; BENCHWARRANT ordered for deft (04) Matthew Emshoff and deft (05) Brian Raley (Marjann Shawler) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/19/2002 | 59 | PS issued as to Raymond Ridela; arraignment set for 10:00 9/23/02 for Raymond Ridela before Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/23/2002 | 67 | PS executed on 9/23/02 as to Raymond Ridela (afc) (Entered: 09/24/2002) |
| 09/23/2002 | 68 | EP: MINUTES: A & P as to the Superseding Indictment as to Defendants (01) Raymond Ridela and (02) Carmichael Doan; Trial Setting as to Defendants (04) Matthew Emshoff and (05) Brian Raley - Defendant (01) Raymond Ridela present in custody. Defendant (02) Carmichael Doan not present. Defendants (04) Matthew Emshoff and (05) Brian Raley present, not in custody. Oral Motion to Continue A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan Granted. |

|  |  | A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan is continued to 10:00 9/27/02, LEK. A & P as to the Superseding Indictment as to Defendant (01) Raymond Ridela - Charges received. Defendant waives public reading of the Superseding Indictment. Plea of Not Guilty entered. Defendants (04) and (05) previously arraigned and pleas entered on 9/20/02. Defendant (01) Raymond Ridela requests and Court approves additional time of 30 days to prepare for trial. Time period from 9/24/02 thru 10/29/02 is excluded from the requirements of the Speedy Trial Act as to Defendant (01). Govt to prepare Order. Jury Selection/Trial as to Defendants (01), (04) and (05) set for 9:00 10/29/02, DAE Final Pretrial Conference set for 10:00 9/30/02, LEK Defendant's Motions due 9/16/02 Government's Response due 9/30/02 Status Conference Re: Trial Date and Deadlines as to Defendants (01), (04) and (05) set for 10:00 9/27/02, LEK. Defendant (01) Raymond Ridela remanded to the custody of the US Marshal. Raymond Ridela (01); Matthew Emshoff (04); Brian Raley (05); USA Attorney Omer Poirier; Richard S. Kawana (01); Donald Wilkerson (02); Stuart Fujioka (04); Arthur Ross (05) present (Ct Rptr: FTR-Courtroom 7 CD 10; TIME: 10:33-10:37) by Judge Leslie E. Kobayashi (afc) (Entered: 09/24/2002) |
| 09/27/2002 | 76 | EP: MINUTES: A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan; Status Conference Re: Trial Setting as to Defendant (01) Raymond Ridela, (04) Matthew Emshoff and (05) Brian Raley - Defendant (02) Carmichael Doan present, not in custody. Defendant (01) Raymond Ridela present in custody. Defendants (04) Matthew Emshoff and (05) Brian Raley not present, presence waived. A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan - Charges received. Defendant waives public reading of the Superseding Indictment. Plea of Not Guilty entered. Defendant requests 30 days to prepare for trial. Time period from 9/24/02 thru 10/29/02 is excluded from the requirements of the Speedy Trial Act as to Defendant (02) Carmichael Doan. Jury Selection/Trial set for 9:00 10/29/02, DAE Final Pretrial Conference set for 10:00 9/30/02, LEK Defendant's Motions due 9/16/02 Government's Response due 9/30/02 Status Conference Re: Trial Date and Deadlines held. Defendants (04) Matthew Emshoff and (05) Brian Raley move orally to Continue the Trial date and all deadlines so that Pretrial Motions may be filed. Defendant (02) Carmichael Doan objects. Court Grants the Motion over Defendant (02)'s objections. Jury Selection/Trial is continued to 9:00 12/3/02, DAE Final Pretrial Conference is continued to 10:00 11/4/02, BMK Defendant's Motions due 10/21/02 Government's Response due 11/4/02 Time period from 10/29/02 thru 12/3/02 is excluded from the requirements of the Speedy Trial as to Defendants (01), (02), (04) and (05). Govt to prepare Order. Bail Status Hearing as to Defendant (01) Raymond Ridela - Defendant wishes to remain in custody rather going to Miller Hale. Court questions defendant. Court finds that Defendant (01) Raymond Ridela wishes to decline placement at Miller Hale, that the defendant voluntarily wants to remain in custody. Court Orders that Defendant (01) Raymond Ridela be detained until trial. Defendant (01) Raymond Ridela remanded to the custody of the US Marshal. [dft Carmichael Doan arraignment |

| | | |
|---|---|---|
| | | waived; plea of NOT GUILTY entered; Attorney present; jury trial set for 12/3/02 for Raymond Ridela, for Carmichael Doan, for Emshoff, for Brian Raley; final pretrial conf set for 11/4/02 for Raymond Ridela, for Carmichael Doan, for Emshoff, for Brian Raley] ; (01) Raymond Ridela present in custody; (02) Carmichael Doan present; USA Attorney Omer Poirier; Attorneys: Richard Kawana (01); Donald L. Wilkerson (02); Stuart N. Fujioka (04); and Arthur E. Ross (05) present (Ct Rptr: FTR-Courtroom 7 - CD 10; TIME: 10:11-10:25) Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/30/2002) |
| 10/11/2002 | 81 | MEMORANDUM by USA opposing defendant's motion for bill of particulars; certificate of service [80-1] [78-1] (afc) (Entered: 10/15/2002) |
| 10/23/2002 | 85 | MEMORANDUM opposing motion to dismiss [83-1]; certificate of service by plaintiff USA (bbb) (Entered: 10/24/2002) |
| 11/04/2002 | 88 | EP: MINUTES: Defendant (04) Matthew Emshoff's Motion to Continue Trial - GRANTED. New dates given: JS/JT 2-4-03 @ 9 a.m., DAE. Final Pretrial Conference 1-16-03 @ 10 a.m., BMK. Fujioka to prepare order excluding time from 12-3-02 thru 2-4-03. Defts' 01 Ridela, 02 Doan,, 04 Emshoff, 05 Raley presence waived. [87-1] ; jury trial set for 9:00 2/4/03 for Raymond Ridela, for Carmichael Doan, for Armond Jackson, Matthew Emshoff, for Brian Raley ; final pretrial conf set for 9:00 1/16/03 for Raymond Ridela, for Carmichael Doan, for Armond Jackson, for Matthew Emshoff, for Brian Raley , Attorney Arthur E. Ross, Stuart N. Fujioka, Donald L. Wilkerson, Richard S. Kawana, Omer Poirier present ( Ct Rptr: C6 Tape 1298) by Judge Barry M. Kurren (eps) Modified on 11/06/2002 (Entered: 11/06/2002) |
| 11/13/2002 | 89 | Government's OPPOSITION to motion to dismiss (motion by defendant Brian Raley to dismiss counts 1 and 4 of the superseding indictment for lack of jurisdiction in the Federal Court under the facts herein [84-1]); certificate of service (afc) (Entered: 11/14/2002) |
| 11/13/2002 | 90 | ORDER granting defendant Matthew Emshoff's 10/30/02 motion to continue trial by Mag Judge Barry M. Kurren - filed by deft Matthew Emshoff - TRIAL (as to all defts) cont from 12-03-02 to 02-04-02; final pretrial conference: 01-16-03 10:00 BMK; time period from 10-30-02 to 02-04-03 is excluded from computations required by the Speedy Trial Act [87-1] (afc) (Entered: 11/14/2002) |
| 11/18/2002 | 93 | ORDER denying without prejudice defendant Raley's motion to dismiss counts 1 and 4; ORDER denying without prejudice defendant Emshoff's motion to dismiss by Judge David A. Ezra [83-1] [84-1] - [conclusion furthermore states "Defendants are granted leave to file a motion for a hearing to determine whether the Government can factually support its contention that this case involves interstate commerce subject to the Hobbs Act."] (cc: all counsel) (afc) Modified on 01/03/2003 (Entered: 11/19/2002) |
| 11/18/2002 | 94 | EP: MINUTES: Defendant (05)Brian Raley's Motion to Dismiss Counts |

| | | |
|---|---|---|
| | | 1 and 4 of the Superseding Indictment. Defendant (04)Matthew Emshoff's Motion to Dismiss Superseding Indictment. Defendants' (01) Raymond Ridela, (02)Carmichael Doan, (04)Matthew Emshoff, and (05) Brian Raley presence waived. Defendant (01)Raymond Ridela's Oral Motion to join Motions to Dismiss-DENIED. Defendant (05)Brian Raley's Motion to Dismiss Counts 1 and 4 of the Superseding Indictment-DENIED w/out prejudice. Defendant (04)Matthew Emshoff's Motion to Dismiss Superseding Indictment-DENIED w/out prejudice. (01) Raymond Ridela (02)Carmichael Doan (04)Matthew Emshoff (05)Brian Raley Attorney Arthur E. Ross, Stuart N. Fujioka, Donald L. Wilkerson, Richard S. Kawana, Ronald G. Johnson present ( Ct Rptr: Cynthia Fazio) by Judge David Alan Ezra (gab) (Entered: 11/26/2002) |
| 12/23/2002 | 95 | NOTICE of hearing setting hearing on ; sentencing hearing has been continued from 1:30 01/27/03 to 2:15 6/2/03 for Armond Jackson before Judge David A. Ezra; AUSA: Omer Poirier, attorney David Klein has been notified by phone; stip to follow (bbb) (Entered: 12/27/2002) |
| 12/31/2002 | 97 | EO: MINUTES Order to Show Cause as to defendant (02) Carmichael Doan is set for 01/06/2003 10:30:00 AM before LEK.Notified Donald Wilkerson and Ronald Johnson. [96-1] by Judge Mag Judge Kevin S. Chang (afc) (Entered: 01/04/2003) |
| 01/02/2003 | 98 | EO: MINUTES - Order to Show Cause as to Why Pretrial Release Should Not Be Revoked as to Defendant (02) Carmichael Doan set for 1/6/03 at 10:30 AM is moved to 01/08/2003 at 01:30:00 PM before LEK. Parties notified. [96-1] by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/04/2003) |
| 01/08/2003 | 99 | EO: MINUTES Continued : [Final Pretrial Conference] from 01/16/2003 10:00:00 AM to 01/15/2003 10:00:00 AM before LEK. Amity of Omer Poirier's office to notify all parties. [final pretrial conf set for 10:00 1/15/03 for Raymond Ridela, for Carmichael Doan, for Armond for Matthew Emshoff, for Brian Raley] by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/13/2003) |
| 01/08/2003 | 100 | EP: MINUTES: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked as to deft (02) Carmichael Doan - Defendant not present. Atty Donald L. Wilkerson attempted to contact defendant with no result. USPTS Officer will try to locate and contact defendant. Order to Show Cause as to Why Pretrial Release Should Not Be Revoked is continued to 1:30 1/10/03, LEK. [96-1] ; USA Attorney Omerg G. Poirier; (02) Donald L. Wilkerson present (Ct Rptr: FTR-Courtroom 7 - 12; TIME: 2:19-2:20) by Judge Leslie E. Kobayashi (afc) (Entered: 01/13/2003) |
| 01/15/2003 | 105 | EP: MINUTES: CRIMINAL FINAL PRETRIAL CONFERENCE held. Atty Stuart N. Fujioka appeared for Attys Donald L. Wilkerson and Arthur E. Ross. Defendants (01) Raymond Ridela, (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley ALL not present, presence waived. Jury Trial before Judge David Alan Ezra on February 4, 2003 at 9:00.a.m.. Representations by counsel on trial time: The United |

| | | |
|---|---|---|
| | | States: 3 day(s); Defendant: (01) Raymond Ridela - 1 day(s); Defendant: (02) Carmichael Doan - day(s); Defendant: (04) Matthew Emshoff - day (s); Defendant: (05) Brian Raley - day(s); Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to: Defendants (01) Raymond Ridela, (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley. 1. Fed. R. Evid. 404(b) : January 15, 2003 2. a. Motions in Limine filed and served by :January 21, 2003. b. Memoranda in opposition to motions in limine filed and served by: January 27, 2003. 3. Brady and Giglio Material by: January 21, 2003 4. a. Jury Instructions exchanged by January 21, 2003. b. Filings required by 4(a) & (b) by: January 28, 2003. 5. Witness Lists per stipulation by January 28, 2003. 6. Exhibits a. Parties will exchange exhibits. b. Original exhibits tabbed and in folders/binders, copy in folders/binders. 7. Stipulations: In writing and filed by January 22, 2003. 8. Voir Dire Questions: In writing by January 22, 2003. 9. Trial Briefs: by January 22, 2003. 10. Jencks Disclosures: No agreement as to this deadline. 11. Other Matters: A copy of the Final Pretrial Order mailed to all parties. 12. N/A; Raymond Ridela, Carmichael Doan, Matthew Emshoff, Brian Raley, USA Attorney Omer G. Poirier, Richard S. Kawana, Donald L. Wilkerson, Stuart N. Fujioka, Arthur E. Ross present ( Ct Rptr: C7 CD#12 10:28-10:37) by Judge Leslie E. Kobayashi (bbb) (Entered: 01/17/2003) |
| 01/17/2003 | 106 | Report of Final Pretrial Conference, Minutes and Order as to (01) Raymond Ridela, (02) Carmichael Doan, (04) Matthew Emshoff, (05) Brian Raley by Mag Judge Leslie E. Kobayashi (cc: all counsel; USM, PTS, USPO) (afc) (Entered: 01/21/2003) |
| 01/23/2003 | 115 | EO: MINUTES Status Conference set for 10:30 1/24/03 LEK for Raymond Ridela, for Carmichael Doan, for Matthew Emshoff, for Brian Raley ; Omer Poirier to notify all parties by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/24/2003) |
| 01/27/2003 | 118 | EP: MINUTES: Status Conference held. Atty Richard S. Kawana not present, Defendant (01) Raymond Ridela will be changing his plea. Defendants (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley all not present, presence waived. Defendant (04) Matthew Emshoff's Oral Motion to Continue Trial Granted. Jury Selection/Trial is continued to 9:00 3/25/03, DAE Time excluded from 2/4/03 thru 3/25/03 from the requirements of the Speedy Trial Act. Poirier to prepare Order Continuing Trial and Order Excluding Time. USA Attorney Omer G. Poirier, (02) Donald L. Wilkerson, (04) Stuart N. Fujioka, (05) Arthur E. Ross present (Ct Rptr: FTR/ESR-Courtroom 7 - CD 13; TIME: 10:48-10:55) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/28/2003) |
| 02/03/2003 | 119 | STIPULATION and order by Mag Judge Leslie E. Kobayashi granting defendants Matthew Emshoff and Brian Raley an Extension of time to file Pretrial Motions to Suppress Statements from 1/31/03 to 2/10/03 (gab) (Entered: 02/04/2003) |
| 02/12/2003 | 123 | NOTICE of hearing setting hearing on Motion for Withdrawl of Not Guilty Plea and to Plead Anew set for 2:30 2/28/03 for (01) Raymond Ridela before Magistrate Judge Leslie E. Kobayashi (afc) (Entered: |

| | | 02/12/2003) |
|---|---|---|
| 02/20/2003 | 125 | Government's RESPONSE to defendant Matthew Emshoff's motion to suppress [120-1] (gab) (Entered: 02/20/2003) |
| 02/20/2003 | 126 | Government's RESPONSE to Brian Raley's motion to suppress [121-1] (gab) (Entered: 02/20/2003) |
| 02/27/2003 | 129 | Government's further MEMORANDUM concerning motions to suppress by Brian Raley and Matthew Emshoff [120-1][121-1] (afc) (Entered: 02/28/2003) |
| 02/27/2003 | 130 | NOTICE of hearing setting hearing on Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (01) RAYMOND RIDELA set for 2:30 2/28/03 is moved to 3:30 p.m. before Magistrate Judge Leslie E. Kobayashi (afc) (Entered: 02/28/2003) |
| 02/27/2003 | 132 | EO: MINUTES: further hearing on motion to suppress set for 2/28/03 2:15 before DAE [121-1] [120-1] by Judge David A. Ezra (afc) (Entered: 02/28/2003) |
| 02/28/2003 | 133 | EP: MINUTES: Further Hearing on Defendant Matthew Emshoff's Motion to Suppress Statement [120-1]. Further Hearing on Defendant Brian Raley's Motion to Suppress Statements [121-1]. Defendant Raymond Ridela present in custody. Defendant Matthew Emshoff present, not in custody. Defendant Brian Raley present, not in custody. Governments Witnesses: James Brown, Tyrone C. Arnold. Governments Exhibits Received: 1, 2, 3. Defendant Brian Raley's Witnesses: Brian Raley. Defendant Matthew Emshoff's Witnesses: Matthew Emshoff. Further hearing on Defendant Matthew Emshoff's Motion to Suppress Statement- TAKEN UNDER ADVISEMENT. Further hearing on Defendant Brian Raley's Motion to Suppress Statement- TAKEN UNDER ADVISEMENT. Defense Counsel to submit Supplemental Memorandum by March 7, 2003. Court to issue order. (01) Raymond Ridela; (04) Matthew Emshoff; (05) Brian Raley; USA Attorney Omer G. Poirier; (01) Richard S. Kawana; (04) Stuart N. Fujioka; (05) Arthur E. Ross present (Ct Rptr: Cynthia Fazio) by Judge David Alan Ezra (afc) (Entered: 03/03/2003) |
| 02/28/2003 | 134 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (01) Raymond Ridela present in custody. Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc. Plea of Guilty as to Counts 1 and 2 of the Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING as to Counts 1 and 2 of the Superseding Indictment set for 1:30 p.m. 9/15/03 before Judge David Alan Ezra. Defendant remanded to the custody of the U.S. Marshal. [guilty plea entered by Raymond Ridela ; sentencing hearing set for 1:30 9/15/03 for Raymond |

| | | Ridela] (01) Raymond Ridela, USA Attorney Omer G. Poirier; attorney (01) Richard Kawana present (Ct Rptr: FTR/ESR-CD 14 - Courtroom 7; TIME: 3:47-4:05) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 03/03/2003) |
|---|---|---|
| 02/28/2003 | 135 | MEMORANDUM of Plea Agreement as to Raymond Ridela (afc) (Entered: 03/03/2003) |
| 02/28/2003 | 136 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Raymond Ridela (afc) (Entered: 03/03/2003) |
| 02/28/2003 | 137 | Report and Recommendation concerning Plea of Guilty as to Raymond Ridela by Mag Judge Leslie E. Kobayashi (cc: all counsel; USM, PTS, USPO) (afc) (Entered: 03/03/2003) |
| 03/04/2003 | 138 | EO: MINUTES: Status Conference Re: Trial Date and Deadlines and Availability of a Potential Witness set for 03/10/2003 10:00:00 AM before LEK. All parties notified by phone. {status hearing set for 10:00 3/10/03 for Carmichael Doan, for Matthew Emshoff, for Brian Raley} by Mag Judge Leslie E. Kobayashi (afc) (Entered: 03/06/2003) |
| 03/10/2003 | 139 | ORDER denying defendants' motions to suppress statements by Judge David A. Ezra - {re: defendant (05) Brian Raley & defendant (04) Matthew Emshoff M's/SUPPRESS [120-1][121-1] - court denies both defendants' motions to suppress statements made during their respective interviews on 9/20/02} (cc: all counsel; USM, PTS, USPO) (afc) Modified on 03/11/2003 (Entered: 03/11/2003) |
| 03/14/2003 | 140 | ORDER continuing trial and excluding time under the Speedy Trial Act by Mag Judge Leslie E. Kobayashi - jury trial set for 9:00 5/28/03 for Raymond Ridela, for Carmichael Doan, for Armond Jackson ; final pretrial conference set for 10:00 4/22/03 ; further ordered that time is excluded from computation under speedy trial act - filed by pltf USA (afc) (Entered: 03/17/2003) |
| 03/18/2003 | | TRANSCRIPT of Proceedings - 02/28/2003 - ORIG - ( Bernie Biacan, VARS ) - pp 18 ;as to Raymond Ridela (bbb) (Entered: 03/19/2003) |
| 03/20/2003 | 141 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to Raymond Ridela by Judge David Ezra (cc: all counsel, USM, PTS, USPO) (afc) (Entered: 03/21/2003) |
| 05/07/2003 | 148 | Government's proposed JURY Instructions; certificate of service (bbb) (Entered: 05/08/2003) |
| 05/14/2003 | 158 | ORDER GRANTING defendant Doan's ex parte motion to extend motions deadline and shorten time to hear defendant Doan's motion to dismiss indictment by Judge David A. Ezra - [deft Carmichael Doan granted leave to file the motion to dismiss indictment for complete failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States in the form attached to the ex parte motion; motion to dismiss indictment for complete failure to recite... to be heard 9:00 05/28/03 DAE; OPPOSITIONS MUST BE |

| | | |
|---|---|---|
| | | FILED BY 05/21/03 [154-1,2][155-1] (cc: all counsel) (afc) (Entered: 05/16/2003) |
| 05/14/2003 | 159 | ORDER denying as moot defendant Raley's ex parte motion to shorten time for hearing by Judge David A. Ezra (denying the ex parte motion to shorten time for hearing deft Doan's M/dismiss indictment; in an order filed contemporaneously with this order, the court granted deft Doan's ex parte motion) [154-1,2] (cc: all counsel) (afc) (Entered: 05/16/2003) |
| 05/28/2003 | 168 | EO: MINUTES: Status Conference re: 06/24/03 Trial Date and Final Pretrial Conference has been continued to 06/04/03 at 3:00 p.m. before Judge Kurren. Defendant (02) Carmichael Doan to enter into a Change of Plea set for 06/05/03 at 11:00 a.m. before Judge Kurren {final pretrial conf set for 3:00 6/4/03 for Carmichael Doan, for Matthew Emshoff, for Brian Raley} by Mag Judge Kevin S.C. Chang (afc) (Entered: 05/28/2003) |
| 05/28/2003 | | (Court only) Docket Modification (Utility) [164-1] TERMINATING motion by defendant (02) Carmichael Doan to dismiss indictment for failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States - Notice of withdrawal of this motion filed on 05/28/03 (afc) (Entered: 06/03/2003) |
| 05/29/2003 | 170 | ORDER by Mag Judge Kevin S. Chang granting oral motion to withdraw and substitute counsel - filed by Donald L. Wilkerson, Esq., withdrawing attorney for deft Carmichael Doan - CJA panel attorney Louis Ching substitutes as counsel for CJA panel attorney Donald L. Wilkerson (afc) (Entered: 05/29/2003) |
| 06/02/2003 | 174 | ORDER DENYING AS MOOT defendant Doan's Motion to Dismiss Indictment - by Judge David A. Ezra [155-1] (cc: all counsel) (afc) (Entered: 06/03/2003) |
| 06/05/2003 | 183 | NOTICE of hearing setting hearing on Sentencing date set for 6/30/2003 @11:15amDAE will be heard before visiting Juddge Edward Rafeedie. This case will remain assigned to Judge Ezra. AUSA: Omer Poirier; Attorney: David Klein; before Judge Edward Rafeedie (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 185 | EO: MINUTES: The above entitled action was assigned to Magistrate Judge Leslie E. Kobayashi for all Pretrial matters. The Court finds that the necessity for that assignment no longer exists and hereby Orders that any future Pretrial matters may now be conducted by the CR duty Magistrate Judge. Please be informed that the case number for the above entitled action is now CR NO. 02-00201DAE, please reflect this on all further documents submitted. Clerk's Office, please make the appropriate changes to the docket. Cc: all counsel by Judge Leslie E. Kobayashi (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | | (Court only) Docket Modification (Utility) re [185-1] terminating case referral (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 186 | NOTICE of hearing setting hearing onsetting hearing on Order to Show |

| | | |
|---|---|---|
| | | Cause Why Bail Should Not be Revoked as to (05) Brian Raley is set for [175-1] 11:00 6/13/03 before Judge Barry M. Kurren; AUSA Omer Poirier; Deft's counsel (05) Arthur Ross; PTS Officer Michael McCollum (bbb) (Entered: 06/06/2003) |
| 06/25/2003 | 196 | STIPULATION to amend terms of release for defendant Armond Jackson and order by Mag Judge Barry M. Kurren modifying conditions of release that deft may reside either at his mother's residence or at any place of employment subject to any conditions deemed necessary by pretrial services; all other conds of release shall remain in full force & effect (eps) (Entered: 06/26/2003) |
| 07/03/2003 | 201 | RESPONSE by plaintiff USA to Brian Raley's motion to dismiss [182-1] (eps) (Entered: 07/07/2003) |
| 07/07/2003 | 202 | ORDER Denying Defendant Brian Raley's Motion to Dismiss the Second Superseding Indictment by Judge Edward Rafeedie [182-1] (gs) (Entered: 07/08/2003) |
| 07/22/2003 | 206 | EO: MINUTES: Final Pretrial Conference and Motions in Limine scheduled for hearing on Thursday, July 24, 2003 at 8:30 a.m. before the Honorable Ann Aiken. NOtified: Omer Poirier, Esq.; Arthur Ross, Esq., U.S. Marshals Office [motion by defendant (05) Brian Raley in LIMINE to (1) preclude or limit in-court identification by Brent Takara; (2) permit questioning of co-conspirator/witness Raymond Ridela and Armond Jackson regarding their use of illicit drugs at and around the time of the alleged offenses; (3) exclude alleged conspirators Raymond Ridela and Armond Jackson statements which the government contends are admissible against the other charged defendants under Federal Rules of Evidence 801(d)(2)(E); (4) exclude testimonial or documentary evidence relating to any "bad acts" or "other crimes" involving the defendant (F.R.E. 409 and 609); (5) have the court issue an order excluding any and all of the government's witnesses from the courtroom during the proceedings except for the FBI agent in charge; (6) have the court allow for a voluntariong hearing of any statements that may have been made by the defendant at the time of his second interview with FBI special Agent Ty Arnold on September 20, 2002 [112-1] ; motion hearing set for 8:30 7/24/03 ; final pretrial conf set for 8:30 7/24/03 for Brian Raley] by Judge Ann Aiken (afc) (Entered: 07/22/2003) |
| 07/22/2003 | 209 | ORDER re-assigning case by Judge David A. Ezra as to defendant Brian Raley 05 reassigned to Judge Ann Aiken (cc: all counsel) (eps) (Entered: 07/25/2003) |
| 08/08/2003 | 213 | Government's STATEMENT OF NO OBJECTION (to draft presentence report); certificate of service (re: USA vs. Raymond Ridela) (afc) (Entered: 08/11/2003) |
| 08/12/2003 | 214 | EO: MINUTES: At the Motion to Withdraw Not Guilty Plea and to Plead Anew that was held on July 25, 2003 before Judge Aiken - Defendant (05) Brian Raley entered a Plea of Guilty as to Count Four of the Indictment and the Memorandum of Plea Agreement that was filed on |

| | | July 25, 2003 also reflected on page 2 Section No. 4-Defendant will enter a voluntary plea of guilty to Count Four of the Indictment. This was incorrect as the Guilty Plea should have been entered as to Count Four of the Superseding Indictment. Therefore, the record will reflect that the Defendant entered his Plea of Guilty as to Count Four of the Superseding Indictment. cc: Omer Poirier, Arthur Ross, Probation, PreTrial Services and U.S. Marshal's [211-1],[211-2] by Judge Ann Aiken (afc) (Entered: 08/12/2003) |
|---|---|---|
| 08/14/2003 | 215 | defendant Raymond Ridela SENTENCING Statement as to Raymond Ridela; certificate of service (gab) (Entered: 08/18/2003) |
| 08/20/2003 | 216 | NOTICE of hearing - USA vs (01) RAYMOND RIDELA - Sentencing date has been continued from 09/15/03 at 1:30 p.m. DAE to 11:15 9/22/03 before Visiting Judge Lloyd D. George for Raymond Ridela. This case will remain assigned to Judge Ezra - by Theresa Lam, CRM to Judge David A. Ezra (afc) (Entered: 08/21/2003) |
| 08/21/2003 | 217 | MOTION for downward departure by USA as to Raymond Ridela ; certificate of service (sentencing date set for 11:15 09/22/03 before Judge Lloyd D. George) (SEALED) (afc) Modified on 08/22/2003 (Entered: 08/22/2003) |
| 08/21/2003 | 218 | Government's STATEMENT OF NO OBJECTION; certificate of service (re: USA v (01) Raymond Ridela) (afc) (Entered: 08/22/2003) |
| 09/05/2003 | 219 | Notice of Motion and MOTION for downward departure by defendant (01) Raymond Ridela ; memorandum in support of motion; certificate of service - set for 11:15 09/22/03 before Judge Lloyd George (SEALED) (afc) Modified on 09/08/2003 (Entered: 09/08/2003) |
| 09/12/2003 | 220 | RESPONSE by plaintiff USA to motion for downward departure by defendant (01) Raymond Ridela [219-1]; certificate of service (SEALED) (afc) Modified on 09/15/2003 (Entered: 09/15/2003) |
| 09/22/2003 | 221 | EP: MINUTES: Sentencing as to Counts 1 and 2 of the Superseding Indictment, Government's Motion for Downward Departure and Defendant's Motion for Downward Departure as to Defendant (01) Raymond Ridela-Defendant present in Custody. The Court Adopts the factual findings and guideline application in the presentence report. Court accepts the Plea Agreement. Government's Motion for Downward Departure is hereby Granted [217-1]. Defendant's Motion for Downward Departure is hereby Denied [219-1]. Defendant Addresses the Court. Sentencing Raymond Ridela (1) count(s) 1s, 2s . Sentence as to Counts 1 and 2 of the Superseding Indictment- Imprisonment-51 months as to each count with both terms to be served concurrently. Court recommends- (1) Lompoc (2) Terminal Island (3) 500 Hours Comprehensive Drug Treatment Program (4) Educational and Vocational Programs. Mittimus Forthwith. Supervised Release-3 Years as to each count with both terms to be served concurrently Special Conditions of Supervised Release- 1. That the defendant shall abide by the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local |

| | | |
|---|---|---|
| | | (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a abuse program, which may include drug testing at the discretion and direction of the Probation Office. 6. That the defendant is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from possessing any illegal or dangerous 8. That the defendant participate in a mental health at the discretion and direction of the Probation Office. Fine. Special Assessment-$200.00 ($100 per count). Defendant advised of his right to Appeal. Dismissing counts as to Raymond Ridela (1) count(s) 3s, 4s 5s . Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted. terminating party Raymond Ridela ; Raymond Ridela, USA Attorney Omer G. Poirier, FBI Agent Jerry Pickford, Richard S. Kawana present ( Ct Rptr: Cynthia Fazio) by Judge Lloyd D. George (afc) (Entered: 09/23/2003) |
| 10/02/2003 | | (Court only) Docket Modification (Utility) re [221-2] dismissing counts as to Raymond Ridela (1) count(s) 1, 2 -3 , 4 , 5 . Dismissed, Counts superseded , (eps) (Entered: 10/02/2003) |
| 10/14/2003 | 222 | STIPULATION permitting defendant (02) Carmichael Doan to contact Brandon Doan and order by Mag Judge Leslie E. Kobayashi - filed by deft (02) - [deft Carmichael Doan permitted to contact and associate with brother Brandon Scott Doan during and after pendency of criminal case] to modify conditions of release (afc) (Entered: 10/15/2003) |
| 10/17/2003 | 223 | JUDGMENT and Commitment as to (01) Raymond Ridela by Judge LLoyd D. George (cc: all counsel) (afc) (afc, ). (Entered: 10/20/2003) |
| 11/05/2003 | 225 | PRESENTENCE Report on Raymond Ridela (original sealed and held in probation office). (bbb) (Entered: 11/05/2003) |
| 11/05/2003 | 226 | SENTENCING RECOMMENDATION as to Raymond Ridela (original sealed and held in probation office) (bbb) (Entered: 11/05/2003) |
| 11/10/2003 | 227 | EO: MINUTES: Sentence as to Count 4 of the Superseding Indictment as to Defendant (05) Brian Raley- This Sentence Date set for November 24, 2003 is hereby vacated. A new date will be reset upon notification by Judge Aiken as to the new Date. cc: All Counsel of Record by Fax sentencing hearing held on 11/10/03 by Judge Manuel L. Real (bbb) (Entered: 11/12/2003) |
| 11/14/2003 | 228 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Leslie E. Kobayashi - total payment of $9,101.40 recommended for payment to Donald L. Wilkerson, counsel for defendant Carmichael Doan (cc: counsel) (afc) (Entered: 11/17/2003) |
| 12/24/2003 | 231 | STATEMENT OF NO OBJECTIONS to draft presentence report (re: USA vs. (02) CARMICHAEL DOAN); certificate of service - by |

| | | |
|---|---|---|
| | | plaintiff USA (afc) (Entered: 12/29/2003) |
| 01/07/2004 | 236 | NOTICE of hearing setting hearing on sentencing date has been continued from 1/20/2004 to 3:00 1/23/04 for Matthew Emshoff before Judge David Alan Ezra (sealed) (Entered: 01/08/2004) |
| 01/07/2004 | 237 | NOTICE of hearing setting hearing on ; sentencing date has been continued from 1/20/2004 to 1:30 1/28/04 for Carmichael Doan before Judge David Alan Ezra (sealed) (Entered: 01/08/2004) |
| 01/07/2004 | 238 | NOTICE of hearing setting hearing on ; sentencing has been continued from 1/26/04 to 1:30 1/29/04 for Armond Jackson before Judge David Alan Ezra (gab) (Entered: 01/08/2004) |
| 01/13/2004 | 242 | RESPONSE by plaintiff USA to defense motion for downward departure (re: USA vs. (02) CARMICHAEL DOAN) [235-1]; certificate of service (SEALED) (afc) (Entered: 01/13/2004) |
| 01/13/2004 | 243 | RESPONSE by plaintiff USA to defense motion for downward departure (re: USA vs. (04) MATTHEW EMSHOFF); certificate of service [234-1] (SEALED) (afc) (Entered: 01/13/2004) |
| 01/23/2004 | 249 | NOTICE of hearing - USA vs. (02) CARMICHAEL DOAN - Sentencing date has been continued from 1/23/2004 to 9:45 2/3/04 for Carmichael Doan before Judge David A. Ezra (afc) (Entered: 01/23/2004) |
| 01/23/2004 | 250 | NOTICE of hearing - USA vs. (04) MATTHEW EMSHOFF - Sentencing date has been continued from 1/23/04 to 9:00 2/3/04 for Matthew Emshoff before Judge David A. Ezra (afc) (Entered: 01/23/2004) |
| 01/28/2004 | 251 | RESPONSE by plaintiff USA to defendant (03) ARMOND JACKSON's motion for downward departure; certificate of service [248-1] (SEALED) (afc) (Entered: 01/29/2004) |
| 01/29/2004 | 252 | NOTICE of hearing setting hearing on Sentencing TIME has been changed from 9:00am to 10:00am on 2/3/2004 AUSA: Omer Poirier; Attonrey: Stuart Fujioka (bbb) (Entered: 01/30/2004) |
| 01/29/2004 | 253 | Amended: NOTICE of hearing setting hearing on Sentencing TIME has been changed from 9:00am to 10:30amDAE on 2/3/2004 AUSA: Omer Poirier; Attorney: Stuart Fujioka (bbb) (Entered: 01/30/2004) |
| 02/03/2004 | | (Court only) Docket Modification (Utility) terminating [245-1] [234-1] (eps) (Entered: 02/04/2004) |
| 04/02/2004 | 269 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Leslie E. Kobayashi - court recommends total payment of $5,985.00 to Louis Michael Ching, Esq., counsel for deft (02) Carmichael Doan (afc) (Entered: 04/05/2004) |
| 04/02/2004 | 270 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Leslie E. Kobayashi - court recommends total payment of $17,379.42 to Stuart Fujioka, Esq., counsel for defendant (04) Matthew |

| | | Emshoff (afc) (Entered: 04/05/2004) |
|---|---|---|
| 04/05/2004 | | ATTORNEY SUBSTITUTION: terminating attorney Omer G. Poirier for USA and substituting attorney Wes Porter (eps) (Entered: 04/05/2004) |
| 04/14/2004 | 272 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim ; $4,830.46 recommended for Atty David Klein as to deft Armond Jackson by Mag Judge Barry M. Kurren (gs) (Entered: 04/15/2004) |
| 05/14/2004 | 281 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Kevin S. Chang - total payment of $8,448.26 recommended for payment to Richard S. Kawana, Esq., counsel for deft (01) Raymond Ridela (afc) (Entered: 05/17/2004) |
| 05/27/2004 | 282 | RESPONSE to Defense Motion for Downward Departure; Certificate of Service by plaintiff USA [280-1][SEALED] (gs) (Entered: 05/28/2004) |
| 06/02/2004 | 283 | EO: MINUTES: ; sentencing as to Count 4 of the Superseding Indictment scheduled for hearing on Friday, June 4, 2004 at 9:00 a.m. before the Honorable Ann Aiken, rescheduled to 9:30 6/4/04 for Brian Raley by Judge Ann Aiken (gab) (Entered: 06/02/2004) |
| 06/07/2004 | 286 | CJA Form 20 (Attorney Payment Voucher# 040607000251) by Attorney Richard S. Kawana as to Raymond Ridela in the amount of $8,448.26 by Judge David A. Ezra (bbb) (Entered: 06/09/2004) |
| 06/16/2004 | 287 | REQUEST for modifying the conditions or terms of supervision with consent of the offender as to deft (02) CARMICHAEL DOAN - by Judge David A. Ezra - conditions of supervision modified as follows: (7) That the defendant serve up to 4 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the prior approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant shall be responsible for the payment of the electronic monitoring costs as directed by the Probation Office. (afc) (Entered: 06/17/2004) |
| 09/14/2004 | 301 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Barry M. Kurren - court recommends total payment of $12,933.00 for Arthur E. Ross, Esq., counsel for deft (05) Brian Raley (afc) (Entered: 09/18/2004) |
| 10/20/2004 | 309 | ORDER modifying conditions of supervised release by Judge David A. Ezra as to deft (02) Carmichael Doan [303-1] (cc: all counsel, CCM, USM, PTS, USPO) (afc) Additional attachment(s) added on 8/28/2006 (tbf, ). (Entered: 10/22/2004) |
| 11/05/2004 | 313 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Kevin S. Chang - total payment of $1251.00 |

| | | recommended for payment to Louis Ching, Esq., counsel for defendant (02) Carmichael Doan (afc) (Entered: 11/09/2004) |
|---|---|---|
| 04/05/2005 | 322 | REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER - as to deft (01) Raymond Ridela, Conditions of Supervision modified as follows: (4) That the defendant shall submit to his person, residence, place of employment, vehicle, abode or other property, to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other or occupant that the premises or vehicle may be subject to search pursuant to this condition. (5) The defendant shall report tot he U.S. Probation Office all vehicles owned or operated by the defendant or in which the defendant has an interest. (6) The defendant shall provide the U.S. Office access to any requested financial information, including complete disclosure of personal and business financial records. (afc) (Entered: 04/06/2005) |
| 08/09/2005 | 325 | EO: MINUTES: Order to Show Cause set for 09/28/2005 09:00:00 AM before DAE [324-1] by Judge David A. Ezra (bbb) (Entered: 08/11/2005) |
| 11/10/2005 | 331 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Barry M. Kurren - total of $1,080.00 recommended for payment to Louis Michael Ching, Esq., counsel for deft (02) Carmichael Doan (afc) (Entered: 11/17/2005) |
| 03/06/2008 | 345 | PROBATION ORDER 22-Transfer of Jurisdiction as to Raymond Ridela. Signed by JUDGE DAVID ALAN EZRA on November 27, 2007 and by US District Judge Lloyd D. George (USDC Southern District of California) on August 27, 2007. (Attachments: # 1 Transmittal Letter) (bbb, ) (Entered: 03/07/2008) |

TERMED

# U.S. District Court
## District of Hawaii - CM/ECF V3.1.2 (12/07) (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00201-DAE All Defendants
## Internal Use Only

Case title: USA v. Ridela, et al
Magistrate judge case number: 1:02-mj-00267

Date Filed: 05/16/2002
Date Terminated: 06/04/2004

Assigned to: Judge David Alan Ezra

### Defendant (1)

**Raymond Ridela**
*TERMINATED: 09/22/2003*

represented by **Richard S. Kawana**
4 S King St Ste 201
Honolulu, HI 96813
536-6805
Email: rskawana@prodigy.net
*TERMINATED: 09/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

### Disposition

Sentence as to Counts 1 and 2 of the
Superseding Indictment- Imprisonment-
51 months as to each count with both
terms to be served concurrently. Court
recommends- (1) Lompoc (2) Terminal
Island (3) 500 Hours Comprehensive
Drug Treatment Program (4) Ed
ucational and Vocational Programs.
Mittimus Forthwith. Supervised
Release-3 Years as to each count with
both terms to be served concurrently
Special Conditions of Supervised
Release- 1. That the defendant shall
abide by the standard conditions of sup
ervision. 2. That the defendant not
commit any crimes, federal, state, or
local (mandatory condition). 3. That the
defendant not possess illegal controlled
substances (mandatory condition) 4.
That the defendant shall refrain from

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                    Deputy

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(2s)

any unlawful use of a controlled
substance. The defendant shall submit
to one drug test within 15 days of
release from imprisonment and at least
two drug tests thereafter, as directed by
the Probation Office (mandatory
condition). 5. That the defendant
participate in a substance abuse
program, which may include drug
testing at the discretion and direction of
the Probation Office. 6. That the
defendant is prohibited from possessing
a firearm as defined in 18 U.S.C. 921.
7. That the defendant is prohibited from
posse ssing any illegal or dangerous
weapons. 8. That the defendant
participate in a mental health program
at the discretion and direction of the
Probation Office. No Fine. Special
Assessment-$200.00 ($100 per count).
***APRIL 5, 2005 REQUEST FOR
MODIFYING THE CONDITIONS OR
TERM OF SUPERVISION WITH
CONSENT OF THE OFFENDER - as
to deft (01) Raymond Ridela,
Conditions of Supervision modified as
follows: (4) That the defendant shall
submit to his person, residence, place of
employment, vehicle, abode or other
property, to a search conducted by the
U.S. Probation Office at a reasonable
time and in a reasonable manner, based
upon reasonable suspicion of
contraband or evidence of a violation of
a condition of supervision. Failure to
submit to a search may be grounds for
revocation. The defendant shall warn
any other resident or occupant that the
premises or vehicle may be subject to
search pursuant to this condition. (5)
The defendant shall report tot he U.S.
Probation Office all vehicle s owned or
operated by the defendant or in which
the defendant has an interest. (6) The
defendant shall provide the U.S.
Probation Office access to any
requested financial information,
including complete disclosure of
personal and business financial records.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1s) | Sentence as to Counts 1 and 2 of the Superseding Indictment- Imprisonment- 51 months as to each count with both terms to be served concurrently. Court recommends- (1) Lompoc (2) Terminal Island (3) 500 Hours Comprehensive Drug Treatment Program (4) Ed ucational and Vocational Programs. Mittimus Forthwith. Supervised Release-3 Years as to each count with both terms to be served concurrently Special Conditions of Supervised Release- 1. That the defendant shall abide by the standard conditions of sup ervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office. 6. That the defendant is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from posse ssing any illegal or dangerous weapons. 8. That the defendant participate in a mental health program at the discretion and direction of the Probation Office. No Fine. Special Assessment-$200.00 ($100 per count). |

| | |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (2-3) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (3s) | Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (4) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (4s) | Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (5) | Dismissed, Counts superseded |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (5s) | Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                        **Disposition**

None

---

Assigned to: Judge David Alan Ezra

**Defendant (2)**

**Carmichael Doan**
*TERMINATED: 02/03/2004*

represented by **Donald L. Wilkerson**
Queen Street Building
345 Queen St Ste 915
Honolulu, HI 96813
533-4447
*TERMINATED: 05/29/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Louis Michael Ching**

4475 Kilauea Ave
Honolulu, HI 96816
734-1520
Email:
louismichaelching@hotmail.com
*TERMINATED: 02/03/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

Sentence as to Count 2 of the Second
Superseding Indictment- Probation-5
Years Special Conditions of Probation-
1.That the defendant shall abide by the
standard conditions of supervision.
2.That the defendant not commit any
crimes, federal, state, or local
(mandatory condition). 3.That the
defendant not possess illegal controlled
substances (mandatory condition)
4.That the defendant shall refrain from
any unlawful use of a controlled
substance. The defendant shall submit
to one drug test within 15 days from
sentencing and at least two drug tests
thereafter, as directed by the Probation
Office (mandatory condition). 5.That
the defendant participate in a substance
abuse program, which may include drug
testing at the discretion and direction o f
the Probation Office. Drug Testing shall
continue at least the first 3 years of
Probation. If the defendant remains
drug free during that time testing may
be suspended during remainder of
Probation. 6.That the defendant is
prohibited from possessin g a firearm as
defined in 18 U.S.C. 921. 7.That the
defendant is prohibited from possessing
any illegal or dangerous weapons.
8.That the defendant provide the
Probation Office access to any
requested financial information. 9.The
defendant shall coope rate in the
collection of DNA as directed by the
probation officer. 10.That the defendant
perform 150 hours of community
service as directed by the Probation

18 USC 1951 & 18 USC 2:
INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(2ss)

Office for each of 5 years. However if the defendant satisfactorily completes the first 3 ye ars of community service the remainder 2 years of community service are waived. 11.That the defendant shall remain a full time student at an accredited college or university until he receives a Bachelors Degree. Defendant must maintain a minimum of 2 .5 grade point average. No Fine. ***SEPTEMBER 30, 2004: OSC WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED: Ordered that defendant participate in the community correction center for a period not to exceed 180 days; however, Court stayed this change. Co urt informed defendant that the very first time defendant break a rule, no excuses, defendant will be taken to Mahoney Hale, and if defendant does not abide by the rules, Court will send defendant to a federal prison. Court ordered electronic monitor ing for another 6 months. [9/28/2005] SENTENCE: Imprisonment: 2 YEARS Supervised Release: NONE IMPOSED JUDICIAL RECOMMENDATIONS: Minimum security prison. Mental health treatment. Defendant advised of his right to appeal. Defendant remanded to the cus tody of U.S. Marshals. Marshals to observe defendant.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(1)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(1s)

18 USC 1951: INTERFERENCE
WITH COMMERCE BY THREAT OR

## Disposition

Government's Oral Motion to dismiss
remaining Counts-is hereby Granted.

Government's Oral Motion to dismiss
remaining Counts-is hereby Granted.

Government's Oral Motion to dismiss

VIOLENCE
(1ss)

remaining Counts-is hereby Granted.

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(2-3)

Government's Oral Motion to dismiss
remaining Counts-is hereby Granted.

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(2s)

Government's Oral Motion to dismiss
remaining Counts-is hereby Granted.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Judge David Alan Ezra

**Defendant (3)**

**Armond Jackson**
*TERMINATED: 01/29/2004*

represented by   **David F. Klein**
Law Office of David F. Klein
Davies Pacific Center
841 Bishop St Ste 2116
Honolulu, HI 96813
(808) 523-7774
Email: dfklein@gmail.com
*TERMINATED: 01/29/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

Sentence as to Count 5 of the
Indictment- Probation-2 Years Special
Conditions of Probation- 1. That the
defendant abide by the standard
conditions of supervision. 2. That the
defendant not commit any crimes,
federal, state, or local (mandatory condi
tion). 3. That the defendant not possess
illegal controlled substances
(mandatory condition) 4 That the
defendant shall refrain from any
unlawful use of a controlled substance.
The defendant shall submit to one drug

test within 15 days of release fro m imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Pr obation Office. 6. That the defendant is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from possessing any illegal or dangerous weapons. 8. The defendant shall cooperate in the collection of DNA as directed by the probation officer. 9. That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working ho urs and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office. Court advised defendant that he can not leave residence before 5:30a.m. and must re turn to residence by 7:00 p.m. during the work week. Defendant is permitted to go out with his mother or other person as approved by the Probation Office on the weekend and one night during the work week. 10. During the term of probation, the defenda nt must be enrolled as a full time student taking at least 14 credit hours of classes at one of the community colleges in Honolulu and shall maintain at least a 2.5 grade point average ( C average). If employed, the defendant is permitted to be enrol led in less than 14 credit hours of classes upon the approval of the Probation Office. In addition, during the

18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

(5)

summer term, the defendant may be enrolled in school part time at the discretion of the Probation Office. No Fine. Special Assessment-$ ;100.00 Defendant advised of his right to Appeal Government's Oral Motion to Dismiss Count 1 of the Indictment is hereby Granted. ***DECEMBER 10, 2004 OSC WHY PROBATION SHOULD NOT BE REVOKED AS TO DEFT (03) ARMOND JACKSON: Order to Show Cause Wh y Probation Should Not Be Revoked. Defendant (03)Armond Jackson present, not in custody. Defendant admits to all violations. Order to Show Cause Why Probation Should Not Be Revoked-REVOKED. SENTENCE: Imprisonment: 3 MONTHS Supervised Release: 3 YEARS CONDITIONS: 1) That the defendant shall abide by the standard conditions of supervision. 2) That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3) That the defendant not possess illegal controlled substances (ma ndatory condition) 4) That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, as directed by t he Probation Office (mandatory condition). 5) That the defendant shall not possess a firearm as defined in 18 U.S.C. 921, as well as ammunition, any destructive device, or any other dangerous weapon. 6) That the defendant participate in a substance a buse program, which may include drug testing at the discretion and direction of the Probation Office. 7) That the defendant provide the Probation Office access to any requested financial information. 8) That the defendant shall cooperate in the colle ction of DNA as directed by the probation officer. Court eliminates condition requiring defendant to attend

school. Defendant remanded to the custody of U.S. Marshals.: 12/29/2004 - CONDITION #6 AMENDED AS FOLLOWS: 6) That the defendant particip ate in a substance abuse program, which must include drug testing at the discretion and direction of the Probation Office. \*\*\*JANUARY 12, 2005, AMENDED MINUTES: OSC why Probation should not be revoked. SENTENCE AMENDED: Imprisonment: 4 MONTHS

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE
(1)

**Disposition**

Government's Oral Motion to Dismiss Count 1 of the Indictment is hereby Granted.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Judge David Alan Ezra

**Defendant (4)**

**Matthew Emshoff**
*TERMINATED: 02/03/2004*

represented by **Stuart N. Fujioka**
Attorney at Law
1188 Bishop St Ste 1006
Honolulu, HI 96813-3304
544-0068
Email: stuart@snfaal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

Sentence as to Count 3 of the Second Superseding Indictment- Probation- 5 Years with Special Conditions of

18 USC 1951 & 18 USC 2:
INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(3s)

Probation. No Fine. Special
Assessment-$100.00. APRIL 1, 2004:
ORDER GRANTING DEFENDANT'S
MOTION TO MODIFY CONDITIONS
OF PROBATION by Judge David A.
Ezra. AUGUST 20, 2007: Order
Granting M/Early Termination of
Probation by Judge David A. Ezra.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1) | Government's Oral Motion to Dismiss remaining Counts is hereby Granted. |
| 18 USC 1951: INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1s) | Government's Oral Motion to Dismiss remaining Counts is hereby Granted. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (3) | Government's Oral Motion to Dismiss remaining Counts is hereby Granted. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Ann L. Aiken

**Defendant (5)**

**Brian Raley**
*TERMINATED: 06/04/2004*

represented by **Arthur E. Ross**
Law Office of Arthur E. Ross
841 Bishop Street Ste 2115
Honolulu, HI 96813-3902
521-4343
Email: 3artross@sisna.com
*TERMINATED: 06/04/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

## Disposition

18 USC 1951 & 18 USC 2:
INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE
(4s)

Probation 3 years under the following conditions: 1. That the defendant shall abide by the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not poss ess illegal controlled substances (mandatory condition) 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office. 6. That the defendan t is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from possessing any illegal or dangerous weapons. 8. That the defendant provide the Probation Office access to any requested financial informat ion. 9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office. 10. That the defendant shall take all prescription medications ordered by Dr. Myhre and shall not stop taking those medications without Dr. Myhre's approval. No fine imposed. Special Monetary Assessment $100. Advised of rights to appeal [7/26/04] ADJUDGED: Imprisonment of 1 month SUPERVISED RELEASE: 36 months upon the following conditions: (1) That the defendant sh all abide by the standard conditions of supervision. (2) That the defendant not commit any crimes, federal, state, or local (mandatory condition). (3) That the defendant not possess illegal controlled substances (mandatory condition) (4) That the def endant shall

refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condi tion). (5) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office. (6) That the defendant is prohibited from possessing a firearm or ammunition as defined in 18 U.S.C. 921. (7) That the defendant is prohibited from possessing any illegal or dangerous weapons. (8) That the defendant serve 6 months community confinement, in a community corrections center such as Miller Hale, following release from imprison ment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office (9) That the defendant participate in a mental health program at the discretion and direction of the Probation Office. (10) That the defendant is prohibited from the possession of and use of alcohol. Defendant advised of right to appeal. MITTIMUS: Forthwith

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1) | Dismissed, Count Superseded |
| 18 USC 1951: INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1s) | Government's oral motion to dismiss Count 1 of the Superseding Indictment GRANTED |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR | |

VIOLENCE
(4)                                                     Dismissed, Count Superseded

**Highest Offense Level (Terminated)**
Felony

**Complaints**                                          **Disposition**
None

---

**Plaintiff**
USA                                  represented by   **Clare E. Connors**
                                                      Office of the United States Attorney
                                                      Prince Kuhio Federal Building
                                                      300 Ala Moana Blvd Ste 6100
                                                      Honolulu, HI 96850
                                                      541-2850
                                                      Email: clare.connors@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Omer G. Poirier**
                                                      Office of the United States Attorney
                                                      Prince Kuhio Federal Building
                                                      300 Ala Moana Blvd Ste 6100
                                                      Honolulu, HI 96850
                                                      541-2850
                                                      *TERMINATED: 04/05/2004*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ronald G. Johnson**
                                                      Office of the United States Attorney
                                                      Prince Kuhio Federal Building
                                                      300 Ala Moana Blvd Ste 6100
                                                      Honolulu, HI 96850
                                                      541-2850
                                                      Email: ron.johnson@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Wes Porter**
                                                      Office of the United States Attorney
                                                      Prince Kuhio Federal Building
                                                      300 Ala Moana Blvd Ste 6100
                                                      Honolulu, HI 96850
                                                      541-2850
                                                      Email: wes.porter@usdoj.gov

TERMINATED: 07/17/2007
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2002 | 1 | COMPLAINT by SA J.L. Pickford, FBI against Raymond Ridela, Carmichael Doan, Armond Jackson signed by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (sna) (Entered: 04/23/2002) |
| 04/23/2002 | 2 | ARREST Warrant issued for Raymond Ridela bail set for to be determined by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (sna) (Entered: 04/23/2002) |
| 04/23/2002 | 3 | ARREST Warrant issued for Carmichael Doan bail set for to be determined by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (sna) (Entered: 04/23/2002) |
| 04/23/2002 | 4 | ARREST Warrant issued for Armond Jackson bail set for to be determined by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (sna) (Entered: 04/23/2002) |
| 04/23/2002 | 5 | MOTION to detain defendant wihtout bail by USA as to Carmichael Doan [ 1:02-m -267 ] (bbb) (Entered: 04/24/2002) |
| 04/23/2002 | 6 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Carmichael Doan appointed Attorney Donald L. Wilkerson [ 1:02-m -267 ] (bbb) (Entered: 04/24/2002) |
| 04/23/2002 | 7 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Raymond Ridela appointed Attorney Richard S. Kawana [ 1:02-m -267 ] (bbb) (Entered: 04/24/2002) |
| 04/23/2002 | 9 | EP: MINUTES: Initial Appearance - defendant 01 Raymond Ridela and 02 Carmichael Doan present. Donald Wilkerson appearing for Richard Kawana for defendant 01 Raymond Ridela. Wilkerson appearing special for both defendants. Both defendants did not submit Financial Affidavits. As to both defendants 01 Ridela and 02 C. Doan - Detention Hearing - 4-26-02 at 3:30 KSC. Preliminary Hearing - 5-7-02 at 10:00 BMK. Defendants remanded to the custody of the U. S. Marshals.; Raymond Ridela, Carmichael Doan, USA Attorney Donald L. Wilkerson present ( Ct Rptr: C5 Tape #885) by Judge Kevin S. Chang [ 1:02-m -267 ] (bbb) (Entered: 04/25/2002) |
| 04/24/2002 | 8 | RETURN on Clerks Temporary Commitment - exec by USM - 4/23/02 as to defendant Carmichael Doan [ 1:02-m -267 ] (bbb) (Entered: 04/24/2002) |
| 04/24/2002 | 10 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Armond Jackson Attorney David F. Klein [ 1:02-m -267 ] (bbb) (Entered: 04/25/2002) |
| 04/24/2002 | 11 | EP: MINUTES: INITIAL APPEARANCE - Deft Armond Jackson |

|  |  | present Request for Court Appointed Counsel granted. Defendant sworn to Financial Affidavit. Preliminary Hearing - 5-8-02 at 2:00 BMK. Bail: (7a) Execute a bond in the amount of $10,000 unsecured bond. The defendant is placed in the Third Party Custodianship of Dotty Jackson. (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: Island of Oahu. (7j) Maintain residence with/at: mother, Dotty Jackson, at 2957 Kalakaua Avenue, Apt 117, Honolulu, Hi, 96815. No visitors at residence, unless approved by mother and Pretrial Services. (7m) No contact with: Brandon Doan, Carmichael Doan and Raymond Ridela. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services; Armond Jackson, USA Attorney Omer Poirier, David F. Klein present (Ct Rptr: Tape C5 886) Judge Chang [ 1:02-m -267 ] (gs) (Entered: 04/29/2002) |
|---|---|---|
| 04/24/2002 | 12 | FINANCIAL Affidavit as to Armond Jackson [ 1:02-m -267 ] (gs) (Entered: 04/29/2002) |
| 04/24/2002 |  | ARREST of defendant Raymond Ridela, defendant Carmichael Doan, defendant Armond Jackson on 4/23/02 (gab) (Entered: 06/24/2002) |
| 04/26/2002 | 13 | FINANCIAL Affidavit as to Raymond Ridela [ 1:02-m -267 ] (gs) (Entered: 04/29/2002) |
| 04/26/2002 | 14 | FINANCIAL Affidavit as to Carmichael Doan [ 1:02-m -267 ] (gs) (Entered: 04/29/2002) |
| 04/26/2002 | 20 | EP: MINUTES: Detention Hearing - defendants 01 Raymond Ridela, 02 Carmichael Doan present. Bail as to defendant 01 Raymond Ridela (7a) Execute a bond in the amount of $5,000 unsecured bond. The defendant is placed in the Third Party Custodianship of: Lorenzo Ridela, at 1631 Liholiho Street, #303, Honolulu, Hi. (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7d) Maintain or commence an educational/vocational training program and/or volunteer services as directed by Pretrial Services. (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu. (7i) Do not change residence without the advance approval of Pretrial services. (7j) Maintain residence with/at: Lorenzo Ridela at 1631 Liholiho Street, #303, Honolulu, Hi. (7m) No contact with: co-defendants and witnesses involved in Mag. No. 02-0267KSC. (7p) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The |

Court authorizes release under the HOME DETENTION restriction. (7s)
You are prohibited from possessing or having access to any firearm,
destructive device or other dangerous weapon. Immediately surrender all
firearms, destructive devices and other dangerous weapons to an agent
approved by Pretrial Services. (7t) Do not consume any alcoholic
beverages or products containing alcohol while on bond. (7u) Do not use
or possess illicit drugs, and do not be in the presence of illicit drug use or
drug users/traffickers. (7v) Submit to drug detection testing and/or
treatment as directed by Pretrial Services. (7w) Submit to alcohol
detection testing and/or treatment as directed by Pretrial Services. (7y)
You must contribute toward the costs of the services required by this
bond, to the extent you are financially able to do so, as determined by
Pretrial Services. Other conditions: No visitors allowed at 1631 Liholiho
St, #303, Honolulu, Hi, unless approved in advance by Lorenzo Ridela or
Pretrial Services. Bail as to defendant 02 Carmichael Doan: (7a) Execute
a bond in the amount of $10,000 unsecured bond. Release is delayed
pending the availability of a bed space at Miller Hale. (7b) Comply with
pretrial services supervision, and abide by all general and special
conditions of release as directed by Pretrial Services. (7c) Maintain or
actively seek employment, as directed by Pretrial Services (7g) Do not
apply for/obtain a passport. (7h) Travel is restricted to: The Island of
Oahu. (7m) No contact with: co-defendants, witnesses related to and/or
named in Mag. No. 02-0267KSC. (7q) As directed by Pretrial Services,
placement at MILLER HALE. You are restricted to the facility at all
times except as pre-approved by Pretrial Services. You are required to
abide by all established rules of the facility. (7s) You are prohibited from
possessing or having access to any firearm, destructive device or other
dangerous weapon. Immediately surrender all firearms, destructive
devices and other dangerous weapons to an agent approved by Pretrial
Services. (7t) Do not consume any alcoholic beverages or products
containing alcohol while on bond. (7u) Do not use or possess illicit drugs,
and do not be in the presence of illicit drug use or drug users/traffickers.
(7v) Submit to drug detection testing and/or treatment as directed by
Pretrial Services. (7w) Submit to alcohol detection testing and/or
treatment as directed by Pretrial Services. (7y) You must contribute
toward the costs of the services required by this bond, to the extent you
are financially able to do so, as determined by Pretrial Services. [5-1] ;
Raymond Ridela, Carmichael Doan, USA Attorney Richard S. Kawana,
Donald L. Wilkerson present ( Ct Rptr: C5 Tape #887) by Judge Kevin S.
Chang [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002)

| 04/30/2002 | 15 | ARREST Warrant returned executed as to Raymond Ridela on 4/23/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 |    | ARREST of defendant Raymond Ridela on 4/23/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 | 16 | ARREST Warrant returned executed as to Carmichael Doan on 4/23/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 |    | ARREST of defendant Carmichael Doan on 4/23/02 [ 1:02-m -267 ] |

| | | (bbb) (Entered: 04/30/2002) |
|---|---|---|
| 04/30/2002 | 17 | ARREST Warrant returned executed as to Armond Jackson on 4/24/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 | | ARREST of defendant Armond Jackson on 4/24/02 [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 | 18 | APPEARANCE BOND ( $10,000.00 UNSECURED BOND) posted by Armond Jackson signed by Judge Kevin S. Chang [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 04/30/2002 | 19 | ORDER Setting Conditions of Release for Armond Jackson ( $10,000.00 UNSECURED BOND posted ) by Mag Judge Kevin S. Chang [ 1:02-m -267 ] (bbb) (Entered: 04/30/2002) |
| 05/06/2002 | 21 | APPEARANCE BOND ( $5,000.00 UNSECURED) posted by Raymond Ridela signed by Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/07/2002) |
| 05/06/2002 | 22 | ORDER Setting Conditions of Release for Raymond Ridela ( $5,000.00 UNSECURED posted ) by Mag Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/07/2002) |
| 05/07/2002 | 23 | EP: MINUTES: Preliminary Hearing as to 01 Raymond Ridela, 02 Carmichael Doan - defts present on bail. As to 02 Doan - Preliminary Hearing continued to 5-8-02 @ 2 p.m., BMK. As to 01 Ridela - CST: Tyrone Arnold. Probable cause found. Defendant bound over for grand jury action. Bail to continue. ; Raymond Ridela, Carmichael Doan Attorney Donald L. Wilkerson, Richard S. Kawana present ( Ct Rptr: C6 Tape #1229) by Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/09/2002) |
| 05/08/2002 | 24 | EP: MINUTES: Preliminary Hearing as to 02 Carmichael Doan, 03 Armond Jackson - defts present on bail. CST: Tyrone Arnold. At David Klein's request, Further Preliminary Hearing 5-13-02 @ 11 a.m., BMK. ; Carmichael Doan, Armond Jackson, USA Attorney Donald L. Wilkerson, David F. Klein present ( Ct Rptr: C6 Tape #1232) by Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) Modified on 05/13/2002 (Entered: 05/09/2002) |
| 05/08/2002 | 54 | APPEARANCE BOND ($10,000.00 Unsecured) posted by Carmichael Doan signed by Judge Barry M. Kurren (afc) (Entered: 09/17/2002) |
| 05/08/2002 | 55 | ORDER Setting Conditions of Release for Carmichael Doan ($10,000.00 Unsecured posted ) by Mag Judge Barry M. Kurren (afc) (Entered: 09/17/2002) |
| 05/13/2002 | 25 | EP: MINUTES: deft present on bail; probable cause found; case bound for grand jury review; preliminary exam held on 5/13/02 before Mag Judge Barry M. Kurren ; Carmichael Doan, Armond Jackson Attorney David F. Klein, Donald L. Wilkerson present ( Ct Rptr: C6 Tape #1235) by Judge Barry M. Kurren [ 1:02-m -267 ] (bbb) (Entered: 05/14/2002) |
| | | |

| 05/16/2002 | 26 | EP: INDICTMENT by USA Counts filed against Raymond Ridela (1) count(s) 1, 2-3, 4, 5, Carmichael Doan (2) count(s) 1, 2-3, Armond Jackson (3) count(s) 1, 5; PS ordered ( Judith Powers ) by Mag Judge Kevin S. Chang (bbb) (Entered: 05/20/2002) |
|---|---|---|
| 05/21/2002 | 27 | PS issued as to Raymond Ridela; arraignment set for 3:00 5/23/02 for Raymond Ridela before Mag Judge Barry M. (afc) (Entered: 05/22/2002) |
| 05/21/2002 | 28 | PS issued as to Carmichael Doan; arraignment set for 3:00 5/23/02 for Carmichael Doan before Mag Judge Barry M. Kurren (afc) (Entered: 05/22/2002) |
| 05/21/2002 | 29 | PS issued as Armond Jackson; arraignment set for 3:00 5/23/02 for Armond Jackson before Mag Judge Barry M. (afc) (Entered: 05/22/2002) |
| 05/23/2002 | 30 | EP: MINUTES: A & P as to an Indictment-Defendants (01) Raymond Ridela and (03) Armond Jackson-present not in custody. Arrn. Waived. Plea of Not Guilty entered as to both Defendants'. Jury Selection/Jury Trial-July 23, 2002 @9:00 a.m. before Judge Ezra. Final PreTrial Conference-June 24, 2002 @l0:00 a.m. before Judge Kobayashi. Defendants Motions are to be filed by June 13, 2002. Governments Response to be filed by June 27, 2002. Bail to continue as to both Defendants'. As to Defendant (02) Carmichael Doan A & P continued to May 24, 2002 @l0:00 a.m. before Judge Kurren. Raymond Ridela, Carmichael Doan, Armond Jackson Attorney Omer Poirier, David F. Klein, Donald L. Wilkerson, Richard S. Kawana present ( Ct Rptr: C6 Tape 1240) by Judge Barry M. Kurren (gab) (Entered: 05/28/2002) |
| 05/24/2002 | 31 | PS executed on 5/22/02 as to Armond Jackson (gab) (Entered: 05/28/2002) |
| 05/24/2002 | 32 | PS executed on 5/22/02 as to Carmichael Doan (gab) (Entered: 05/28/2002) |
| 05/24/2002 | 33 | PS executed on 5/22/02 as to Raymond Ridela (gab) (Entered: 05/28/2002) |
| 05/24/2002 | 35 | EP: MINUTES: A & P as to an Indictment-Defendant Present not in Custody. Arrn. Waived. Plea of Not Guilty entered. Jury Selection/Jury Trial-July 23, 2002 @9:00 a.m. before Judge Ezra. Final PreTrial Conference-June 24, 2002 @l0:00 a.m. before Judge Kobayashi. Defendant's Motions are to be filed by June 13, 2002. Government's Response to be filed by June 27, 2002. Present Bail to continue. [dft Carmichael Doan arraignment waived; plea of NOT GUILTY entered; Attorney present; ; jury trial set for 9:00 7/23/02 for Carmichael Doan; final pretrial conf set for 10:00 6/24/02 for Carmichael Doan] Carmichael Doan, USA Attorney Omer Poirier, Donald L. Wilkerson present (Ct Rptr: C6-Tape No. 1242) by Mag Judge Barry M. Kurren (afc) (Entered: 05/29/2002) |
| 05/28/2002 | 34 | REQUEST for Discovery by defendant Armond Jackson; certificate of service (afc) (Entered: 05/29/2002) |
| | | |

| | | |
|---|---|---|
| 06/24/2002 | 36 | EP: MINUTES: Final Pretrial Conference as to 01 Ridela, 02 Doan, 03 Jackson not held. deft 03 Jackson present on bail. Oral M/Continue Trial requested by all parties GRANTED. New dates given: JS/JT 9-24-02 @ 9 a.m., DAE. Final Pretrial Conference 8-26-02 @ 10 a.m., BMK. Motions due 8-6-02. Response due 8-20-02. Poirier to prepare order excluding time from 7-23-02 thru 9-24-02 to allow defense counsel time to prepare and in the interest of justice. Raymond Ridela, Carmichael Doan, Armond Jackson Attorney Richard S. Donald L. Wilkerson, David F. Klein present ( Ct Rptr: C6 Tape 1253) by Judge Barry M. Kurren (gab) (Entered: 06/26/2002) |
| 07/01/2002 | 37 | ORDER continuing trial and excluding time under the Speedy Trial Act by Judge David A. Ezra - filed by USA - Trial cont from 7/23/02 to 09/24/02 for Raymond Ridela, for Carmichael Doan, for Armond Jackson; final pretrial conference cont to 8/26/02 for Raymond Ridela, for Carmichael Doan, for Armond Jackson ; further ordered that time excluded from computation of time under the Speedy Trial Act (afc) (Entered: 07/01/2002) |
| 08/26/2002 | 38 | EP: MINUTES: Final Pretrial Conference held as to 02 Carmichael Doan. Defendants 01 Raymond Ridela and 03 Armond Jackson to change their pleas. Defendants' presence waived. CRIMINAL FINAL PRETRIAL CONFERENCE as to 02 Carmichael Doan - court to prepare order: Jury Trial before Judge David A. Ezra on September 24, 2002. Representations by counsel on trial time: The United States and (02) Carmichael Doan: Total of 3 days. Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant. 1. Fed. R. Evid. 404(b) : 8-28-02. 2. a. Motions in Limine filed and served by : 9-4-02. b. Memoranda in opposition to motions in limine filed and served by: 9-9-02. 3. Brady and Giglio Material by: 9-4-02. 4. a. Jury Instructions exchanged by 9-4-02. b. Filings required by 4(a) & (b) by 9-11-02 . 5. Witness Lists per stipulation by 9-17-02. 6. Exhibits a. Parties will exchange exhibits. b. Original exhibits tabbed and in binders, copy in binders. 7. Stipulations: In writing and filed by 9-10-02. 8. Voir Dire Questions: In writing by 9-10-02. 9. Trial Briefs: by 9-10-02 . 10. Jencks Disclosures - USA does not agree to make disclosure of witness statements pursuant to the Jencks Act, 18:3500, before trial. 11. Other Matters: NA. USA Attorney Omer Poirier; Attorney (01) Richard S. Kawana; (02) Randall Oyama for Donald L. Wilkerson; Attorney (03) David F. Klein present (Ct Rptr: C6 Tape 1276) by Judge Barry M. Kurren (afc) (Entered: 08/27/2002) |
| 08/27/2002 | 39 | NOTICE of hearing setting hearing on motion to withdraw not guilty plea and to plead anew as to (03) Armond Jackson is set for 2:00 9/3/02 before Judge Leslie E. Kobayashi (afc) (Entered: 08/27/2002) |
| 08/27/2002 | 40 | NOTICE of hearing setting hearing on motion to withdraw not guilty plea and to plead anew as to (03) Armond Jackson continued from 9-3-02 to 9-4-02 at 3:30 p.m. LEK before Judge Leslie E. Kobayashi (afc) (Entered: 08/29/2002) |
| 08/30/2002 | 41 | Report of Final Pretrial Conference, Minutes and Order as to Carmichael Doan by Mag Judge Barry M. Kurren (cc: all counsel; USM, PTS, |

| | | USPO) (afc) (Entered: 09/04/2002) |
|---|---|---|
| 09/03/2002 | 42 | PETITION for Action on Conditions of Pretrial Release Summons ordered, for Raymond Ridela by Mag Judge Barry M. Kurren (afc) (Entered: 09/04/2002) |
| 09/04/2002 | 43 | PS issued as to Raymond Ridela; osc hearing set for 3:00 9/4/02 for Raymond Ridela before Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/04/2002) |
| 09/04/2002 | 44 | AMENDED PETITION for Action on Conditions of Pretrial Release for Raymond Ridela by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/04/2002) |
| 09/04/2002 | 45 | EP: MINUTES: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant (01) Raymond Ridela present, not in custody. Defendant admits to marijuana violation. Court Orders that Defendant (01) Raymond Ridela's current conditions of release be amended. Defendant to be released on a unsecured bond in the amount of $5,000 under the following conditions: (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7d) Maintain or commence an educational/vocational training program and/or volunteer services as directed by Pretrial Services. (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu (7i) Do not change residence without the advance approval of Pretrial services. (7m) No contact with: Co-defendants and witnesses involved in Magistrate No. 02-0267KSC (7n) Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medications as prescribed. (7p) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction. (7q) As directed by Pretrial Services, placement at MILLER HALE. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established rules of the facility. (7s) You are prohibited from possessing or having access to any firearm, destructive device or other dangerous weapon. Immediately surrender all firearms, destructive devices and other dangerous weapons to an agent approved by Pretrial Services. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services. Other Conditions: That the defendant be required to attend outpatient substance abuse treatment and comply with all rules and regulations of the treatment, at the discretion of Pretrial Services. Court Orders that the |

| | | defendant be detained pending the availability of a bedspace at Miller Hale. Defendant (01) Raymond Ridela remanded to the custody of the US Marshal. Violation of Supervised Release Hearing Held - Mag Judge Leslie E. Kobayashi as to Raymond Ridela $5,000.00 Unsecured Bond set for Raymond Ridela Raymond Ridela, USA Attorney Omer Poirier; (01) Richard S. Kawana present (Ct Rptr: FTR Courtroom 7-CD 9; TIME: 3:50-4:07) by Judge Leslie E. Kobayashi [44-1][42-1] (afc) Modified on 09/05/2002 (Entered: 09/05/2002) |
|---|---|---|
| 09/04/2002 | | (Court only) Docket Modification (Utility) location of deft (01) Raymond Ridela ordered detained pending the availability of a bedspace at Miller Hale. [45-1], [45-2], [45-3] (afc) (Entered: 09/05/2002) |
| 09/04/2002 | 46 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (03) Armond Jackson present, not in custody. Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate filed. Memorandum of Plea Agreement filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc. Plea of Guilty as to Count 5 of the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING as to Count 5 of the Indictment set for 1:30 p.m. 1/27/03 before Judge David Alan Ezra. Defendant (03) Armond Jackson's current conditions of release to continue. Armond Jackson, USA Attorney Ronald G. Johnson, (03) David F. Klein present (Ct Rptr: FTR/ESR-CD 9-Courtroom 7; TIME: 4:17-4:40) by Judge Leslie E. Kobayashi (afc) (Entered: 09/09/2002) |
| 09/04/2002 | 47 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Armond Jackson (afc) (Entered: 09/09/2002) |
| 09/04/2002 | 48 | MEMORANDUM of Plea Agreement as to Armond Jackson (afc) (Entered: 09/09/2002) |
| 09/05/2002 | 49 | Report and Recommendation concerning Plea of Guilty as to Armond Jackson - by Mag Judge Leslie E. Kobayashi (cc: all Ron Johnson, David Klein; USM, PTS, USPO) (afc) (Entered: 09/09/2002) |
| 09/05/2002 | 50 | PS executed on 9/4/02 as to Raymond Ridela (afc) (Entered: 09/09/2002) |
| 09/05/2002 | 51 | EO: MINUTES - Status Conference. Status Conference - SCHEDULED for 9/9/2002 @ 10:00 am DAE for (02) Carmichael Doan ; all counsel notified by phone. cc: all counsel by Judge Judge David A. Ezra (afc) (Entered: 09/09/2002) |
| 09/09/2002 | 52 | EO: Status Conference. Status conference held. () JUDGE Judge David A. Ezra (afc) (Entered: 09/12/2002) |
| 09/12/2002 | 53 | STIPULATION and order by Mag Judge Barry M. Kurren to modify conditions of release of defendant Carmichael Doan - deft (02) Carmichael Doan conditions of bail modified to allow deft to change his residence from Miller Hale TO YMCA Nuuanu Branch - filed by deft (afc) (Entered: 09/16/2002) |
| | | |

| 09/18/2002 | 56 | APPEARANCE BOND ($10,000.00 unsecured) posted by Carmichael Doan signed by Judge Barry M. Kurren (afc) (Entered: 09/18/2002) |
| --- | --- | --- |
| 09/18/2002 | 57 | ORDER Setting Conditions of Release for Carmichael Doan ($10,000.00 Unsecured posted ) by Mag Judge Barry M. Kurren (reflecting modification purs to stip & order filed 09-12-02 in which deft Carmichael Doan may change residence from Miller Hale to YMCA Nuuanu Branch) (afc) (Entered: 09/18/2002) |
| 09/18/2002 | | TRANSCRIPT of Proceedings - 09/04/2002 - ORIG - ( Bernie Biacan, V/ARS ) - pp 21 ;as to Armond Jackson (bbb) (Entered: 09/19/2002) |
| 09/18/2002 | | Transcript of Proceedings 09-04-02 - Orig; # of pages 20; V/ARS, Inc., Susan Holcomb, Transcriber - as to deft (03) Armond Jackson (afc) (Entered: 09/20/2002) |
| 09/19/2002 | 58 | EP: SUPERSEDING INDICTMENT by USA; naming Raymond Ridela, Carmichael Doan, Matthew Emshoff, Brian Raley counts filed against Raymond Ridela (1) count(s) 1s, 2s, 3s, 4s, 5s, Carmichael Doan (2) count(s) 1s, 2s, Matthew Emshoff (4) count(s) 1, 3, Brian Raley (5) count (s) 1, 4; PS ordered for deft (01) Raymond Ridela and deft (02) Carmichael Doan; BENCHWARRANT ordered for deft (04) Matthew Emshoff and deft (05) Brian Raley (Marjann Shawler) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/19/2002 | 59 | PS issued as to Raymond Ridela; arraignment set for 10:00 9/23/02 for Raymond Ridela before Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/19/2002 | 60 | PS issued as to Carmichael Doan; arraignment set for 10:00 9/23/02 for Carmichael Doan before Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/19/2002 | 61 | ARREST Warrant issued for Matthew Emshoff by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/19/2002 | 62 | ARREST Warrant issued for Brian Raley by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/19/2002) |
| 09/20/2002 | 63 | AMENDED WARRANT FOR ARREST issued as to defendant (05) Brian Raley [62-1] (afc) (Entered: 09/20/2002) |
| 09/20/2002 | 64 | EP: MINUTES: A & P to the Superseding Indictment -as to defendant 04 Matthew Emshoff and defendant 05 Brian Raley - Requests for Court Appointed Counsel granted. Defendants sworn to Financial Affidavit. Arraignment waived. Pleas of not guilty entered to the Superseding Indictment. Status Conference re: trial setting is set for 9-23-02 at 10:00 LEK. Bail as to defendant 04 Matthew Emshoff: (7a) Execute a bond in the amount of $10,000 unsecured bond (7b) Comply with pretrial services supervision, and abide by all general and special of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu (7j) Maintain residence |

| | | |
|---|---|---|
| | | with/at: mother, Faye Archambeau, at 98-691 Kaonohi Street, #C, Aiea, Hi 96701 (7m) No contact with: Carmichael Doan, Brandon Doan, Armond Jackson, Raymond Ridela, and Brian Raley (7s) You are prohibited from possessing or having access to any firearm, destructive device or other dangerous weapon. Immediately surrender all firearms, destructive devices and other dangerous weapons an agent approved by Pretrial Services. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the of the services required by this bond, to the extent you financially able to do so, as determined by Pretrial Services. Bail as to defendant 05 Brian Raley: (7a) Execute a bond in the amount of $10,000 unsecured bond (7b) Comply with pretrial services supervision, and abide by all and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7g) Do not apply for/obtain passport. (7h) Travel is restricted to: Island of Oahu (7j) Maintain residence with/at: Patricia Raley, at 1158 Panee Street, Pearl City, Hi 96782 (7m) No contact with: Brandon Doan, Carmichael Doan, Armond Jackson ("Tim"), Raymond Ridela, and Matthew Emshoff (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services. Matthew Emshoff (04); Brian Raley (05); USA Attorney Omer Porier; attorney (04) Stuart Fujioka, and attorney (05) Arthur Ross present (Ct Rptr: Tape C5 933) by Judge Kevin S.C. Chang (afc) Modified on 09/24/2002 (Entered: 09/24/2002) |
| 09/20/2002 | 65 | FINANCIAL Affidavit as to Matthew Emshoff (afc) (Entered: 09/24/2002) |
| 09/20/2002 | 66 | FINANCIAL Affidavit as to Brian Raley (afc) (Entered: 09/24/2002) |
| 09/20/2002 | | (Court only) Docket Modification (Utility) as to deft Matthew Emshoff - custody location to release (deft arrested on 9/20, then ordered released on same day) (afc) (Entered: 09/25/2002) |
| 09/23/2002 | 67 | PS executed on 9/23/02 as to Raymond Ridela (afc) (Entered: 09/24/2002) |
| 09/23/2002 | 68 | EP: MINUTES: A & P as to the Superseding Indictment as to Defendants (01) Raymond Ridela and (02) Carmichael Doan; Trial Setting as to Defendants (04) Matthew Emshoff and (05) Brian Raley - Defendant (01) Raymond Ridela present in custody. Defendant (02) Carmichael Doan not present. Defendants (04) Matthew Emshoff and (05) Brian Raley present, not in custody. Oral Motion to Continue A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan Granted. A & P as to the Superseding Indictment as to Defendant (02) Carmichael |

| | | Doan is continued to 10:00 9/27/02, LEK. A & P as to the Superseding Indictment as to Defendant (01) Raymond Ridela - Charges received. Defendant waives public reading of the Superseding Indictment. Plea of Not Guilty entered. Defendants (04) and (05) previously arraigned and pleas entered on 9/20/02. Defendant (01) Raymond Ridela requests and Court approves additional time of 30 days to prepare for trial. Time period from 9/24/02 thru 10/29/02 is excluded from the requirements of the Speedy Trial Act as to Defendant (01). Govt to prepare Order. Jury Selection/Trial as to Defendants (01), (04) and (05) set for 9:00 10/29/02, DAE Final Pretrial Conference set for 10:00 9/30/02, LEK Defendant's Motions due 9/16/02 Government's Response due 9/30/02 Status Conference Re: Trial Date and Deadlines as to Defendants (01), (04) and (05) set for 10:00 9/27/02, LEK. Defendant (01) Raymond Ridela remanded to the custody of the US Marshal. Raymond Ridela (01); Matthew Emshoff (04); Brian Raley (05); USA Attorney Omer Poirier; Richard S. Kawana (01); Donald Wilkerson (02); Stuart Fujioka (04); Arthur Ross (05) present (Ct Rptr: FTR-Courtroom 7 CD 10; TIME: 10:33-10:37) by Judge Leslie E. Kobayashi (afc) (Entered: 09/24/2002) |
|---|---|---|
| 09/24/2002 | 69 | ARREST Warrant returned executed as to Matthew Emshoff on 9/20/02 (afc) (Entered: 09/24/2002) |
| 09/24/2002 | | ARREST of defendant Matthew Emshoff on 9/20/02 (afc) (Entered: 09/24/2002) |
| 09/24/2002 | 70 | ARREST Warrant returned executed as to Brian Raley on 9/20/02 (afc) (Entered: 09/24/2002) |
| 09/24/2002 | | ARREST of defendant Brian Raley on 9/20/02 (afc) (Entered: 09/24/2002) |
| 09/25/2002 | 71 | APPEARANCE BOND ($10,000.00 Unsecured) posted by Matthew Emshoff signed by Judge Kevin S.C. Chang (afc) (Entered: 09/25/2002) |
| 09/25/2002 | 72 | ORDER Setting Conditions of Release for Matthew Emshoff ($10,000.00 Unsecured posted) by Mag Judge Kevin S. Chang (afc) (Entered: 09/25/2002) |
| 09/25/2002 | 73 | APPEARANCE BOND ($10,000.00 Unsecured) posted by Brian Raley signed by Judge Kevin S.C. Chang (afc) (Entered: 09/25/2002) |
| 09/25/2002 | 74 | ORDER Setting Conditions of Release for Brian Raley ($10,000.00 Unsecured posted ) by Mag Judge Kevin S. Chang (afc) (Entered: 09/25/2002) |
| 09/25/2002 | 75 | PS executed on 9/23/02 as to Carmichael Doan via service on Mr. Doan's attorney, Donald Wilkerson (afc) (Entered: 09/25/2002) |
| 09/27/2002 | 76 | EP: MINUTES: A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan; Status Conference Re: Trial Setting as to Defendant (01) Raymond Ridela, (04) Matthew Emshoff and (05) Brian Raley - Defendant (02) Carmichael Doan present, not in custody. Defendant (01) Raymond Ridela present in custody. Defendants (04) |

| | | Matthew Emshoff and (05) Brian Raley not present, presence waived. A & P as to the Superseding Indictment as to Defendant (02) Carmichael Doan - Charges received. Defendant waives public reading of the Superseding Indictment. Plea of Not Guilty entered. Defendant requests 30 days to prepare for trial. Time period from 9/24/02 thru 10/29/02 is excluded from the requirements of the Speedy Trial Act as to Defendant (02) Carmichael Doan. Jury Selection/Trial set for 9:00 10/29/02, DAE Final Pretrial Conference set for 10:00 9/30/02, LEK Defendant's Motions due 9/16/02 Government's Response due 9/30/02 Status Conference Re: Trial Date and Deadlines held. Defendants (04) Matthew Emshoff and (05) Brian Raley move orally to Continue the Trial date and all deadlines so that Pretrial Motions may be filed. Defendant (02) Carmichael Doan objects. Court Grants the Motion over Defendant (02)'s objections. Jury Selection/Trial is continued to 9:00 12/3/02, DAE Final Pretrial Conference is continued to 10:00 11/4/02, BMK Defendant's Motions due 10/21/02 Government's Response due 11/4/02 Time period from 10/29/02 thru 12/3/02 is excluded from the requirements of the Speedy Trial as to Defendants (01), (02), (04) and (05). Govt to prepare Order. Bail Status Hearing as to Defendant (01) Raymond Ridela - Defendant wishes to remain in custody rather going to Miller Hale. Court questions defendant. Court finds that Defendant (01) Raymond Ridela wishes to decline placement at Miller Hale, that the defendant voluntarily wants to remain in custody. Court Orders that Defendant (01) Raymond Ridela be detained until trial. Defendant (01) Raymond Ridela remanded to the custody of the US Marshal. [dft Carmichael Doan arraignment waived; plea of NOT GUILTY entered; Attorney present; jury trial set for 12/3/02 for Raymond Ridela, for Carmichael Doan, for Emshoff, for Brian Raley; final pretrial conf set for 11/4/02 for Raymond Ridela, for Carmichael Doan, for Emshoff, for Brian Raley] ; (01) Raymond Ridela present in custody; (02) Carmichael Doan present; USA Attorney Omer Poirier; Attorneys: Richard Kawana (01); Donald L. Wilkerson (02); Stuart N. Fujioka (04); and Arthur E. Ross (05) present (Ct Rptr: FTR-Courtroom 7 - CD 10; TIME: 10:11-10:25) Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/30/2002) |
|---|---|---|
| 09/30/2002 | 77 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to Armond Jackson by Judge David Ezra (cc: all counsel; USM, PTS, USPO) (afc) (Entered: 09/30/2002) |
| 10/03/2002 | 78 | Notice of Motion and MOTION for bill of particulars by defendant Brian Raley ; declaration of counsel; memorandum in support of motion; certificate of service - Motion hearing set for 10-24-02 at 10:00 a.m. KSC (afc) (Entered: 10/04/2002) |
| 10/08/2002 | 79 | REQUEST for Discovery; certificate of service - by defendant Brian Raley (afc) (Entered: 10/09/2002) |
| 10/08/2002 | 80 | Notice of Motion and MOTION for a bill of particulars by defendant Brian Raley ; declaration of counsel; memorandum in support of motion; amended certificate of service - Motion hearing set for 10:00 a.m. 10/24/02 before Mag Judge Kevin S.C. Chang (afc) (Entered: |

| | | |
|---|---|---|
| | | 10/09/2002) |
| 10/11/2002 | 81 | MEMORANDUM by USA opposing defendant's motion for bill of particulars; certificate of service [80-1] [78-1] (afc) (Entered: 10/15/2002) |
| 10/18/2002 | 82 | NOTICE of Joinder by defendant Matthew Emshoff in the motion for a bill of particulars filed by defendant Brian Raley on 10-08-02; certificate of service [80-1] (afc) (Entered: 10/18/2002) |
| 10/21/2002 | 83 | Notice of Motion and MOTION to dismiss the superceding indictment by defendant Matthew Emshoff memorandum in support of motion; exhibits A, B; certificate of service; Motion hearing set for 11/18/02 @ 3:45 p.m. (DAE) (gab) (Entered: 10/21/2002) |
| 10/21/2002 | 84 | Notice of Motion and MOTION by defendant Brian Raley to dismiss counts 1 and 4 of the superseding indictment for lack of jurisdiction in the Federal Court under the facts herein ; memorandum of law in support of motion; declaration of counsel Arthur E. Ross; certificate of service - Motion hearing set for November 14, 2002 at 3:45 p.m. before Judge David A. Ezra (afc) (Entered: 10/22/2002) |
| 10/23/2002 | 85 | MEMORANDUM opposing motion to dismiss [83-1]; certificate of service by plaintiff USA (bbb) (Entered: 10/24/2002) |
| 10/24/2002 | 86 | EP: MINUTES: Defendant 05 Brian Raley's Motion for Bill of Particulars - Denied. Government to prepare order. Defendant 04 Matthew Emshoff present. Defendants 01 Raymond Ridela, 02 Carmichael Doan, 05 Brian Raley presence waived. [80-1] [78-1] (04) Matthew Emshoff, USA Attorney Omer Poirier; (01) Richard S. Kawana; (02) Donald L. Wilkerson; (04) Stuart N. Fujioka; and (05) Arthur E. Ross present (Ct Rptr: Tape C5 950) by Judge Kevin S.C. Chang (afc) (Entered: 10/29/2002) |
| 10/30/2002 | 87 | Notice of Motion and MOTION to continue trial by defendant Matthew Emshoff declaration of counsel; certificate of service; Motion hearing set for 11/094/02 @ 10:00 a.m. (BMK) (gab) (Entered: 10/31/2002) |
| 11/04/2002 | 88 | EP: MINUTES: Defendant (04) Matthew Emshoff's Motion to Continue Trial - GRANTED. New dates given: JS/JT 2-4-03 @ 9 a.m., DAE. Final Pretrial Conference 1-16-03 @ 10 a.m., BMK. Fujioka to prepare order excluding time from 12-3-02 thru 2-4-03. Defts' 01 Ridela, 02 Doan,, 04 Emshoff, 05 Raley presence waived. [87-1] ; jury trial set for 9:00 2/4/03 for Raymond Ridela, for Carmichael Doan, for Armond Jackson, Matthew Emshoff, for Brian Raley ; final pretrial conf set for 9:00 1/16/03 for Raymond Ridela, for Carmichael Doan, for Armond Jackson, for Matthew Emshoff, for Brian Raley , Attorney Arthur E. Ross, Stuart N. Fujioka, Donald L. Wilkerson, Richard S. Kawana, Omer Poirier present ( Ct Rptr: C6 Tape 1298) by Judge Barry M. Kurren (eps) Modified on 11/06/2002 (Entered: 11/06/2002) |
| 11/13/2002 | 89 | Government's OPPOSITION to motion to dismiss (motion by defendant Brian Raley to dismiss counts 1 and 4 of the superseding indictment for |

| | | |
|---|---|---|
| | | lack of jurisdiction in the Federal Court under the facts herein [84-1]); certificate of service (afc) (Entered: 11/14/2002) |
| 11/13/2002 | 90 | ORDER granting defendant Matthew Emshoff's 10/30/02 motion to continue trial by Mag Judge Barry M. Kurren - filed by deft Matthew Emshoff - TRIAL (as to all defts) cont from 12-03-02 to 02-04-02; final pretrial conference: 01-16-03 10:00 BMK; time period from 10-30-02 to 02-04-03 is excluded from computations required by the Speedy Trial Act [87-1] (afc) (Entered: 11/14/2002) |
| 11/15/2002 | 91 | NOTICE of hearing setting hearing on Defendant (05) Brian Raley's motion to dismiss counts 1 and 4, set for 11/18/02 at 3:45 p.m. DAE, the time has been changed to 11/18/2002 at 1:30 p.m. DAE [84-1] (afc) (Entered: 11/18/2002) |
| 11/18/2002 | 92 | SUPPLEMENTAL MEMORANDUM by defendant Brian Raley in support of motion to dismiss indictment for lack of jurisdiction [84-1]; exhibits 1, 2, 3; certificate of service (afc) (Entered: 11/19/2002) |
| 11/18/2002 | 93 | ORDER denying without prejudice defendant Raley's motion to dismiss counts 1 and 4; ORDER denying without prejudice defendant Emshoff's motion to dismiss by Judge David A. Ezra [83-1] [84-1] - [conclusion furthermore states "Defendants are granted leave to file a motion for a hearing to determine whether the Government can factually support its contention that this case involves interstate commerce subject to the Hobbs Act."] (cc: all counsel) (afc) Modified on 01/03/2003 (Entered: 11/19/2002) |
| 11/18/2002 | 94 | EP: MINUTES: Defendant (05)Brian Raley's Motion to Dismiss Counts 1 and 4 of the Superseding Indictment. Defendant (04)Matthew Emshoff's Motion to Dismiss Superseding Indictment. Defendants' (01) Raymond Ridela, (02)Carmichael Doan, (04)Matthew Emshoff, and (05) Brian Raley presence waived. Defendant (01)Raymond Ridela's Oral Motion to join Motions to Dismiss-DENIED. Defendant (05)Brian Raley's Motion to Dismiss Counts 1 and 4 of the Superseding Indictment-DENIED w/out prejudice. Defendant (04)Matthew Emshoff's Motion to Dismiss Superseding Indictment-DENIED w/out prejudice. (01) Raymond Ridela (02)Carmichael Doan (04)Matthew Emshoff (05)Brian Raley Attorney Arthur E. Ross, Stuart N. Fujioka, Donald L. Wilkerson, Richard S. Kawana, Ronald G. Johnson present ( Ct Rptr: Cynthia Fazio) by Judge David Alan Ezra (gab) (Entered: 11/26/2002) |
| 12/23/2002 | 95 | NOTICE of hearing setting hearing on ; sentencing hearing has been continued from 1:30 01/27/03 to 2:15 6/2/03 for Armond Jackson before Judge David A. Ezra; AUSA: Omer Poirier, attorney David Klein has been notified by phone; stip to follow (bbb) (Entered: 12/27/2002) |
| 12/24/2002 | 96 | PETITION for Action on Conditions of Pretrial Release; summons ordered, for (02) Carmichael Doan by Mag Judge Kevin S. Chang (afc) (Entered: 01/04/2003) |
| 12/31/2002 | 97 | EO: MINUTES Order to Show Cause as to defendant (02) Carmichael Doan is set for 01/06/2003 10:30:00 AM before LEK.Notified Donald |

| | | Wilkerson and Ronald Johnson. [96-1] by Judge Mag Judge Kevin S. Chang (afc) (Entered: 01/04/2003) |
|---|---|---|
| 01/02/2003 | 98 | EO: MINUTES - Order to Show Cause as to Why Pretrial Release Should Not Be Revoked as to Defendant (02) Carmichael Doan set for 1/6/03 at 10:30 AM is moved to 01/08/2003 at 01:30:00 PM before LEK. Parties notified. [96-1] by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/04/2003) |
| 01/08/2003 | 99 | EO: MINUTES Continued : [Final Pretrial Conference] from 01/16/2003 10:00:00 AM to 01/15/2003 10:00:00 AM before LEK. Amity of Omer Poirier's office to notify all parties. [final pretrial conf set for 10:00 1/15/03 for Raymond Ridela, for Carmichael Doan, for Armond for Matthew Emshoff, for Brian Raley] by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/13/2003) |
| 01/08/2003 | 100 | EP: MINUTES: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked as to deft (02) Carmichael Doan - Defendant not present. Atty Donald L. Wilkerson attempted to contact defendant with no result. USPTS Officer will try to locate and contact defendant. Order to Show Cause as to Why Pretrial Release Should Not Be Revoked is continued to 1:30 1/10/03, LEK. [96-1] ; USA Attorney Omerg G. Poirier; (02) Donald L. Wilkerson present (Ct Rptr: FTR-Courtroom 7 - 12; TIME: 2:19-2:20) by Judge Leslie E. Kobayashi (afc) (Entered: 01/13/2003) |
| 01/10/2003 | 103 | EP: MINUTES:Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant (02) Carmichael Doan present, not in custody. Defendant admits to the violations. Court Orders that this Case be Assigned to her. Clerk's Office, please reflect the case number as CR NO. 00-00201DAE-LEK on the docket. Any future OSC will be considered by Magistrate Judge Leslie E. Kobayashi, not by the CR Duty Magistrate Judge. Court Orders that Defendant (02) Carmichael Doan be released on an unsecured bond in the amount of $10,00 under the following conditions: (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services. (7c) Maintain or actively seek employment, as directed by Pretrial Services (7g) Do not apply for/obtain a passport. (7h) Travel is restricted to: The Island of Oahu (7m) No contact with: co-defendants, witnesses related to and/or named in Magistrate No. 02-0267KSC. (7s) You are prohibited from possessing or having access to any firearm, destructive device or other dangerous weapon. Immediately surrender all firearms, destructive devices and other dangerous weapons to an agent approved by Pretrial Services. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. (7v) Submit to drug detection testing and/or treatment as directed by Pretrial Services. (7w) Submit to alcohol detection testing and/or treatment as directed by Pretrial Services. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by |

| | | Pretrial Services. Other Conditions: That the defendant shall reside at (address to be inserted by US Pretrial Services) and he shall not change residence without the permission of Pretrial Services. Defendant referred to the Clerk's Office for processing. [96-1] ; Carmichael Doan, USA Attorney Ronald G. Johnson, Donald L. Wilkerson present ( Ct Rptr: C7 CD#12 1:36-1:44) by Judge Leslie E. Kobayashi (bbb) (Entered: 01/13/2003) |
|---|---|---|
| 01/13/2003 | 101 | APPEARANCE BOND ($10,000.00 Unsecured) posted by Carmichael Doan signed by Judge Leslie E. Kobayashi (afc) (Entered: 01/13/2003) |
| 01/13/2003 | 102 | ORDER Setting Conditions of Release for Carmichael Doan ($10,000.00 Unsecured posted ) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/13/2003) |
| 01/15/2003 | 105 | EP: MINUTES: CRIMINAL FINAL PRETRIAL CONFERENCE held. Atty Stuart N. Fujioka appeared for Attys Donald L. Wilkerson and Arthur E. Ross. Defendants (01) Raymond Ridela, (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley ALL not present, presence waived. Jury Trial before Judge David Alan Ezra on February 4, 2003 at 9:00.a.m.. Representations by counsel on trial time: The United States: 3 day(s); Defendant: (01) Raymond Ridela - 1 day(s); Defendant: (02) Carmichael Doan - day(s); Defendant: (04) Matthew Emshoff - day (s); Defendant: (05) Brian Raley - day(s); Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to: Defendants (01) Raymond Ridela, (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley. 1. Fed. R. Evid. 404(b) : January 15, 2003 2. a. Motions in Limine filed and served by :January 21, 2003. b. Memoranda in opposition to motions in limine filed and served by: January 27, 2003. 3. Brady and Giglio Material by: January 21, 2003 4. a. Jury Instructions exchanged by January 21, 2003. b. Filings required by 4(a) & (b) by: January 28, 2003. 5. Witness Lists per stipulation by January 28, 2003. 6. Exhibits a. Parties will exchange exhibits. b. Original exhibits tabbed and in folders/binders, copy in folders/binders. 7. Stipulations: In writing and filed by January 22, 2003. 8. Voir Dire Questions: In writing by January 22, 2003. 9. Trial Briefs: by January 22, 2003. 10. Jencks Disclosures: No agreement as to this deadline. 11. Other Matters: A copy of the Final Pretrial Order mailed to all parties. 12. N/A; Raymond Ridela, Carmichael Doan, Matthew Emshoff, Brian Raley, USA Attorney Omer G. Poirier, Richard S. Kawana, Donald L. Wilkerson, Stuart N. Fujioka, Arthur E. Ross present ( Ct Rptr: C7 CD#12 10:28-10:37) by Judge Leslie E. Kobayashi (bbb) (Entered: 01/17/2003) |
| 01/16/2003 | 104 | PETITION for Action on Conditions of Pretrial Release PS ordered, for Matthew Emshoff by Mag Judge Leslie E. Kobayashi (gab) (Entered: 01/17/2003) |
| 01/17/2003 | 106 | Report of Final Pretrial Conference, Minutes and Order as to (01) Raymond Ridela, (02) Carmichael Doan, (04) Matthew Emshoff, (05) Brian Raley by Mag Judge Leslie E. Kobayashi (cc: all counsel; USM, PTS, USPO) (afc) (Entered: 01/21/2003) |
| | | |

| 01/17/2003 | 107 | NOTICE of hearing - Order to Show Cause as to why pretrial release should not be revoked set for 10:30 1/24/03 as to deft (03) MATTHEW EMSHOFF before Mag Judge Leslie E. Kobayashi [104-1] (afc) (Entered: 01/21/2003) |
| --- | --- | --- |
| 01/17/2003 | 108 | PS issued as to Matthew Emshoff; osc hearing set for 10:30 1/24/03 for Matthew Emshoff before Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/21/2003) |
| 01/21/2003 | 109 | TRIAL brief; certificate of service - submitted by defendant Matthew Emshoff (afc) (Entered: 01/21/2003) |
| 01/21/2003 | 110 | REQUESTED JURY INSTRUCTIONS; certificate of service - submitted by defendant (04) Matthew Emshoff (afc) (Entered: 01/21/2003) |
| 01/21/2003 | 111 | MOTION in limine to (1) preclude or limit in-court identification; (2) permit questioning of defendant/witnesses Raymond Ridela and Armond Jackson about their use of illicit drugs at and around the time of the alleged offense by defendant (04) Matthew Emshoff ; memorandum in support of motion; exhibit A; certificate of service - Motion hearing set for 9:00 02/04/03 DAE (afc) Modified on 04/07/2003 (Entered: 01/21/2003) |
| 01/21/2003 | 112 | MOTION by defendant (05) Brian Raley in LIMINE to (1) preclude or limit in-court identification by Brent Takara; (2) permit questioning of co-conspirator/witness Raymond Ridela and Armond Jackson regarding their use of illicit drugs at and around the time of the alleged offenses; (3) exclude alleged conspirators Raymond Ridela and Armond Jackson statements which the government contends are admissible against the other charged defendants under Federal Rules of Evidence 801(d)(2)(E); (4) exclude testimonial or documentary evidence relating to any "bad acts" or "other crimes" involving the defendant (F.R.E. 409 and 609); (5) have the court issue an order excluding any and all of the government's witnesses from the courtroom during the proceedings except for the FBI agent in charge; (6) have the court allow for a voluntariness hearing of any statements that may have been made by the defendant at the time of his second interview with FBI special Agent Ty Arnold on September 20, 2002 ; memorandum in support of motion; certificate of service - Motion hearing set for 9:00 02/04/03 DAE (afc) (Entered: 01/22/2003) |
| 01/22/2003 | 113 | REQUESTED JURY INSTRUCTIONS; certificate of service - submitted by defendant (05) Brian Raley (afc) (Entered: 01/22/2003) |
| 01/22/2003 | 114 | PROPOSED VOIR DIRE QUESTIONS; certificate of service - submitted by defendant (04) Matthew Emshoff (afc) (Entered: 01/22/2003) |
| 01/23/2003 | 115 | EO: MINUTES Status Conference set for 10:30 1/24/03 LEK for Raymond Ridela, for Carmichael Doan, for Matthew Emshoff, for Brian Raley ; Omer Poirier to notify all parties by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/24/2003) |
| 01/24/2003 | 116 | EP: MINUTES: Order to Show Cause as to Why Pretrial Release Should |

| | | |
|---|---|---|
| | | Not Be Revoked as to Defendant (04) Matthew Emshoff - Defendant (04) Matthew Emshoff present, not in custody. Defendant admits to the violations. Parties concur with USPTS Recommendation. Court questions defendant. Allocution by defendant. Court admonishes defendant. Pretrial Release not revoked, defendant's current conditions of release to continue. Status Conference not held. Status Conference is continued to 10:00 1/27/03, LEK. [104-1] [status conference set for 10:00 1/27/03 for Raymond Ridela, for Carmichael Doan, for Matthew Emshoff, for Brian Raley] ; (04) Matthew Emshoff, USA Attorney Omer G. Poirier, (01) Richard S. Kawana, (02) Donald L. Wilkerson, (04) Stuart N. Fujioka, (05) Arthur E. Ross present (Ct Rptr: FTR-Courtroom 7 - CD 13; TIME: 10:51-10:59) Judge Leslie E. Kobayashi (afc) (Entered: 01/24/2003) |
| 01/24/2003 | 117 | NOTICE OF JOINDER by defendant (05) Brian Raley in deft Matthew Emshoff's proposed voir dire questions; certificate of service [114-1] (afc) (Entered: 01/27/2003) |
| 01/27/2003 | 118 | EP: MINUTES: Status Conference held. Atty Richard S. Kawana not present, Defendant (01) Raymond Ridela will be changing his plea. Defendants (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley all not present, presence waived. Defendant (04) Matthew Emshoff's Oral Motion to Continue Trial Granted. Jury Selection/Trial is continued to 9:00 3/25/03, DAE Time excluded from 2/4/03 thru 3/25/03 from the requirements of the Speedy Trial Act. Poirier to prepare Order Continuing Trial and Order Excluding Time. USA Attorney Omer G. Poirier, (02) Donald L. Wilkerson, (04) Stuart N. Fujioka, (05) Arthur E. Ross present (Ct Rptr: FTR/ESR-Courtroom 7 - CD 13; TIME: 10:48-10:55) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/28/2003) |
| 02/03/2003 | 119 | STIPULATION and order by Mag Judge Leslie E. Kobayashi granting defendants Matthew Emshoff and Brian Raley an Extension of time to file Pretrial Motions to Suppress Statements from 1/31/03 to 2/10/03 (gab) (Entered: 02/04/2003) |
| 02/06/2003 | 120 | Notice of Motion and MOTION to suppress statement by defendant (04) Matthew Emshoff ; memorandum in support of motion; declaration of counsel; exhibit A; certificate of service - Motion hearing set for 02/24/03 at 11:15 a.m. before Judge David A. Ezra (afc) (Entered: 02/06/2003) |
| 02/07/2003 | 121 | Notice of Motion and MOTION to suppress statements by defendant Brian Raley memorandum of law; exhibit A; declaration of counsel; certificate of service; Motion hearing set for 02/24/03 @ 11:15 a.m. (DAE) (gab) (Entered: 02/10/2003) |
| 02/10/2003 | 122 | PS executed via certified mail on 1/21/03 as to deft (03) Matthew Emshoff - PS RETURNED by postal service as "returned to sender/unclaimed" (afc) (Entered: 02/11/2003) |
| 02/12/2003 | 123 | NOTICE of hearing setting hearing on Motion for Withdrawl of Not Guilty Plea and to Plead Anew set for 2:30 2/28/03 for (01) Raymond Ridela before Magistrate Judge Leslie E. Kobayashi (afc) (Entered: |