| | | 02/12/2003) |
|---|---|---|
| 02/20/2003 | 124 | NOTICE by defendant Matthew Emshoff of filing under seal (SEALED) (gab) (Entered: 02/20/2003) |
| 02/20/2003 | 125 | Government's RESPONSE to defendant Matthew Emshoff's motion to suppress [120-1] (gab) (Entered: 02/20/2003) |
| 02/20/2003 | 126 | Government's RESPONSE to Brian Raley's motion to suppress [121-1] (gab) (Entered: 02/20/2003) |
| 02/24/2003 | 127 | EP: MINUTES: Defendant Matthew Emshoff's Motion to Suppress Statement. Defendant Brian Raley's Motion to Suppress Statements. Defendant Matthew Emshoff present, not in custody. Defendant Brian Raley present, not in custody. Defendant Raymond Ridela's presence is waived. Defendant Matthew Emshoff's Motion to Suppress Statement [120-1] - GRANTED. Defendant Brian Raley's Motion to Suppress Statements [121-1] - GRANTED. Court to issue order. Matthew Emshoff (04); Brian Raley (05); USA Attorney Omer G. Poirier; attorneys: Stuart N. Fujioka (04); Arthur E. Ross (05); and Richard S. Kawana (01) present (Ct Rptr: Cynthia Fazio) by Judge David Alan Ezra (afc) (Entered: 02/25/2003) |
| 02/27/2003 | 128 | Defendant Matthew Emshoff's SUPPLEMENTAL MEMORANDUM in support of his 2/6/03 motion to suppress evidence; exhibit B; certificate of service [120-1] (afc) (Entered: 02/28/2003) |
| 02/27/2003 | 129 | Government's further MEMORANDUM concerning motions to suppress by Brian Raley and Matthew Emshoff [120-1][121-1] (afc) (Entered: 02/28/2003) |
| 02/27/2003 | 130 | NOTICE of hearing setting hearing on Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (01) RAYMOND RIDELA set for 2:30 2/28/03 is moved to 3:30 p.m. before Magistrate Judge Leslie E. Kobayashi (afc) (Entered: 02/28/2003) |
| 02/27/2003 | 131 | Defendant (01) Brian Raley NOTICE OF JOINDER in defendant (04) Matthew Emshoff's supplemental memorandum in support of his 2/6/03 motion to suppress evidence; certificate of service [120-1][128-1] (afc) (Entered: 02/28/2003) |
| 02/27/2003 | 132 | EO: MINUTES: further hearing on motion to suppress set for 2/28/03 2:15 before DAE [121-1] [120-1] by Judge David A. Ezra (afc) (Entered: 02/28/2003) |
| 02/28/2003 | 133 | EP: MINUTES: Further Hearing on Defendant Matthew Emshoff's Motion to Suppress Statement [120-1]. Further Hearing on Defendant Brian Raley's Motion to Suppress Statements [121-1]. Defendant Raymond Ridela present in custody. Defendant Matthew Emshoff present, not in custody. Defendant Brian Raley present, not in custody. Governments Witnesses: James Brown, Tyrone C. Arnold. Governments Exhibits Received: 1, 2, 3. Defendant Brian Raley's Witnesses: Brian Raley. Defendant Matthew Emshoff's Witnesses: Matthew Emshoff. |

| | | Further hearing on Defendant Matthew Emshoff's Motion to Suppress Statement- TAKEN UNDER ADVISEMENT. Further hearing on Defendant Brian Raley's Motion to Suppress Statement- TAKEN UNDER ADVISEMENT. Defense Counsel to submit Supplemental Memorandum by March 7, 2003. Court to issue order. (01) Raymond Ridela; (04) Matthew Emshoff; (05) Brian Raley; USA Attorney Omer G. Poirier; (01) Richard S. Kawana; (04) Stuart N. Fujioka; (05) Arthur E. Ross present (Ct Rptr: Cynthia Fazio) by Judge David Alan Ezra (afc) (Entered: 03/03/2003) |
|---|---|---|
| 02/28/2003 | 134 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (01) Raymond Ridela present in custody. Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc. Plea of Guilty as to Counts 1 and 2 of the Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING as to Counts 1 and 2 of the Superseding Indictment set for 1:30 p.m. 9/15/03 before Judge David Alan Ezra. Defendant remanded to the custody of the U.S. Marshal. [guilty plea entered by Raymond Ridela ; sentencing hearing set for 1:30 9/15/03 for Raymond Ridela] (01) Raymond Ridela, USA Attorney Omer G. Poirier; attorney (01) Richard Kawana present (Ct Rptr: FTR/ESR-CD 14 - Courtroom 7; TIME: 3:47-4:05) by Mag Judge Leslie E. Kobayashi (afc) (Entered: 03/03/2003) |
| 02/28/2003 | 135 | MEMORANDUM of Plea Agreement as to Raymond Ridela (afc) (Entered: 03/03/2003) |
| 02/28/2003 | 136 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Raymond Ridela (afc) (Entered: 03/03/2003) |
| 02/28/2003 | 137 | Report and Recommendation concerning Plea of Guilty as to Raymond Ridela by Mag Judge Leslie E. Kobayashi (cc: all counsel; USM, PTS, USPO) (afc) (Entered: 03/03/2003) |
| 03/04/2003 | 138 | EO: MINUTES: Status Conference Re: Trial Date and Deadlines and Availability of a Potential Witness set for 03/10/2003 10:00:00 AM before LEK. All parties notified by phone. {status hearing set for 10:00 3/10/03 for Carmichael Doan, for Matthew Emshoff, for Brian Raley} by Mag Judge Leslie E. Kobayashi (afc) (Entered: 03/06/2003) |
| 03/10/2003 | 139 | ORDER denying defendants' motions to suppress statements by Judge David A. Ezra - {re: defendant (05) Brian Raley & defendant (04) Matthew Emshoff M's/SUPPRESS [120-1][121-1] - court denies both defendants' motions to suppress statements made during their respective interviews on 9/20/02} (cc: all counsel; USM, PTS, USPO) (afc) Modified on 03/11/2003 (Entered: 03/11/2003) |
| 03/14/2003 | 140 | ORDER continuing trial and excluding time under the Speedy Trial Act |

| | | |
|---|---|---|
| | | by Mag Judge Leslie E. Kobayashi - jury trial set for 9:00 5/28/03 for Raymond Ridela, for Carmichael Doan, for Armond Jackson ; final pretrial conference set for 10:00 4/22/03 ; further ordered that time is excluded from computation under speedy trial act - filed by pltf USA (afc) (Entered: 03/17/2003) |
| 03/18/2003 | | TRANSCRIPT of Proceedings - 02/28/2003 - ORIG - ( Bernie Biacan, VARS ) - pp 18 ;as to Raymond Ridela (bbb) (Entered: 03/19/2003) |
| 03/20/2003 | 141 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to Raymond Ridela by Judge David Ezra (cc: all counsel, USM, PTS, USPO) (afc) (Entered: 03/21/2003) |
| 04/08/2003 | 142 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant (02) Carmichael Doan - appointing as co-counsel Attorney Louis Michael Ching by Mag Judge Leslie E. Kobayashi (afc) (Entered: 04/09/2003) |
| 04/28/2003 | 143 | EP: MINUTES: Final Pretrial Conference - Defendant (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley not present, presence waived. Govt. inquired as to standby counsel for Defendant (02) Carmichael Doan. Louis Ching was appointed previously as standby counsel. CRIMINAL FINAL PRETRIAL CONFERENCE held. Jury Trial before Judge David Alan Ezra on May 28, 2003 at 9:00.a.m.. Representations by counsel on trial time: The United States: 3 day(s) Defendant: (02) Carmichael Doan - 1 day(s) Defendant: (04) Matthew Emshoff - 1 day(s) Defendant: (05) Brian Raley - day(s) Total for Defendants: 2-3 days Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant (02) Carmichael Doan, (04) Matthew Emshoff and (05) Brian Raley. 1. Fed. R. Evid. 404(b) : April 30, 2003 2. a. Motions in Limine filed and served by :May 7, 2003. b. Memoranda in opposition to motions in limine filed and served by: May 12, 2003. 3. Brady and Giglio Material by: May 7, 2003 4. a. Jury Instructions exchanged by May 7, 2003. b. Filings required by 4(a) & (b) by: May 14, 2003. 5. Witness Lists per stipulation by May 20, 2003. 6. Exhibits a. Parties will exchange exhibits. b. Original exhibits tabbed and in folders/binders, copy in folders/binders. 7. Stipulations: In writing and filed by May 14, 2003. 8. Voir Dire Questions: In writing by May 14, 2003. 9. Trial Briefs: by May 14, 2003. 10. Jencks Disclosures: No agreement as to this deadline, parties to work out. 11. Other Matters: A copy of the CR Final Pretrial Order mailed to all parties. 12. N/A USA Attorney Omer G. Poirier, attorney (02) Donald L. Wilkerson, attorney (04) Stuart N. Fujioka, and attorney (05) Arthur E. Ross present (Ct Rptr: Courtroom 6 - Tape 1388) by Judge Mag Judge Leslie E. Kobayashi (afc) (Entered: 04/29/2003) |
| 05/02/2003 | 144 | Notice of Motion and MOTION for inquiry by USA as to Carmichael Doan, Matthew Emshoff, Brian Raley ; exhibit A; certificate of service - Motion hearing set for 05/20/03 at 9:30 a.m. before Mag Judge Kevin S.C. Chang (afc) (Entered: 05/05/2003) |
| 05/02/2003 | 145 | Report of Final Pretrial Conference, Minutes and Order as to Carmichael Doan, Matthew Emshoff, Brian Raley by Mag Leslie E. Kobayashi (cc: |

| | | all counsel, USM, PTS, USPO) (afc) (Entered: 05/05/2003) |
|---|---|---|
| 05/05/2003 | 146 | NOTICE of hearing setting hearing on Sentencing date for defendant (03) ARMOND JACKSON has been continued from 6/2/03 2:15 DAE to 06/30/03 11:15 DAE (afc) (Entered: 05/05/2003) |
| 05/07/2003 | 147 | defendant Brian Raley's JOINDER in co-defendant Matthey Emershoff's requested jury instructions (bbb) (Entered: 05/08/2003) |
| 05/07/2003 | 148 | Government's proposed JURY Instructions; certificate of service (bbb) (Entered: 05/08/2003) |
| 05/13/2003 | 153 | Defendant (03) Armond Jackson's SENTENCING STATEMENT; certificate of service (SEALED) (afc) (Entered: 05/15/2003) |
| 05/14/2003 | <u>149</u> | EP: SECOND SUPERSEDING INDICTMENT by USA; naming Carmichael Doan, Matthew Emshoff, Brian Raley; counts filed against Carmichael Doan (2) count(s) 1ss, 2ss; Matthew Emshoff (4) count(s) 1s, 3s, Brian Raley (5) count(s) 1s, 4s; Summons ordered (Marjann Shawler) by Mag Judge Kevin S.C. Chang (afc) (Entered: 05/14/2003) |
| 05/14/2003 | 150 | PS issued as to Carmichael Doan; arraignment set for 10:00 5/19/03 for Carmichael Doan before Mag Judge Kevin S. (afc) (Entered: 05/14/2003) |
| 05/14/2003 | 151 | PS issued as to Matthew Emshoff; arraignment set for 10:00 5/19/03 for Matthew Emshoff before Mag Judge Kevin S. (afc) (Entered: 05/14/2003) |
| 05/14/2003 | 152 | PS issued as to Brian Raley ; arraignment set for 10:00 5/19/03 for Brian Raley before Mag Judge Kevin S. Chang (afc) (Entered: 05/14/2003) |
| 05/14/2003 | 154 | EX PARTE MOTION by defendant (05) Brian Raley to shorten time for hearing (hearing on deft Carmichael Doan's motion to dismiss indictment for complete failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States) ; declaration of counsel Arthur E. Ross; order (proposed); certificate of service - referred to Judge David A. Ezra (afc) (Entered: 05/15/2003) |
| 05/14/2003 | 155 | Notice of Motion and MOTION by defendant (02) Carmichael Doan to dismiss indictment for complete failure to recite an essential element or, in the alternative, for failure to properly allege an offense against the United States ; memorandum in support of motion; declaration of counsel; exhibits A and B; certificate of service - Motion hearing set for May 28, 2003 at 9:00 a.m. before Judge David A. Ezra(afc) Modified on 05/16/2003 (Entered: 05/15/2003) |
| 05/14/2003 | 156 | EX PARTE MOTION by defendant (02) Carmichael Doan to extend motions deadline and shorten time to hear defendant Doan's motion to dismiss indictment for complete failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States ; declaration of counsel; exhibit A; proposed order - referred to Judge David A. Ezra (afc) (Entered: 05/15/2003) |
| 05/14/2003 | 157 | JOINDER by defendant (05) Brian Raley in co-defendant (02) |

| | | |
|---|---|---|
| | | Carmichael Doan's motion to dismiss indictment; certificate of service [155-1] (afc) (Entered: 05/15/2003) |
| 05/14/2003 | 158 | ORDER GRANTING defendant Doan's ex parte motion to extend motions deadline and shorten time to hear defendant Doan's motion to dismiss indictment by Judge David A. Ezra - [deft Carmichael Doan granted leave to file the motion to dismiss indictment for complete failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States in the form attached to the ex parte motion; motion to dismiss indictment for complete failure to recite... to be heard 9:00 05/28/03 DAE; OPPOSITIONS MUST BE FILED BY 05/21/03] [154-1,2][155-1] (cc: all counsel) (afc) (Entered: 05/16/2003) |
| 05/14/2003 | 159 | ORDER denying as moot defendant Raley's ex parte motion to shorten time for hearing by Judge David A. Ezra (denying the ex parte motion to shorten time for hearing deft Doan's M/dismiss indictment; in an order filed contemporaneously with this order, the court granted deft Doan's ex parte motion) [154-1,2] (cc: all counsel) (afc) (Entered: 05/16/2003) |
| 05/19/2003 | 160 | NOTICE of Joinder by defendant Matthew Emshoff joining in defendant (02) Carmichael Doan's motion to dismiss indictment for complete failure to recite an essential element or, in the alternative, for failure to properly allege an offense against the United States [155-1]; certificate of service (eps) (Entered: 05/20/2003) |
| 05/19/2003 | 161 | PS executed on 5/19/03 as to Matthew Emshoff (eps) (Entered: 05/20/2003) |
| 05/19/2003 | 162 | PS executed on 5/19/03 as to Carmichael Doan (eps) (Entered: 05/20/2003) |
| 05/19/2003 | 163 | PS executed on 5/19/03 as to Brian Raley (eps) (Entered: 05/20/2003) |
| 05/19/2003 | 165 | EP: MINUTES: A&P as to the Second Superseding Indictment as to Defendants (02) Carmichael Doan, (04) Matthew Emshoff, and (05) Brian Raley. Defendant (02) Carmichael Doan present, not in custody; defendant (04) Matthew Emshoff present, not in custody, defendant (05) Brian Raley present, not in custody. Arraignments waived as to the Second Superseding Indictment as to defendants 2, 4 and 5. Pleas of Not Guilty entered as to defendants 2, 4 and 5. Defendant's joint oral request to continue trial is granted. New trial date given. Jury Selection/Trial: 6/24/03, 9:00am, Judge Ezra Final Pretrial Conference: 5/28/03, 10:00am, Judge Chang Motions: 6/3/03 Response: 6/17/03 Government to prepare the order and exclude time from 5/28/03 through 6/24/03. {dft Carmichael Doan, Matthew Emshoff, Brian Raley arraignment waived; plea of NOT GUILTY entered; jury trial set for 9:00 6/24/03 for Carmichael Doan, for Matthew Emshoff, for Brian Raley; final pretrial conf set for 10:00 5/28/03 for Carmichael Doan, for Matthew Emshoff, for Brian Raley} (02) Carmichael Doan, (04) Matthew Emshoff, (05) Brian Raley, USA Attorney Omer G. Poirier, Attorney (02) Donald L. Wilkerson, Attorney (04) Stuart N. Fujioka, Attorney (05) Arthur E. Ross |

| | | |
|---|---|---|
| | | present (Ct Rptr: C5 Tape 1127) by Judge Mag Judge Kevin S.C. Chang (afc) (Entered: 05/23/2003) |
| 05/20/2003 | 166 | EP: MINUTES: Government's Motion for Inquiry; Status Conference Re: 6/24/03 Trial Date. Defendant (02) Carmichael Doan present, not in custody, defendant (04) Matthew Emshoff presence waived, defendant (05) Brian Raley presence waived. Oral arguments held. Defendant's oral motion to withdraw as counsel is granted. Counsel Donald Wilkerson to submit a withdrawal and substitution of counsel. Louis Michael Ching, standby counsel, is now defendant (02) Carmichael Doan's counsel. Because of the granting of the motion to withdraw as counsel, the government's motion for inquiry [144-1] is denied as being moot and the motion is hereby terminated. Status Conference Re: 6/24/03 Trial Date is continued to 5/28/03 at 10:00am before Judge Chang. (02) Carmichael Doan, (04) Matthew Emshoff, USA Attorney Omer G. Poirier, Attorney (02) Donald L. Wilkerson, Stand-by counsel (02) Louis Michael Ching, Attorney (04) Stuart N. Fujioka, Attorney (05) Arthur E. Ross present (Ct Rptr: C5 Tape 1129) by Judge Mag Judge Kevin S.C. Chang (afc) (Entered: 05/23/2003) |
| 05/22/2003 | 164 | Notice of Motion and SECOND MOTION by defendant (02) Carmichael Doan to dismiss indictment for failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States ; memorandum in support of motion; declaration of counsel Donald L. Wilkerson; exhibits A and B; certificate of service - motion hearing set for 06/09/03 at 10:30 DAE (afc) (Entered: 05/22/2003) |
| 05/28/2003 | 167 | NOTICE of hearing setting hearing on Motion for withdrawal of Not Guilty Plea and to Plead Anew is set for 11:00 6/5/03 for deft (02) CARMICHAEL DOAN before Mag Judge Kurren (afc) (Entered: 05/28/2003) |
| 05/28/2003 | 168 | EO: MINUTES: Status Conference re: 06/24/03 Trial Date and Final Pretrial Conference has been continued to 06/04/03 at 3:00 p.m. before Judge Kurren. Defendant (02) Carmichael Doan to enter into a Change of Plea set for 06/05/03 at 11:00 a.m. before Judge Kurren {final pretrial conf set for 3:00 6/4/03 for Carmichael Doan, for Matthew Emshoff, for Brian Raley} by Mag Judge Kevin S.C. Chang (afc) (Entered: 05/28/2003) |
| 05/28/2003 | 169 | NOTICE by Louis Michael Ching, Esq., attorney for defendant Carmichael Doan, of WITHDRAWAL of defendant Carmichael Doan's SECOND MOTION to dismiss indictment for failure to recite an essential element or in the alternative, for failure to properly allege an offense against the United States, filed May 22, 2003; certificate of service [164-1] (afc) Modified on 06/03/2003 (Entered: 05/29/2003) |
| 05/28/2003 | | (Court only) Docket Modification (Utility) [164-1] TERMINATING motion by defendant (02) Carmichael Doan to dismiss indictment for failure to recite an essential element or in the alternative for failure to properly allege an offense against the United States - Notice of withdrawal of this motion filed on 05/28/03 (afc) (Entered: 06/03/2003) |

| 05/29/2003 | 170 | ORDER by Mag Judge Kevin S. Chang granting oral motion to withdraw and substitute counsel - filed by Donald L. Wilkerson, Esq., withdrawing attorney for deft Carmichael Doan - CJA panel attorney Louis Ching substitutes as counsel for CJA panel attorney Donald L. Wilkerson (afc) (Entered: 05/29/2003) |
| --- | --- | --- |
| 06/02/2003 | 171 | NOTICE of hearing re: USA vs (04) MATTHEW EMSHOFF - Motion for withdrawal of not guilty plea and to plead anew is set for 11:30 6/5/03 for Matthew Emshoff before Mag Judge Leslie E. Kobayashi (afc) (Entered: 06/02/2003) |
| 06/02/2003 | 172 | NOTICE of hearing re: USA vs. (02) CARMICHAEL DOAN - Motion for withdrawal of not guilty plea and to plead anew set for 11:00 6/5/03 LEK is moved to 1:30 1:30 6/5/03 for Carmichael Doan before Mag Judge Leslie E. Kobayashi (afc) (Entered: 06/02/2003) |
| 06/02/2003 | 173 | NOTICE of hearing re: USA vs (05) BRIAN RALEY - Status Conference; Final Pretrial Conference set for 3:00 06/04/03 BMK is moved to 12:00 6/5/03 for Brian Raley before Mag Judge Leslie E. Kobayashi (afc) (Entered: 06/02/2003) |
| 06/02/2003 | 174 | ORDER DENYING AS MOOT defendant Doan's Motion to Dismiss Indictment - by Judge David A. Ezra [155-1] (cc: all counsel) (afc) (Entered: 06/03/2003) |
| 06/05/2003 | 175 | PETITION for Action on Conditions of Pretrial Release PS ordered, for Brian Raley by Mag Judge Barry M. Kurren (bbb) (Entered: 06/05/2003) |
| 06/05/2003 | 176 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (02) Carmichael Doan present, not in custody. Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc. Plea of Guilty as to Count 2 of the Second Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING as to Count 2 of the Second Superseding Indictment set for 3:00 p.m. 01/20/04 before Judge David Alan Ezra. Defendant's current conditions of release to continue.; Carmichael Doan, USA Attorney Omer G. Poirier, Louis Michael Ching present ( Ct Rptr: C7 CD#15 1:43-2:05) by Judge Leslie E. Kobayashi (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 177 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Carmichael Doan (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 178 | MEMORANDUM of Plea Agreement as to Carmichael Doan (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 179 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (04) Matthew Emshoff present, not in custody. Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a |

| | | |
|---|---|---|
| | | Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc. Plea of Guilty as to Count 3 of the Second Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING as to Count 3 of the Second Superseding Indictment set for 2:15 p.m. 01/20/04 before Judge David Alan Ezra. Defendant's current conditions of release to continue. Defendant (04) Matthew Emshoff's Motion in Limine filed 01/21/2003 is Withdrawn. Clerk's Office, please terminate Motion. [111-1]; Matthew Emshoff, USA Attorney Omer G. Poirier, Stuart N. Fujioka present ( Ct Rptr: C7 CD#15 12:00-12:20) by Judge Leslie E. Kobayashi (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 180 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Matthew Emshoff (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 181 | MEMORANDUM of Plea Agreement as to Matthew Emshoff (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 182 | Defendant Biran Raley's Notice of Motion and MOTION to dismiss indictment for failure to alix an essential element or in the alternative for failure to properly allege an offense against the United States as to Brian Raley (5) ; memorandum of law; declaration of counsel; exhibits a & b; certificate of service; Motion hearing set for 9:45 07/07/03 ER (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 183 | NOTICE of hearing setting hearing on Sentencing date set for 6/30/2003 @11:15amDAE will be heard before visiting Juddge Edward Rafeedie. This case will remain assigned to Judge Ezra. AUSA: Omer Poirier; Attorney: David Klein; before Judge Edward Rafeedie (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 184 | EP: MINUTES: Status Conference Re: 6/24/03 Trial held. Defendant (05) Brian Raley not present, presence waived. Joint Oral Motion to Continue Trial Granted. Time period from 6/24/03 thru 7/29/03 is excluded from the requirements of the Speedy Trial Act. Poirier to prepare Order. Jury Selection/Trial is continued from 6/24/03 to 9:00 7/29/03, DAE Final Pretrial Conference set for 10:00 7/1/03, LEK.; Brian Raley, USA Attorney Omer G. Poirier, Arthur E. Ross present ( Ct Rptr: C7 CD#15 12:20-12:28) Judge Leslie E. Kobayashi (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 185 | EO: MINUTES: The above entitled action was assigned to Magistrate Judge Leslie E. Kobayashi for all Pretrial matters. The Court finds that the necessity for that assignment no longer exists and hereby Orders that any future Pretrial matters may now be conducted by the CR duty Magistrate Judge. Please be informed that the case number for the above entitled action is now CR NO. 02-00201DAE, please reflect this on all further documents submitted. Clerk's Office, please make the appropriate changes to the docket. Cc: all counsel by Judge Leslie E. Kobayashi |

| | | |
|---|---|---|
| | | (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | | (Court only) Docket Modification (Utility) re [185-1] terminating case referral (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 186 | NOTICE of hearing setting hearing onsetting hearing on Order to Show Cause Why Bail Should Not be Revoked as to (05) Brian Raley is set for [175-1] 11:00 6/13/03 before Judge Barry M. Kurren; AUSA Omer Poirier; Deft's counsel (05) Arthur Ross; PTS Officer Michael McCollum (bbb) (Entered: 06/06/2003) |
| 06/05/2003 | 187 | Report and Recommendation concerning Plea of Guilty as to (02) Carmichael Doan by Mag Judge Leslie E. Kobayashi (cc: counsel, USM, PTS, USPO) (afc) (Entered: 06/06/2003) |
| 06/05/2003 | 188 | Report and Recommendation concerning Plea of Guilty as to (04) Matthew Emshoff by Mag Judge Leslie E. Kobayashi (cc: counsel, USM, PTS, USPO) (afc) (Entered: 06/06/2003) |
| 06/06/2003 | 189 | NOTICE of hearing re: USA vs. (03) ARMOND JACKSON - Sentencing date set for 06/30/03 at 11:15 a.m. before Visiting Judge Edward Rafeedie has been continued to 01/26/04 at 1:30 p.m. DAE for deft Armond Jackson (afc) Modified on 06/06/2003 (Entered: 06/06/2003) |
| 06/06/2003 | 190 | PS issued as to Brian Raley; osc hearing why PT release should not be revoked is set for 11:00 6/13/03 for Brian Raley before Mag Judge Barry M. Kurren (afc) (Entered: 06/06/2003) |
| 06/09/2003 | 191 | PS executed via certified mail on 6/6/03 as to Brian Raley; RRR: 06/07/03 (afc) (Entered: 06/10/2003) |
| 06/10/2003 | 192 | NOTICE of hearing re: USA vs. (05) BRIAN RALEY - OSC why bail should not be revoked as to (05) Brian Raley set for 06/13/03 at 11:00 a.m. is moved to 3:00 p.m. the same day before BMK at the request of Arthur Ross [175-1] (afc) (Entered: 06/12/2003) |
| 06/13/2003 | 193 | EP: MINUTES: Order to Show Cause Why Bail Should Not be Revoked as to (05) Brian Raley - defendant present, not in custody. Defendant's bail papers to be modified as follows: (7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services. Take all medications as prescribed. (7p3) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), the curfew hours will be determined by Pretrial Services. [175-1] Brian Raley, USA Attorney Wes Porter present for AUSA Omer G. Poirier, Attorney (05) Arthur E. Ross present (Ct Rptr: C6 Tape 1406) by Judge Barry M. Kurren (afc) (Entered: 06/16/2003) |
| 06/16/2003 | 194 | APPEARANCE BOND ($10,000 unsecured bond) posted by (05) Brian Raley signed by Mag Judge Kevin S.C. Chang (afc) (Entered: |

Page 42 of 61

| | | |
|---|---|---|
| | | 06/17/2003) |
| 06/16/2003 | 195 | ORDER Setting Conditions of Release for Brian Raley ( $10,000 Unsecured posted ) by Mag Judge Kevin S. Chang (afc) (Entered: 06/17/2003) |
| 06/25/2003 | 196 | STIPULATION to amend terms of release for defendant Armond Jackson and order by Mag Judge Barry M. Kurren modifying conditions of release that deft may reside either at his mother's residence or at any place of employment subject to any conditions deemed necessary by pretrial services; all other conds of release shall remain in full force & effect (eps) (Entered: 06/26/2003) |
| 06/25/2003 | 197 | NOTICE of hearing setting hearing on Defendant Brian Raley's Motion to Dismiss Indictment for Failure to Alix an Essential Element or in the Alternative for Failure to Properly Allege an Offense against the United States set for 07/07/2003 @9:45amER will be heard at 11:15amER before Judge Edward Rafeedie (eps) Modified on 06/26/2003 (Entered: 06/26/2003) |
| 06/27/2003 | 198 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to (02) Carmichael Doan by Judge David A. Ezra (cc: counsel, USM, PTS, USPO) (afc) (Entered: 06/30/2003) |
| 06/27/2003 | 199 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to (04) Matthew Emshoff by Judge David A. Ezra - (cc: counsel, USM, PTS, USPO) (afc) (Entered: 06/30/2003) |
| 07/01/2003 | 200 | EP: MINUTES: Final Pretrial Conference is continued to 10:00 7/14/03, LEK. final pretrial conf set for 10:00 7/14/03 for Brian Raley ; Brian Raley Attorney Wes Porter for Omer G. Poirier, Arthur E. Ross present ( Ct Rptr: No Record) by Judge Leslie Kobayashi (fe) (Entered: 07/02/2003) |
| 07/03/2003 | 201 | RESPONSE by plaintiff USA to Brian Raley's motion to dismiss [182-1] (eps) (Entered: 07/07/2003) |
| 07/07/2003 | 202 | ORDER Denying Defendant Brian Raley's Motion to Dismiss the Second Superseding Indictment by Judge Edward Rafeedie [182-1] (gs) (Entered: 07/08/2003) |
| 07/07/2003 | 203 | EP: MINUTES: Defendant (05) Brian Raley's Motion to Dismiss Indictment for Failure to Alix an Essential Element or in the Alternative for Failure to Properly allege an Offense against the United States- Defendant's Presence Waived. Oral Argument held. This Motion is hereby Denied. [182-1]; (05) Brian Raley, USA Attorney Wes Porter present for AUSA Omer G. Poirier, attorney (05) Arthur E. Ross present (Ct Rptr: Cynthia Fazio) by Judge Edward Rafeedie (afc) (Entered: 07/11/2003) |
| 07/14/2003 | 204 | EP: MINUTES: CRIMINAL FINAL PRETRIAL CONFERENCE held. Defendant (05) BRIAN RALEYnot present, presence waived.Jury Trial before Judge David Alan Ezra on July 29, 2003 at 9:00.a.m.. |

| | | |
|---|---|---|
| | | Representations by counsel on trial time: The United States: 3 day(s) Defendant: (05) Brian Raley - 2 day(s) Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (05) Brian Raley Fed. R. Evid. 404 (b) : N/A; 2a. Motions in Limine filed and served by : N/A. 2b. Memoranda in opposition to motions in limine filed and served by: N/A. 3. Brady and Giglio Material by: July 16, 2003. 4a. Jury Instructions exchanged by July 23, 2003. 4b. Filings required by 4(a) & (b) by: July 25, 2003. 5. Witness Lists per stipulation by July 25, 2003. 6. Exhibits a. Parties will exchange exhibits. b. Original exhibits tabbed and in folders/binders, copy in folders/binders. 7. Stipulations: In writing and filed by July 25, 2003. 8. Voir Dire Questions: In writing by July 25, 2003. 9. Trial Briefs: by July 25, 2003. 10. Jencks Disclosures: No agreement as to this deadline, parties to meet and confer. 11. Other Matters: A copy of the Criminal Final Pretrial Conference Order mailed to all parties. 12. N/A USA Attorney Omer G. Poirier, Arthur E. Ross present (Ct Rptr: Courtroom 6 - Tape 1433) by Judge Leslie E. Kobayashi (afc) (Entered: 07/15/2003) |
| 07/15/2003 | 205 | Report of Final Pretrial Conference, Minutes and Order as to (05) Brian Raley by Mag Judge Leslie E. Kobayashi (cc: counsel) (afc) (Entered: 07/16/2003) |
| 07/22/2003 | 206 | EO: MINUTES: Final Pretrial Conference and Motions in Limine scheduled for hearing on Thursday, July 24, 2003 at 8:30 a.m. before the Honorable Ann Aiken. NOtified: Omer Poirier, Esq.; Arthur Ross, Esq., U.S. Marshals Office [motion by defendant (05) Brian Raley in LIMINE to (1) preclude or limit in-court identification by Brent Takara; (2) permit questioning of co-conspirator/witness Raymond Ridela and Armond Jackson regarding their use of illicit drugs at and around the time of the alleged offenses; (3) exclude alleged conspirators Raymond Ridela and Armond Jackson statements which the government contends are admissible against the other charged defendants under Federal Rules of Evidence 801(d)(2)(E); (4) exclude testimonial or documentary evidence relating to any "bad acts" or "other crimes" involving the defendant (F.R.E. 409 and 609); (5) have the court issue an order excluding any and all of the government's witnesses from the courtroom during the proceedings except for the FBI agent in charge; (6) have the court allow for a voluntariness hearing of any statements that may have been made by the defendant at the time of his second interview with FBI special Agent Ty Arnold on September 20, 2002 [112-1] ; motion hearing set for 8:30 7/24/03 ; final pretrial conf set for 8:30 7/24/03 for Brian Raley] by Judge Ann Aiken (afc) (Entered: 07/22/2003) |
| 07/22/2003 | 209 | ORDER re-assigning case by Judge David A. Ezra as to defendant Brian Raley 05 reassigned to Judge Ann Aiken (cc: all counsel) (eps) (Entered: 07/25/2003) |
| 07/23/2003 | 207 | Trial BRIEF by defendant Brian Raley; certificate of service (gab) (Entered: 07/23/2003) |
| 07/23/2003 | 208 | Notice of Motion and MOTION in limine No. 2 by defendant Brian Raley Memorandum in support of motion; certificate of service; Motion |

|  |  | hearing set for 07/29/03 @ 9:00 a.m. (Aiken) (gab) (Entered: 07/23/2003) |
|---|---|---|
| 07/24/2003 | 210 | EP: MINUTES: Final PreTrial Conference and Motion in Limine-Defendant present not in Custody. Counsel are in Plea Negotiations. The Final PreTrial Conference was not held. Counsel to notify this Court if a Motion to Withdraw Not Guilty Plea and to Plead Anew will be calendared before this Court. Brian Raley, USA Attorney Omer G. Poirier, Arthur E. Ross present (Ct Rptr: Debra Chun) by Judge Ann Aiken (afc) (Entered: 07/30/2003) |
| 07/25/2003 | 211 | EP: MINUTES: Motion to Withdraw Not Guilty Plea and to Plead Anew (As to Defendant (05) Brian Raley)-Defendant present not in Custody. Defendant Sworn In. Court questions the Defendant. Memorandum of Plea Agreement signed and filed. Defendant enters a Plea of Guilty as to Count 4 of the Indictment. Court accepts the Guilty Plea and Adjudges the Defendant Guilty as to Count 4 of the Indictment. Defendant referred to the Probation Office for the preparation of the presentence report. Sentence set for November 24, 2003 @1:30 p.m. before Judge Aiken. Defendant to continue on Bail. [sentencing hearing set for 1:30 11/24/03 for Brian Raley] Brian Raley, USA Attorney Omer G. Poirier, Arthur E. Ross present (Ct Rptr: Debra Chun) by Judge Ann Aiken (afc) (Entered: 08/08/2003) |
| 07/25/2003 | 212 | MEMORANDUM of Plea Agreement as to Brian Raley (afc) (Entered: 08/08/2003) |
| 07/25/2003 |  | (Court only) Docket Modification (Utility) re [214-1], re [211-1], re [211-2] guilty plea entered by Brian Raley as to count 4 of the Superseding Indictment (afc) (Entered: 08/12/2003) |
| 08/08/2003 | 213 | Government's STATEMENT OF NO OBJECTION (to draft presentence report); certificate of service (re: USA vs. Raymond Ridela) (afc) (Entered: 08/11/2003) |
| 08/12/2003 | 214 | EO: MINUTES: At the Motion to Withdraw Not Guilty Plea and to Plead Anew that was held on July 25, 2003 before Judge Aiken - Defendant (05) Brian Raley entered a Plea of Guilty as to Count Four of the Indictment and the Memorandum of Plea Agreement that was filed on July 25, 2003 also reflected on page 2 Section No. 4-Defendant will enter a voluntary plea of guilty to Count Four of the Indictment. This was incorrect as the Guilty Plea should have been entered as to Count Four of the Superseding Indictment. Therefore, the record will reflect that the Defendant entered his Plea of Guilty as to Count Four of the Superseding Indictment. cc: Omer Poirier, Arthur Ross, Probation, PreTrial Services and U.S. Marshal's [211-1],[211-2] by Judge Ann Aiken (afc) (Entered: 08/12/2003) |
| 08/14/2003 | 215 | defendant Raymond Ridela SENTENCING Statement as to Raymond Ridela; certificate of service (gab) (Entered: 08/18/2003) |
| 08/20/2003 | 216 | NOTICE of hearing - USA vs (01) RAYMOND RIDELA - Sentencing date has been continued from 09/15/03 at 1:30 p.m. DAE to 11:15 |

| | | 9/22/03 before Visiting Judge Lloyd D. George for Raymond Ridela. This case will remain assigned to Judge Ezra - by Theresa Lam, CRM to Judge David A. Ezra (afc) (Entered: 08/21/2003) |
|---|---|---|
| 08/21/2003 | 217 | MOTION for downward departure by USA as to Raymond Ridela ; certificate of service (sentencing date set for 11:15 09/22/03 before Judge Lloyd D. George) (SEALED) (afc) Modified on 08/22/2003 (Entered: 08/22/2003) |
| 08/21/2003 | 218 | Government's STATEMENT OF NO OBJECTION; certificate of service (re: USA v (01) Raymond Ridela) (afc) (Entered: 08/22/2003) |
| 08/25/2003 | | TRANSCRIPT of Proceedings - July 7, 2003 - ORIG - (Cynthia Tando Fazio) - pp 11; as to Brian Raley (afc) (Entered: 08/25/2003) |
| 09/05/2003 | 219 | Notice of Motion and MOTION for downward departure by defendant (01) Raymond Ridela ; memorandum in support of motion; certificate of service - set for 11:15 09/22/03 before Judge Lloyd George (SEALED) (afc) Modified on 09/08/2003 (Entered: 09/08/2003) |
| 09/12/2003 | 220 | RESPONSE by plaintiff USA to motion for downward departure by defendant (01) Raymond Ridela [219-1]; certificate of service (SEALED) (afc) Modified on 09/15/2003 (Entered: 09/15/2003) |
| 09/22/2003 | 221 | EP: MINUTES: Sentencing as to Counts 1 and 2 of the Superseding Indictment, Government's Motion for Downward Departure and Defendant's Motion for Downward Departure as to Defendant (01) Raymond Ridela-Defendant present in Custody. The Court Adopts the factual findings and guideline application in the presentence report. Court accepts the Plea Agreement. Government's Motion for Downward Departure is hereby Granted [217-1]. Defendant's Motion for Downward Departure is hereby Denied [219-1]. Defendant Addresses the Court. Sentencing Raymond Ridela (1) count(s) 1s, 2s . Sentence as to Counts 1 and 2 of the Superseding Indictment- Imprisonment-51 months as to each count with both terms to be served concurrently. Court recommends- (1) Lompoc (2) Terminal Island (3) 500 Hours Comprehensive Drug Treatment Program (4) Educational and Vocational Programs. Mittimus Forthwith. Supervised Release-3 Years as to each count with both terms to be served concurrently Special Conditions of Supervised Release- 1. That the defendant shall abide by the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a abuse program, which may include drug testing at the discretion and direction of the Probation Office. 6. That the defendant is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from possessing any illegal or dangerous 8. That the defendant participate in a mental health at the discretion and direction of the |

| | | |
|---|---|---|
| | | Probation Office. Fine. Special Assessment-$200.00 ($100 per count). Defendant advised of his right to Appeal. Dismissing counts as to Raymond Ridela (1) count(s) 3s, 4s 5s . Government's Oral Motion to Dismiss all remaining Counts of the Superseding Indictment - is hereby Granted. terminating party Raymond Ridela ; Raymond Ridela, USA Attorney Omer G. Poirier, FBI Agent Jerry Pickford, Richard S. Kawana present ( Ct Rptr: Cynthia Fazio) by Judge Lloyd D. George (afc) (Entered: 09/23/2003) |
| 10/02/2003 | | (Court only) Docket Modification (Utility) re [221-2] dismissing counts as to Raymond Ridela (1) count(s) 1, 2 -3 , 4 , 5 . Dismissed, Counts superseded , (eps) (Entered: 10/02/2003) |
| 10/14/2003 | 222 | STIPULATION permitting defendant (02) Carmichael Doan to contact Brandon Doan and order by Mag Judge Leslie E. Kobayashi - filed by deft (02) - [deft Carmichael Doan permitted to contact and associate with brother Brandon Scott Doan during and after pendency of criminal case] to modify conditions of release (afc) (Entered: 10/15/2003) |
| 10/17/2003 | 223 | JUDGMENT and Commitment as to (01) Raymond Ridela by Judge LLoyd D. George (cc: all counsel) (afc) (afc, ). (Entered: 10/20/2003) |
| 10/28/2003 | 224 | Defendant Brian Raley's SENTENCING Statement; exhibits A-D; certificate of service (SEALED) (afc) (Entered: 10/28/2003) |
| 11/05/2003 | 225 | PRESENTENCE Report on Raymond Ridela (original sealed and held in probation office). (bbb) (Entered: 11/05/2003) |
| 11/05/2003 | 226 | SENTENCING RECOMMENDATION as to Raymond Ridela (original sealed and held in probation office) (bbb) (Entered: 11/05/2003) |
| 11/10/2003 | 227 | EO: MINUTES: Sentence as to Count 4 of the Superseding Indictment as to Defendant (05) Brian Raley- This Sentence Date set for November 24, 2003 is hereby vacated. A new date will be reset upon notification by Judge Aiken as to the new Date. cc: All Counsel of Record by Fax sentencing hearing held on 11/10/03 by Judge Manuel L. Real (bbb) (Entered: 11/12/2003) |
| 11/14/2003 | 228 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Leslie E. Kobayashi - total payment of $9,101.40 recommended for payment to Donald L. Wilkerson, counsel for defendant Carmichael Doan (cc: counsel) (afc) (Entered: 11/17/2003) |
| 12/23/2003 | 229 | CJA Form 20 (Attorney Payment Voucher# 031223000169) by Attorney Donald L. Wilkerson as to Carmichael Doan in the amount of $9,101.40 by Judge David A. Ezra (bbb) (Entered: 12/24/2003) |
| 12/24/2003 | 230 | Defendant (02) Carmichael Doan's SENTENCING Statement; certificate of service (afc) (Entered: 12/29/2003) |
| 12/24/2003 | 231 | STATEMENT OF NO OBJECTIONS to draft presentence report (re: USA vs. (02) CARMICHAEL DOAN); certificate of service - by plaintiff USA (afc) (Entered: 12/29/2003) |
| | | |

| 12/24/2003 | 232 | Government's SENTENCING Statement as to deft (04) MATTHEW EMSHOFF; exhibits A and B; certificate of service (SEALED) (afc) (Entered: 12/29/2003) |
|---|---|---|
| 12/31/2003 | 233 | Defendant (04) Matthew Emshoff's SENTENCING Statement; certificate of service (SEALED) (afc) (Entered: 01/02/2004) |
| 01/05/2004 | 234 | Notice of Filing Under Seal; Notice of Motion and MOTION for downward Sentencing departure by defendant Matthew Emshoff's moiton for downward sentencing departure; memorandum in support of motion; certificate of service; Motion hearing set for 1/20/04 at 2:15 DAE (SEALED) (sm) Modified on 02/04/2004 (Entered: 01/05/2004) |
| 01/07/2004 | 235 | Notice of Motion and MOTION for downward departure pursuant to the United States Sentencing Guidelines by defendant Carmichael Doan ; declaration of counsel; memorandum; exhibit a; certificate of service - Motion hearing set for 1/20/04 3 DAE (eps) (Entered: 01/07/2004) |
| 01/07/2004 | 236 | NOTICE of hearing setting hearing on sentencing date has been continued from 1/20/2004 to 3:00 1/23/04 for Matthew Emshoff before Judge David Alan Ezra (sealed) (Entered: 01/08/2004) |
| 01/07/2004 | 237 | NOTICE of hearing setting hearing on ; sentencing date has been continued from 1/20/2004 to 1:30 1/28/04 for Carmichael Doan before Judge David Alan Ezra (sealed) (Entered: 01/08/2004) |
| 01/07/2004 | 238 | NOTICE of hearing setting hearing on ; sentencing has been continued from 1/26/04 to 1:30 1/29/04 for Armond Jackson before Judge David Alan Ezra (gab) (Entered: 01/08/2004) |
| 01/08/2004 | 239 | MOTION for downward departure by USA as to Matthew Emshoff ; certificate of service - Motion hearing set for 1/23/04 @ 3 DAE - SEALED (eps) (Entered: 01/12/2004) |
| 01/08/2004 | 240 | MOTION for downward departure by USA as to Carmichael Doan ; certificate of service - Motion hearing set for 1/28/04 @ 1:30 DAE - SEALED (eps) (Entered: 01/12/2004) |
| 01/08/2004 | 241 | MOTION for downward departure by USA as to Armond Jackson ; certificate of service - Motion hearing set for 1/29/04 @ 1:30 DAE - SEALED (eps) (Entered: 01/12/2004) |
| 01/13/2004 | 242 | RESPONSE by plaintiff USA to defense motion for downward departure (re: USA vs. (02) CARMICHAEL DOAN) [235-1]; certificate of service (SEALED) (afc) (Entered: 01/13/2004) |
| 01/13/2004 | 243 | RESPONSE by plaintiff USA to defense motion for downward departure (re: USA vs. (04) MATTHEW EMSHOFF); certificate of service [234-1] (SEALED) (afc) (Entered: 01/13/2004) |
| 01/14/2004 | 244 | NOTICE of hearing - USA vs. (02) CARMICHAEL DOAN Sentencing date has been moved from 1/28/04 to 2:15 1/23/04 for Carmichael Doan before Judge David A. Ezra (afc) (Entered: 01/15/2004) |

| 01/16/2004 | 245 | AMENDED MOTION for downward departure by USA as to (04) Matthew Emshoff ; certificate of service (SEALED) - set for 3:00 01/23/04 DAE (afc) Modified on 02/04/2004 (Entered: 01/16/2004) |
|---|---|---|
| 01/16/2004 | 246 | Notice of filing under seal; defendant (04) Matthew Emshoff SENTENCING MEMORANDUM; exhibits A - C; certificate of service (SEALED) (afc) (Entered: 01/20/2004) |
| 01/20/2004 | 247 | CJA Form 21 (Expert Services) Voucher # 040120000043 for Eric Congdon as to Matthew Emshoff in the amount of $200 by Judge Kevin SC Chang Final Payment (eps) (Entered: 01/20/2004) |
| 01/22/2004 | 248 | MOTION for downward departure by defendant (03) Armond Jackson ; certificate of service (sentencing set for 01/29/04 1:30 DAE) (SEALED) (afc) (Entered: 01/23/2004) |
| 01/23/2004 | 249 | NOTICE of hearing - USA vs. (02) CARMICHAEL DOAN - Sentencing date has been continued from 1/23/2004 to 9:45 2/3/04 for Carmichael Doan before Judge David A. Ezra (afc) (Entered: 01/23/2004) |
| 01/23/2004 | 250 | NOTICE of hearing - USA vs. (04) MATTHEW EMSHOFF - Sentencing date has been continued from 1/23/04 to 9:00 2/3/04 for Matthew Emshoff before Judge David A. Ezra (afc) (Entered: 01/23/2004) |
| 01/28/2004 | 251 | RESPONSE by plaintiff USA to defendant (03) ARMOND JACKSON's motion for downward departure; certificate of service [248-1] (SEALED) (afc) (Entered: 01/29/2004) |
| 01/29/2004 | 252 | NOTICE of hearing setting hearing on Sentencing TIME has been changed from 9:00am to 10:00am on 2/3/2004 AUSA: Omer Poirier; Attonrey: Stuart Fujioka (bbb) (Entered: 01/30/2004) |
| 01/29/2004 | 253 | Amended: NOTICE of hearing setting hearing on Sentencing TIME has been changed from 9:00am to 10:30amDAE on 2/3/2004 AUSA: Omer Poirier; Attorney: Stuart Fujioka (bbb) (Entered: 01/30/2004) |
| 01/29/2004 | 254 | EP: MINUTES: Sentencing as to Count 5 of the Indictment, Plaintiff United States of America's Motion for Downward Departure and Defendant's Motion for Downward Departure as to Defendant (03) Armond Jackson-Defendant present not in Custody. Court accepts the Plea Agreement. The Court adopts the factual findings and guideline application in the presentence report. Defendant Addresses the Court. Court granted government's Motion for Downward Departure based on substantial assistance. Court also determined that the defendant's case was extraordinary and imposed a downward departure for the aberrant behavior pursuant to USSG s 5K2.20. [248-1], [241-1] sentencing hearing held on 1/29/04 , sentencing Armond Jackson (3) count(s) 5. Sentence as to Count 5 of the Indictment- Probation-2 Years Special Conditions of Probation- 1. That the defendant shall abide by the conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4 That the |

defendant shall refrain from any unlawful use of a controlled substance.
The defendant shall submit to one drug test within 15 days of release
from imprisonment and at least two drug tests thereafter, as directed by
the Probation Office (mandatory condition). 5. That the defendant
participate in a abuse program, which may include drug testing at the
discretion and direction of the Probation Office. 6. That the defendant is
prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That
the defendant is prohibited from possessing any illegal or dangerous 8.
The defendant shall cooperate in the collection of DNA directed by the
probation officer. 9. That the defendant serve 6 months of home detention
with electronic monitoring as arranged by the Probation Office. During
this time, the defendant shall remain at his place of residence during non-
working hours and shall not leave his residence without the approval of
the Probation Office. The defendant shall wear an electronic monitoring
device and follow electronic monitoring procedures pursuant to the
Participant's Agreement and shall earn leave as determined by the
Probation Office. The defendant also will be responsible the payment of
the electronic monitoring costs as directed by the Probation Office. Court
advised defendant that he can not leave residence before 5:30a.m. and
must return to residence by 7:00 p.m. during the work week. Defendant is
permitted to go out with his mother or other person as approved by the
Probation Office on the weekend and one night during the work week.
10. During the term of probation, the defendant must be enrolled as a full
time student taking at least 14 credit hours of classes at one the
community colleges in Honolulu and shall maintain at least a 2.5 grade
point average ( C average). If employed, the defendant is permitted to be
enrolled in less than 14 credit hours of classes upon the approval of the
Probation Office. In addition, during the summer term, the defendant may
be enrolled in school part time at the discretion of Probation Office. No
Fine. Special Assessment-$100.00 Defendant advised of his right to
Appeal Government's Oral Motion to Dismiss Count 1 of the Indictment
is hereby Granted. , dismissing counts as to Armond Jackson (3) count(s)
cmp, 1 . Government's Oral Motion to Dismiss 1 of the Indictment is
hereby Granted. , terminating Armond Jackson ; Armond Jackson, USA
Attorney Omer G. Poirier, David F. Klein, Ty Arnold-FBI, present ( Ct
Rptr: Cynthia Fazio) by Judge David A. Ezra (bbb) (Entered:
01/30/2004)

| | | |
|---|---|---|
| 02/03/2004 | 255 | EP: MINUTES: Sentencing as to Count 2 of the Second Superseding Indictment as to Defendant (02) Carmichael Doan, Government and Defendant's Motion for Downward Departure-Defendant present not in Custody. Court accepts the Plea Agreement. The Court adopts the factual findings and guideline application in the presentence report. Defendant addresses the Court. Government's Motion for Downward Departure-is hereby Granted. Defendant's Motion for Downward Departure-is hereby Denied. Sentence as to Count 2 of the Second Superseding Indictment-granting motion for downward departure by USA as to Carmichael Doan [240-1], denying motion for downward departure pursuant to the United States Sentencing Guidelines by defendant Carmichael Doan [235-1] sentencing hearing held on 2/3/04 , sentencing Carmichael Doan (2) |

| | | |
|---|---|---|
| | | count(s) 2ss. Sentence as to Count 2 of the Second Superseding Indictment- Probation-5 Years Special of Probation- 1.That the defendant shall abide by the standard conditions of supervision. 2.That the defendant commit any crimes, federal, state, or local (mandatory condition). 3.That the defendant not possess illegal controlled substances (mandatory condition) 4.That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one test within 15 days from sentencing and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5.That the defendant participate in substance abuse program, which may include drug testing at the discretion and direction of the Probation Office. Drug Testing shall continue at least the first 3 years of Probation. If the defendant remains drug free during that time testing may be suspended during remainder of 6.That the defendant is prohibited from possessing a as defined in 18 U.S.C. 921. 7.That the defendant is prohibited from possessing any illegal or dangerous 8.That the defendant provide the Probation Office access to any requested financial information. 9.The defendant shall cooperate in the collection of DNA as directed by the probation officer. 10.That the defendant perform 150 hours of community service as directed by the Probation Office each of 5 years. However if the defendant satisfactorily completes the first 3 years of community service the remainder 2 years of community service are waived. 11.That the defendant shall remain a full time student at an accredited college or university until he receives a Bachelors Degree. Defendant must maintain a minimum of 2.5 grade point average. No Fine.Special Assessment-$100.00 Defendant advised of his right to appeal. Government's Oral Motion to dismiss remaining Counts-is hereby Granted. , sentencing Carmichael Doan (2) count(s) 2ss. Carmichael Doan, Attorney Omer G. Poirier, Louis Michael Ching present ( Ct Rptr: Stephen Platt) by Judge David Ezra (sm) (Entered: 02/04/2004) |
| 02/03/2004 | 256 | EP: MINUTES: Sentencing to Count 3 of the Second Superseding Indictment, Government's and Defendant's Motion for Downward Departure-Defendant (04) Matthew Emshoff present not in Custody. Court accepts the Plea Agreement. The Court adopts the factual findings and guideline application in the presentence report. Defendant addresses the Court. Government's Motion for Downward Departure is hereby Granted. Defendant's Motion for Downward Departure is hereby Denied as to Matthew Emshoff [239-1] sentencing Matthew Emshoff (4) count(s) 3s. Sentence as to Count 3 of the Second Superseding Indictment-Probation- 5 Years Special Conditions of Probation- 1. That the defendant shall abide by the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days from sentencing and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing the discretion and direction of the Probation Office. |

| | | |
|---|---|---|
| | | Drug testing shall continue at least the first 4 years of Probation. If the defendant remains drug free during that time testing may be suspended during remainder of 6. That the defendant is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from possessing any illegal or dangerous weapons. 8. That the defendant provide the Probation Office access to any requested financial information. 9. The defendant shall cooperate in the collection of DNA as directed by the probation officer. 10. That the defendant perform 150 hours of community service as directed by the Probation Office for each of 5 years. However if the defendant satisfactorily completes the first 3 years of community service the remainder 2 years of community are waived. 11. That the defendant shall maintain full time employment or shall be a full time student at a accredited college or university or maintain part time employment and be a part time student with at least 6 credit hours per semester through the period Probation. 12. That the defendant shall serve 6 consecutive weekends of confinement at the Federal Detention Center-Honolulu commencing Saturday morning and to be released the Monday morning. The defendant is to report to the Federal Detention Center on Saturday, February 14, 2004 by 9:00 No Fine. Special Assessment-$100.00 Defendant advised of his right to Appeal. , terminating party Matthew dismissing counts as to Matthew Emshoff (4) count(s) 1s, , 3 . Government's Oral Motion to Dismiss remaining counts is hereby Granted. ; Matthew Emshoff Attorney Omer G. Poirier, Stuart N. Fujioka present ( Ct Rptr: Stephen Platt) by Judge David Alan Ezra (eps) (Entered: 02/04/2004) |
| 02/03/2004 | | (Court only) (sm) (Entered: 02/04/2004) |
| 02/03/2004 | | (Court only) Docket Modification (Utility) terminating [245-1] [234-1] (eps) (Entered: 02/04/2004) |
| 02/05/2004 | 257 | JUDGMENT and Commitment as to Armond Jackson by Judge David A. Ezra (cc: all counsel) (afc) (Entered: 02/06/2004) |
| 02/09/2004 | 258 | JUDGMENT and Commitment as to (02) Carmichael Doan by Judge David A. Ezra (cc: all counsel) (afc) (Entered: 02/09/2004) |
| 02/10/2004 | 259 | PRESENTENCE Report on Carmichael Doan (original sealed and held in probation office). (bbb) (Entered: 02/10/2004) |
| 02/10/2004 | 260 | SENTENCING RECOMMENDATION as to Carmichael Doan (original sealed and held in probation office) (bbb) (Entered: 02/10/2004) |
| 02/11/2004 | 261 | JUDGMENT and Commitment as to (04) Matthew Emshoff by Judge David A. Ezra (cc: all counsel, USM, PTS, USPO) (sealed) (Entered: 02/12/2004) |
| 02/13/2004 | 262 | PRESENTENCE Report on Matthew Emshoff (original sealed and held in probation office). (bbb) (Entered: 02/13/2004) |
| 02/13/2004 | 263 | SENTENCING RECOMMENDATION as to Matthew Emshoff (original sealed and held in probation office) (bbb) (Entered: 02/13/2004) |
| | | |

| 02/19/2004 | 264 | CJA Form 20 Copy 4 (Appointment of Counsel - attorney Stuart Fujioka) as to defendant (04) Matthew Emshoff Attorney - by Mag Judge Leslie E. Kobayashi (nunc pro tunc 09/20/02) (afc) (Entered: 02/19/2004) |
| 02/23/2004 | 265 | PRESENTENCE Report on Armond Jackson (original sealed and held in probation office). (bbb) (Entered: 02/23/2004) |
| 02/23/2004 | 266 | SENTENCING RECOMMENDATION as to Armond Jackson (original sealed and held in probation office) (bbb) (Entered: 02/23/2004) |
| 03/19/2004 | 267 | MOTION by defendant (04) Matthew Emshoff to modify conditions of probation ; declaration of counsel; certificate of service - referred to Judge David A. Ezra (afc) (Entered: 03/22/2004) |
| 04/01/2004 | 268 | ORDER granting defendant's [(04) Matthew Emshoff] motion to modify conditions of probation [267-1] by Judge David A. Ezra [deft waives right to a hearing on this matter; deft asserts that court sentenced him to probation & one of the conditions of his probation was serving six weekends in jail; deft motion granted & deft will serve remainder of his term of incarceration continuously] (cc: all counsel, USM, PTS, USPO) (afc) Additional attachment(s) added on 11/15/2006 (tbf, ). (Entered: 04/02/2004) |
| 04/02/2004 | 269 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Leslie E. Kobayashi - court recommends total payment of $5,985.00 to Louis Michael Ching, Esq., counsel for deft (02) Carmichael Doan (afc) (Entered: 04/05/2004) |
| 04/02/2004 | 270 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Leslie E. Kobayashi - court recommends total payment of $17,379.42 to Stuart Fujioka, Esq., counsel for defendant (04) Matthew Emshoff (afc) (Entered: 04/05/2004) |
| 04/05/2004 | | ATTORNEY SUBSTITUTION: terminating attorney Omer G. Poirier for USA and substituting attorney Wes Porter (eps) (Entered: 04/05/2004) |
| 04/06/2004 | 271 | NOTICE of hearing - USA vs. (05) BRIAN RALEY - Sentence as to Count 4 of the Superseding Indictment is set for Friday, June 4, 2004 at 9:00 a.m. before Visiting Judge Ann Aiken sentencing hearing set for 9:00 6/4/04 (afc) Modified on 04/07/2004 (Entered: 04/07/2004) |
| 04/14/2004 | 272 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim ; $4,830.46 recommended for Atty David Klein as to deft Armond Jackson by Mag Judge Barry M. Kurren (gs) (Entered: 04/15/2004) |
| 04/26/2004 | 273 | CJA Form 20 (Attorney Payment Voucher# 040426000270)by Attorney Louis Michael Ching as to deft (02) Carmichael Doan in the amount of $5985.00 by Circuit Judge William Alan Fletcher (afc) Modified on 04/27/2004 (Entered: 04/27/2004) |
| 04/28/2004 | 274 | CJA Form 20 (Attorney Payment Voucher# 040427000138) by Attorney Stuart Fujioka as to deft (04) Matthew Emshoff in the amount of $17,379.42 by Judge William A. Fletcher (afc) (Entered: 04/29/2004) |

| 04/28/2004 | 275 | CJA Form 20 (Attorney Payment Voucher# 040427000259) by Attorney David F. Klein as to deft (03) Armond Jackson in the amount of $4,830.46 by Judge David A. Ezra (afc) (Entered: 04/29/2004) |
| --- | --- | --- |
| 04/28/2004 | 276 | PETITION for Action on Conditions of Pretrial Release Summons ordered, for (05) BRIAN RALEY by Judge David A. Ezra (afc) (Entered: 04/29/2004) |
| 04/29/2004 | 277 | PS issued as to Brian Raley; osc hearing set for 2:30 5/4/04 for Brian Raley before Mag Judge Barry M. Kurren (afc) (Entered: 04/29/2004) |
| 05/04/2004 | 279 | EP: MINUTES: Order to Show Cause as to Why Bail Should Not Be Revoked as to Defendant (05) Brian Raley - Defendant present, not in custody. Defendant admits to violations. Court finds that the Defendant has violated the conditions of his Pretrial Release. Court admonishes Defendant. Court amends Defendant's conditions of release as follows: The following conditions are deleted: (7j) Maintain residence with/at: Patricia Raley, at 1158 Panee Street, Pearl City, Hawaii 96782 .(7p3) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), the curfew hours will be determined by Pretrial Services. THE FOLLOWING CONDITION IS ADDED :(7q) Placement at MILLER HALE. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established rules of the facility. New bond papers need not be executed. [276-1] (05)Brian Raley, USA Attorney Wes Porter, atty (05) Arthur E. Ross present (Ct FTR-C6-CD 4; Time: 2:29-2:39) by Judge Barry M. Kurren (afc) Modified on 05/05/2004 (Entered: 05/05/2004) |
| 05/04/2004 | 278 | PS executed on 5/4/04 as to Brian Raley (afc) (Entered: 05/05/2004) |
| 05/06/2004 | 280 | MOTION by defendant (05) Brian Raley for downward departure ; exhibit A & B; certificate of service - Motion hearing set for June 4, 2004 at 9:00 a.m. before Judge Ann L. Aiken (SEALED) (afc) (Entered: 05/06/2004) |
| 05/14/2004 | 281 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Kevin S. Chang - total payment of $8,448.26 recommended for payment to Richard S. Kawana, Esq., counsel for deft (01) Raymond Ridela (afc) (Entered: 05/17/2004) |
| 05/27/2004 | 282 | RESPONSE to Defense Motion for Downward Departure; Certificate of Service by plaintiff USA [280-1][SEALED] (gs) (Entered: 05/28/2004) |
| 06/02/2004 | 283 | EO: MINUTES: ; sentencing as to Count 4 of the Superseding Indictment scheduled for hearing on Friday, June 4, 2004 at 9:00 a.m. before the Honorable Ann Aiken, rescheduled to 9:30 6/4/04 for Brian Raley by Judge Ann Aiken (gab) (Entered: 06/02/2004) |
| 06/02/2004 | 284 | defendant (05) Brian Raley's submission of character letters and supplemental MATERIALS in support of motion for downward |

| | | departure [280-1]; certificate of service (bbb) (Entered: 06/03/2004) |
|---|---|---|
| 06/04/2004 | 285 | EP: MINUTES: Sentencing as to Count 4 of the Superseding Indictment: Defendant present with counsel Arthur E. Ross. Defendant's Motion for Downward Departure - GRANTED. Memorandum of Plea Agreement accepted. Allocution by the defendant. [280-1] sentencing Brian Raley (5) count(s) 4s. Probation 3 years under the following conditions: 1. That the defendant shall abide by the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office. 6. That the defendant is prohibited from possessing a firearm as defined in 18 U.S.C. 921. 7. That the defendant is prohibited from possessing any illegal or dangerous weapons. 8. That the defendant provide the Probation Office access to any requested financial information. 9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office. 10. That the defendant shall take all prescription medications ordered by Dr. Myhre and shall not stop taking those medications without Dr. Myhre's approval. No fine imposed. Special Monetary Assessment $100. Advised of rights to appeal , dismissing counts as to Brian Raley (5) count(s) 1s. Government's oral motion to dismiss Count 1 of the Superseding Indictment GRANTED , counts as to Brian Raley (5) count(s) 1, 4 . Dismissed, Count Superseded , terminating party Brian Raley , case terminated ; Brian Raley Attorney Wes Porter, Arthur E. Ross present ( Ct Rptr: Cynthia Fazio) by Judge Ann Aiken (eps) (Entered: 06/07/2004) |
| 06/07/2004 | 286 | CJA Form 20 (Attorney Payment Voucher# 040607000251) by Attorney Richard S. Kawana as to Raymond Ridela in the amount of $8,448.26 by Judge David A. Ezra (bbb) (Entered: 06/09/2004) |
| 06/16/2004 | 287 | REQUEST for modifying the conditions or terms of supervision with consent of the offender as to deft (02) CARMICHAEL DOAN - by Judge David A. Ezra - conditions of supervision modified as follows: (7) That the defendant serve up to 4 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the prior approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant shall be responsible for the payment of the electronic monitoring costs as directed by the Probation Office. (afc) (Entered: 06/17/2004) |
| | | |

| 06/23/2004 | 288 | JUDGMENT and Commitment as to (05) Brian Raley by Judge Ann L. Aiken (cc: Arthur E. Ross, Esq; Wes Porter, Esq., AUSA; USM, PTS, USPO) (afc) Additional attachment(s) added on 4/27/2006 (gab, ). (Entered: 06/24/2004) |
|---|---|---|
| 06/30/2004 | 289 | PRESENTENCE Report on Brian Raley (original sealed and held in probation office). (bbb) (Entered: 06/30/2004) |
| 06/30/2004 | 290 | SENTENCING RECOMMENDATION as to Brian Raley (original sealed and held in probation office) (bbb) (Entered: 06/30/2004) |
| 06/30/2004 | 291 | Amended SENTENCING RECOMMENDATION as to Brian Raley (original sealed and held in probation office) (bbb) (Entered: 06/30/2004) |
| 07/16/2004 | 292 | PETITION for Revocation of Supervised Release/Probation; BW ordered, for Brian Raley by Judge Ann L. Aiken [FAX] (eps) (Entered: 07/19/2004) |
| 07/16/2004 | 293 | ARREST Warrant issued for Brian Raley bail set for NO BAIL by Judge Ann L. Aiken (eps) (Entered: 07/19/2004) |
| 07/19/2004 | 294 | ARREST Warrant returned executed as to deft (05) Brian Raley on 7/19/04 (afc) (Entered: 07/20/2004) |
| 07/19/2004 | 295 | NOTICE of hearing - USA vs. (05) BRIAN RALEY - The hearing on Order to Show Cause why Probation should not be revoked is set for July 26, 2004 at 10:30 a.m. before the Honorable Helen Gillmor [292-1] Wes R. Porter, Esq.; Arthur E. Ross, Esq. (afc) (Entered: 07/20/2004) |
| 07/19/2004 | 297 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Brian Raley Attorney Arthur E. Ross (bbb) (Entered: 07/27/2004) |
| 07/26/2004 | 296 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Brian Raley Attorney Arthur Ross appointed; Nunc Pro Tunc: 9/20/02 (gs) (Entered: 07/27/2004) |
| 07/26/2004 | 298 | EP: MINUTES: ORDER TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED - The defendant is present in custody. Defendant admits to Violations 1 through 7. The Court finds this is a Grade C violation, Criminal History Category I. The Probation is Revoked. Defendant addresses the Court[292-1] Violation of Supervised Release Hearing Held - Judge Helen Gillmor as to Brian Raley , amended sentence Brian Raley (5) count(s) 4s. ADJUDGED: Imprisonment of 1 month SUPERVISED RELEASE: 36 months upon the following conditions: (1) That the shall abide by the standard conditions of supervision. (2) That the defendant not commit any crimes, federal, state, local (mandatory condition). (3) That the defendant not possess illegal controlled substances (mandatory condition) (4) That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). (5) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and |

| | | |
|---|---|---|
| | | direction of the Probation Office. (6) That the defendant is prohibited from possessing a firearm or ammunition as defined in 18 U.S.C. 921. (7) That the defendant is prohibited from possessing any illegal or dangerous weapons. (8) That the defendant serve 6 months community confinement, in a community corrections center such as Miller Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office (9) That the defendant participate in a mental health program at the discretion and direction of the Probation Office. (10) That the defendant is prohibited from the possession of and use of alcohol. Defendant advised of right to appeal. MITTIMUS: Forthwith as to Brian Raley ; Brian Raley Attorney Wes Porter, Arthur E. Ross present ( Ct Rptr: Debra Chun) by Judge Helen Gillmor (eps) (Entered: 07/27/2004) |
| 08/03/2004 | 299 | JUDGMENT and Commitment (for revocation) as to deft (05) Brian Raley by Judge Helen Gillmor (cc: all counsel) (afc) Additional attachment(s) added on 9/15/2006 (tbf, ). (Entered: 08/04/2004) |
| 09/14/2004 | 300 | NOTICE of hearing setting hearing on CR. NO. 02-00201DAE U.S.A. Vs. (02) Carmichael Doan - Modification Hearing as to Defendant (02) Carmichael Doan's Supervised Release set for September 28, 2004 @1:30 p.m. before Judge Ezra. Government Counsel-Wes Porter-Notified Defendant Counsel -Louis Ching-Notified (afc) (Entered: 09/15/2004) |
| 09/14/2004 | 301 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Barry M. Kurren - court recommends total payment of $12,933.00 for Arthur E. Ross, Esq., counsel for deft (05) Brian Raley (afc) (Entered: 09/18/2004) |
| 09/14/2004 | 302 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant (02) Carmichael Doan, appointing Attorney Louis Michael Ching - by Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/18/2004) |
| 09/16/2004 | 303 | PETITION for Revocation of Supervised Release/Probation; Summons ordered, for (02) Carmichael Doan by Judge David A. Ezra (afc) (Entered: 09/18/2004) |
| 09/17/2004 | 304 | PS issued as to Carmichael Doan; osc hearing set for 1:30 9/28/04 for (02) Carmichael Doan before Judge David A. Ezra (afc) (Entered: 09/18/2004) |
| 09/28/2004 | 305 | PS executed via certified mail on 9/21/04 as to deft (02) Carmichael Doan; RRR: 09/23/04 (afc) (Entered: 09/28/2004) |
| 09/28/2004 | 306 | EP: MINUTES: ORDER TO SHOW CAUSE WHY CONDITIONS OF SUPERVISED RELEASE SHOULD NOT BE MODIFIED AS TO DEFENDANT (02) CARMICHAEL DOAN - The defendant is present not in custody. The defendant intends to contest the allegations. The hearing is continued to September 30, 2004 @ 3:00 p.m. [303-1] Violation of Supervised Release Hearing Held - Judge Helen Gillmor as to Carmichael Doan Carmichael Doan, USA Wes R. Porter; atty Louis |

| | | |
|---|---|---|
| | | Michael Ching; USPO Jonathan K. Skedelski present (Ct Rptr: Cynthia Fazio) Judge Helen Gillmor (afc) (Entered: 10/04/2004) |
| 09/30/2004 | 307 | EP: MINUTES: [303-1] Violation of Supervised Release Hearing Held - Judge David A. Ezra as to (02) CARMICHAEL DOAN - Order to Show Cause why Supervised Release Should No Be Revoked: Defendant present with counsel Louis Michael Ching. Defendant admitted to 1, 2, 3, 4, 5 of the Alleged Violations of Probation. Court modified conditions of supervised release: Ordered that defendant participate in the community correction center a period not to exceed 180 days; however, Court stayed this change. Court informed defendant that the very first time defendant breaks a rule, no excuses, defendant will be taken to Mahoney Hale, and if defendant does not abide by the rules, Court will send defendant to a federal prison. Court ordered electronic monitoring for another 6 months ; Mr. Porter to prepare Order. (02) Carmichael Doan, USA Wes Porter; atty Louis Michael Ching; USPO Jonathan Skedeleski present (Ct Rptr: Cynthia Fazio) by Judge David A. Ezra (afc) (Entered: 10/04/2004) |
| 10/04/2004 | 308 | CJA Form 20 (Attorney Payment Voucher# 041004000186) by Attorney Arthur E. Ross as to deft (05) Brian Raley in the amount of $12,933.00 by 9CCA Judge William A. Fletcher (afc) (Entered: 10/05/2004) |
| 10/20/2004 | 309 | ORDER modifying conditions of supervised release by Judge David A. Ezra as to deft (02) Carmichael Doan [303-1] (cc: all counsel, CCM, USM, PTS, USPO) (afc) (Entered: 10/22/2004) |
| 10/25/2004 | 310 | PETITION for Revocation of Supervised Release/Probation; Summons ordered, for deft (03) ARMOND JACKSON by Judge David A. Ezra (afc) (Entered: 10/25/2004) |
| 10/27/2004 | 311 | PS issued as to Armond Jackson; osc hearing set for 9:00 12/10/04 for (03) Armond Jackson before Judge David A. Ezra (afc) (Entered: 10/27/2004) |
| 11/01/2004 | 312 | PS returned executed on 10/27/04 via certified mail - RRR 10/28/04 as to Armond Jackson (sealed) (Entered: 11/01/2004) |
| 11/05/2004 | 313 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Kevin S. Chang - total payment of $1251.00 recommended for payment to Louis Ching, Esq., counsel for defendant (02) Carmichael Doan (afc) (Entered: 11/09/2004) |
| 12/02/2004 | 314 | CJA Form 20 (Attorney Payment Voucher# 041202000276) by Attorney Louis Michael Ching, Esq. as to deft (02) Carmichael Doan in the amount of $1251.00 by 9CCA Judge William A. Fletcher (afc) (Entered: 12/03/2004) |
| 12/06/2004 | 315 | SUPPLEMENTAL REQUEST for course of action as to deft (03) ARMOND JACKSON [petition filed 10/25/04 include the following additional charge: (4) The subject refused to submit to drug testing on 11/12/2004 and 11/24/2004, in violation of Special Condition No. 1] - COURT ORDERS 10/25/04 petition be amended to include this violation & subject APPEAR 9:00 12/10/04 - by Judge David A. Ezra (afc) |

| | | (Entered: 12/06/2004) |
|---|---|---|
| 12/08/2004 | 316 | PETITION for Revocation of Supervised Release/Probation; Summons ordered, for deft (03) ARMOND JACKSON by Judge David A. Ezra [note: this is an amended petition to replace the petition filed on 10/25/04] (afc) (Entered: 12/11/2004) |
| 12/10/2004 | 317 | EP: MINUTES: Order to Show Cause Why Probation Should Not be Revoked [316-1] [315-1] [310-1] Violation of Supervised Release Hearing Held - Judge A. Ezra as to Armond Jackson - (03)Armond Jackson present, not in custody. Defendant admits to all violations. Order to Show Cause Why Probation Should Not Be Revoked-REVOKED. SENTENCE: Imprisonment: 3 MONTHS Supervised Release: 3 YEARS CONDITIONS: 1) That the defendant shall abide by the standard conditions of supervision. 2) That the defendant not commit any crimes, federal, state, or local (mandatory condition). 3) That the defendant not possess illegal controlled substances (mandatory condition) 4) That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5) That the defendant shall not possess a firearm as defined in 18 U.S.C. 921, as well as ammunition, any destructive device, or any other dangerous weapon. 6) That the defendant participate in a substance abuse which may include drug testing at the discretion and direction of the Probation Office. 7) That the defendant provide the Probation Office access to any requested financial information. 8) That the defendant shall cooperate in the collection of DNA as directed by the probation officer. Court eliminates condition requiring defendant to attend school. Defendant remanded to the custody of U.S. Marshals. (03) Armond Jackson, AUSA Marshall Silverberg; atty (03) David F. Klein; USPO Derek Kim present (Ct Rptr: Steve Platt) by Judge David A. Ezra (afc) (Entered: 12/11/2004) |
| 12/29/2004 | 318 | EO: MINUTES: Order to Show Cause Why Probation Should Not Be Revoked. [316-1] amended sentence Armond Jackson (3) count(s) 5.: 12/29/2004 - CONDITION #6 AMENDED AS FOLLOWS: 6) That the defendant participate in a substance abuse which must include drug testing at the discretion and direction of the Probation Office. as to Armond Jackson by Judge David A. Ezra (bbb) (Entered: 01/03/2005) |
| 01/12/2005 | 319 | EO: [316-1] AMENDED MINUTES: OSC why Probation should not be revoked. SENTENCE AMENDED: Imprisonment: 4 MONTHS () JUDGE Judge David A. Ezra (afc) (Entered: 01/13/2005) |
| 01/12/2005 | 320 | JUDGMENT and Commitment for revocation as to Armond Jackson by Judge David A. Ezra (cc: counsel) (afc) Additional attachment(s) added on 7/7/2006 (tbf, ). (Entered: 01/13/2005) |
| 02/11/2005 | 321 | JUDGMENT and Commitment returned executed on 1/21/05 as to deft (03) Armond Jackson count(s) 5 to FDC Honolulu (afc) (Entered: 02/14/2005) |
| | | |

| | | |
|---|---|---|
| 04/05/2005 | 322 | REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER - as to deft (01) Raymond Ridela, Conditions of Supervision modified as follows: (4) That the defendant shall submit to his person, residence, place of employment, vehicle, abode or other property, to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other or occupant that the premises or vehicle may be subject to search pursuant to this condition. (5) The defendant shall report tot he U.S. Probation Office all vehicles owned or operated by the defendant or in which the defendant has an interest. (6) The defendant shall provide the U.S. Office access to any requested financial information, including complete disclosure of personal and business financial records. (afc) (Entered: 04/06/2005) |
| 07/26/2005 | 323 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Carmichael Doan Attorney Louis Ching appointed; Nunc Pro Tunc: 7/22/05 (gs) (Entered: 07/28/2005) |
| 08/04/2005 | 324 | PETITION for Revocation of Supervised Release/Probation; Summons ordered, for (02) CARMICHAEL DOAN by Judge David A. Ezra (afc) (Entered: 08/05/2005) |
| 08/09/2005 | 325 | EO: MINUTES: Order to Show Cause set for 09/28/2005 09:00:00 AM before DAE [324-1] by Judge David A. Ezra (bbb) (Entered: 08/11/2005) |
| 08/11/2005 | 326 | PS issued as to Carmichael Doan ; osc hearing set for 9:00 9/28/05 for Carmichael Doan before Judge David A. Ezra (SEALED) (bbb) Modified on 08/11/2005 (Entered: 08/11/2005) |
| 08/31/2005 | 327 | PS UNexecuted on 8/11/05 as to Carmichael Doan (bbb) (Entered: 09/01/2005) |
| 09/28/2005 | 328 | EP: MINUTES: Order to Show Cause Why Supervised Released Should Not Be Revoked. Defendant Carmichael Doan present, not in custody. Defendant admits to all violations. Court finds defendant not guilty to violation No. 6. Defendant's exhibit received: A, B. Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED. [324-1] Violation of Supervised Release Hearing Held - Judge David A. Ezra as to Carmichael Doan , amended sentence Carmichael Doan (2) count(s) 2ss. SENTENCE: Imprisonment: 2 YEARS Supervised Release: NONE IMPOSED JUDICIAL Minimum security prison. Mental health treatment. Deft is advised of his right to appeal. Defendant remanded to the custody of U.S. Marshals. Marshals to observe defendant. as to Carmichael Doan ; Carmichael Doan Attorney Louis Michael Ching, Clare Connors present ( Ct Rptr: Cynthia Fazio) by Judge David Alan Ezra (eps) Modified on 09/30/2005 (Entered: 09/30/2005) |
| 10/04/2005 | 329 | (Revocation) JUDGMENT and Commitment as to Carmichael Doan by Judge David A. Ezra (cc: all counsel) (bbb) Additional attachment(s) |

| | | added on 8/7/2006 (bbb, ). (Entered: 10/04/2005) |
|---|---|---|
| 10/24/2005 | 330 | JUDGMENT and Commitment returned executed on 10/14/05 as to Carmichael Doan (2) count(s) 2ss to FDC Honolulu (afc) (Entered: 10/24/2005) |
| 11/10/2005 | 331 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim by Mag Judge Barry M. Kurren - total of $1,080.00 recommended for payment to Louis Michael Ching, Esq., counsel for deft (02) Carmichael Doan (afc) (Entered: 11/17/2005) |
| 02/15/2006 | ❂332 | CJA 20 as to Carmichael Doan: Authorization to Pay Louis Michael Ching. Amount: $ 1,080.00, Voucher # 051116000253 (original voucher kept in financial) . Signed by Judge DAVID ALAN EZRA on 11/16/05, approved by 9th CCA 12/30/05. (lyc) (Entered: 02/15/2006) |
| 03/09/2006 | ❂333 | ORDER granting permission to leave jurisdiction as to Armond Jackson - Signed by Judge DAVID ALAN EZRA on 3/9/06. (afc) (Entered: 03/12/2006) |
| 03/09/2006 | ❂ | COURT'S CERTIFICATE of Service - a copy of 333 ORDER GRANTING PERMISSION TO LEAVE JURISDICTION as to deft Armond Jackson, has been served VIA interoffice delivery to: USM, USPTS, USPO on March 10, 2006. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (afc) (Entered: 03/12/2006) |
| 09/29/2006 | ❂334 | PROBATION FORM 12b-Modify Conditions of Supervision as to Matthew Emshoff. Conditions of supervision modified. Signed by Judge DAVID ALAN EZRA on 09/28/06. (afc) (Entered: 09/30/2006) |
| 03/13/2007 | ❂335 | PROBATION FORM 12b-Modify Conditions of Supervision as to Brian Raley. Signed by Judge HELEN GILLMOR on 3/5/07. (ecs, ) (Entered: 03/14/2007) |
| 07/17/2007 | ❂336 | CJA 20 as to (04) Matthew Emshoff: Appointment of Attorney Stuart N. Fujioka for Matthew Emshoff. Signed by Judge KEVIN S.C. CHANG on 7/17/07. (afc) (Entered: 07/18/2007) |
| 08/13/2007 | ❂337 | MOTION for Early Termination of Probation filed by (04) Matthew Emshoff. (Attachments: # 1 Memorandum in Support of Motion # 2 Certificate of Service)(afc) (Entered: 08/13/2007) |
| 08/20/2007 | ❂338 | ORDER GRANTING DEFENDANT'S 337 MOTION FOR EARLY TERMINATIONOF PROBATION as to Matthew Emshoff (4). Signed by Judge DAVID ALAN EZRA on August 20, 2007. (bbb, ) (Entered: 08/20/2007) |
| 08/20/2007 | ❂ | COURT'S CERTIFICATE of Service - a copy of 338 "ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATIONOF PROBATION as to Matthew Emshoff " has been served by First Class Mail to the addresses of record on 08/20/2007. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (cc: |

| | | USPO) (bbb, ) (Entered: 08/20/2007) |
|---|---|---|
| 08/20/2007 | 🌑 | (Court only) Update Disposition Information: Matthew Emshoff (4) Order Granting M/Early Termination of Probation by Judge David A. Ezra. (afc) (Entered: 08/21/2007) |
| 09/07/2007 | 🌑339 | PROBATION FORM 35-Early Termination of Supervised Release/Probation as to (04)Matthew Emshoff. Signed by Judge DAVID ALAN EZRA on 8/27/07. (afc) (Entered: 09/10/2007) |
| 09/10/2007 | 🌑340 | PROBATION FORM 34-Termination of Supervised Release as to Brian Raley. Signed by Chief Judge HELEN GILLMOR on August 30, 2007. (bbb, ) (Entered: 09/12/2007) |
| 10/23/2007 | 🌑341 | FINDINGS AND RECOMMENDATIONS on CJA Compensation Claim as to Matthew Emshoff re 336 CJA 20 - Appointment of Stuart Fujioka, Esq. Signed by Judge LESLIE E KOBAYASHI on 10/23/07. (afc) (Entered: 10/23/2007) |
| 11/07/2007 | 🌑342 | CJA 20 as to Matthew Emshoff: Authorization to Pay Stuart Fujioka. Amount: $ 560.29, Voucher # 071107000246. (Original Voucher Kept in Financial). Signed by Judge DAVID ALAN EZRA on 10/24/2007. (vkc) (Entered: 11/07/2007) |
| 03/06/2008 | 🌑345 | PROBATION ORDER 22-Transfer of Jurisdiction as to Raymond Ridela. Signed by JUDGE DAVID ALAN EZRA on November 27, 2007 and by US District Judge Lloyd D. George (USDC Southern District of California) on August 27, 2007. (Attachments: # 1 Transmittal Letter) (bbb, ) (Entered: 03/07/2008) |