AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Raymond Ridela

## WARRANT FOR ARREST

CASE NUMBER: 08CR7011-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Raymond Ridela___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 5/15/08
ARRESTED BY DUSM's Medina & Guzman

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

In violation of Title ___See Above___ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| J. Haslam | May 2, 2008   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___NO BAIL SET___ by ___The Honorable Irma E. Gonzalez___

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLI D      Allie      Due 5/5