UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR7011-IEG |
| Plaintiff, | ) | |
| v. | ) | ORDER TO PRODUCE DISCOVERY |
| RAYMOND RIDELA, | ) | |
| Defendant. | ) | |

**GOOD CAUSE SHOWING**, the Court hereby orders that the United States Probation Office produce the following discovery:

(1) the Chula Vista Police Department arrest report No. 08-02418,

(2) any documents you have that support your assertion that Mr. Ridela will be arrested and charged based on Chula Vista Police Department arrest report No. 08-02418 "in the near future,"

(3) the arrest report relating to an August 4, 2007, conviction for a violation of PC § 484E(D) in Los Angeles County, and

(4) any conviction documents relating to the August 4, 2007, conviction for a violation of PC § 484E(D) in Los Angeles County (Case No. BA326762).

**DATED: June 2, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**